# UNITED STATES DISTRICT COURT

District of COLUMNBIA

**FILED**
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SUNDEEP KISHORE

Plaintiff

V.

DOJ, ETAL

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07 1299

I, KISHORE SUNDEEP declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  LAWTON CORR FACILITY
   Are you employed at the institution? YES   Do you receive any payment from the institution? YES
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends              ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
   d. Disability or workers compensation payments       ☐ Yes    ☐ No
   e. Gifts or inheritances                              ☐ Yes    ☐ No
   f. Any other sources                                  ☒ Yes    ☐ No

RECEIVED
JUL 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AUSTRIAN RED CROSS    100 $

2

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

I declare under penalty of perjury that the above information is true and correct.

_____                _____
        Date                              Signature of Applicant

**OTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during e last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach e certified statement of each account.

## ORDER OF THE COURT

| he application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____  United States Judge          Date | _____  _____  United States Judge          Date |

UNITED STATES DISTRICT COURT
FOR THE ~~WESTERN DISTRICT OF OKLAHOMA~~ DISTRICT of COLUMBIA WASHINGTON D.C.

SUNDEEP-KISHORE

v.

F.B.I.
U.S.D.O.J.
EOUSA.

CASE NO. _____

(To be supplied by the Clerk)

MOTION FOR LEAVE TO PROCEED **IN FORMA PAUPERIS** AND SUPPORTING AFFIDAVIT (PURSUANT TO 28 U.S.C. 1915 AND 28 U.S.C. 1746 FOR PRISONER CASES)

I hereby apply for leave to: (check one)

☒ Commence this action for habeas corpus/civil rights relief

☐ Pursue this action under 28 U.S.C. §2255 or Rule 35, Fed.R.Crim.P.

without prepayment of fees and costs or giving security therefor. In support of my application, I state that the following facts are true:

1) I am the party initiating said action and I believe that I am entitled to relief.

2) The nature of said action is: Release of all documents by FBI, AUSA and DOJ.

3) I am unable to prepay the costs of this action or give security therefor because of my poverty.

4) I have no assets or funds which could be used to prepay the fees or costs, except: NONE

(Write "none" above if you have nothing; otherwise list your assets)

1

5) I am presently employed:     Yes ☐    No ☐

   (a) If the answer is "Yes", state the amount of your salary or wages per month, and give the name and address of your employer _____

   _____

   (b) If the answer is "No", state the date of last employment and the amount of the salary and wages per month which you received _____

   _____

6) Within the past twelve months I have received money from any of the following sources:

   (a) Business, profession or form of self-employment?
   Yes ☐    No ☐

   (b) Rent payments, interest or dividends?   Yes ☐ No ☐

   (c) Pensions, annuities or life insurance payments?
   Yes ☐    No ☐

   (d) Social Security, Veterans Administration, pensions, workmen's compensation or unemployment benefits?   Yes ☐    No ☐

   (e) Gifts or inheritances?   Yes ☐    No ☐

   (f) Any other sources?   Yes ☐    No ☐

   If the answer to any of the above is "Yes", describe each source of money and state the amount received from each during the past twelve months _____

   _____

   _____

7) I own cash, including funds in my prisoner accounts:
   Yes ☐    No ☐

   If the answer is "Yes", state the total value of the items owned _____

   _____

8) I own real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ☐    No ☐

2

         If the answer is "Yes", describe the property and
         state its approximate value _____
         _____

    9)   The following is additional financial or other
         information regarding my ability to pay the costs of this
         action (for example, persons who are dependent on you
         for support) _____
         _____

I hereby authorize the agency having custody of me to collect from
my prison account(s) and to forward to the Clerk of the United
States District Court payments assessed by the Court in accordance
with 28 U.S.C. §1915, as amended by the Prison Litigation Reform
Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321 (effective April
26, 1996).

I understand that a false statement or answer to any question in
this declaration will subject me to penalties or perjury.

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY
UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING
IS TRUE AND CORRECT. 28 U.S.C. §1746.  18 U.S.C. §1621.

Executed at  LAWTON CORR FACILITY  on   6-18-07
            ─────────────────────       ─────────
                 (Location)               (Date)

                                          Kishor
                                        ─────────
                                        (Signature)


                    REQUIRED CERTIFICATION

You **must** **attach** to this motion and affidavit a certified copy of
your institutional account statement (or institutional equivalent)
for the six-month period immediately preceding the filing of this
action. You must obtain the certified copy of your institutional
account statement (or institutional equivalent) from the
appropriate official of each penal institution at which you are or
were confined during the six-month period immediately preceding the
filing of this action.


              STATEMENT OF INSTITUTIONAL ACCOUNTS

      I  hereby  certify  that  on  June 25, 2007 ,
Sundeep Kishore  (name of prisoner) had  12.60  in
his/her institutional account(s). I further certify that the
average monthly deposits to the prisoner's accounts for the six-

                              3

month period immediately preceding the filing of this action was:
$ __7.50__ x 20% = $ __1.50__. The average monthly balance in the prisoner's accounts for the six-month period immediately preceding the filing of this action was: $ __106.29__ x 20% = $ __21.26__. I further certify that the above referenced amounts were calculated pursuant to the prisoner's institutional account(s) a copy of which is attached hereto.

*Renee' H. Capps*
Authorized Prison Official

Title

State savings = $44.00

4