CLERKS OFFICE                                                  8-13-07
UNITED STATES DISTRICT COURT
for the DISTRICT of COLUMBIA
323 CONSTITUTION AVENUE N.W.
WASHINGTON D.C. 20001

RE: CIVIL ACTION # 071299 RMC.

THANKING you for your letter of JULY 23, 2007.
I will have to request you to allowe me
to pay the $21.26, initial partial filing fee
in two payments due to my indigent status.
I would also request you to send me a
copy of the local rules of the court.

THANKING You,
Respectfully

SUNDEEP - KISHORE
# 517067 LCF-GED
8607 S.E. FLOWER MOUND Rd
LAWTON
OK-73501-9765.

**RECEIVED**

AUG 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT