UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNDEEP KISHORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-1299 (RMC) ) |
| UNITED STATES DEPARTMENT OF JUSTICE *et al.*, | ) ) ) |
| Defendants. | ) ) |

### ORDER

Plaintiff Sundeep Kishore seeks leave to pay the initial partial filing fee of $21.26 in two installments due to his "indigent status." *See* Order of July 23, 2007 (assessing partial fee). In assessing the initial partial fee, the Court considered Mr. Kishore's indigence but also determined that he was able to pay some portion of the $350.00 filing fee based on the statutory formula set forth at 28 U.S.C. § 1915(b)(1). Mr. Kishore has provided no basis for modifying the assessed amount, which prison officials are authorized to deduct from his account only "when funds exist." *Id*. Accordingly, it is

**ORDERED** that Plaintiff Kishore's motion [Dkt. No. 6] is **DENIED**. Pursuant to plaintiff's request, the Clerk is directed to enclose a copy of the Local Rules of Court with this Order.

**SO ORDERED**.

                                                    /s/
                                         Rosemary M. Collyer
                                         United States District Judge

Date: August 24, 2007