UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

07-1299

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: SUNDEEP-KISHORE v. U.S.D.O.J., US Attorneys and FBI

Civil Action No. _____

I, SUNDEEP-KISHORE # 517067, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

**RECEIVED**
JUL 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

n:\forms\Trust Account Form

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*              *Washington, D.C. 20530*

JUN 1 9 2007

Mr. Sundeep Kishore
No. 517067
8607 SE Flower Mound Road                Re:   Appeal No. 07-1001
Lawton, OK  73501-9765                         Request No. 1067407
                                               ADW:RMF

Dear Mr. Kishore:

    You appealed from the action of the Headquarters Office of the Federal Bureau of Investigation on your request for access to records pertaining to yourself.

    After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated indices.  I have determined that the FBI's response was correct.

    Although the FBI could locate no records responsive to your request at its Headquarters Office, my staff has looked into this and found that the Oklahoma City Field Office might have records responsive to your request.  If you have not done so already, I suggest that you submit a new request directly to the Oklahoma City Field Office.  See 28 C.F.R. §§ 16.3(a), 16.41(a) (2006) (requests for records held by FBI field offices must be submitted to the field offices directly).  You may appeal any future adverse determination made by the FBI.  The address for the Oklahoma City Field Office is:

> Federal Bureau of Investigation
> Oklahoma City Field Office
> 3301 W. Memorial Drive
> Oklahoma City, OK  73134

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

---

*Sent one to OKC address 6-29-07*
*This is 5th time they have got a request from me.*

Copy.

"FOI/PA Appeal"

Janice Galli McLeod                                6-30-07
Associate Director,
Office of Information and Privacy
U.S. Department of Justice
Flag Staff Building, Suite 570
Washington D.C. 20530-0001

RE: Appeal No- 07-1001
Request No: 1067407
ADW: RMF

Dear Ms McLeod,

In answer to your letter dated June 19, 2007, in which you suggest that the FBI- Oklahoma City Field Office, "might have records responsive to my request."
I am sending you a copy of documents, I have, which show that I did request the OK City Field Office. I did this in 2004, 2005 and 2006. I am sending you a copy of Request No- 1027586-000 where my FOI/PA request was forwarded to FBI-Headquarters from the Oklahoma City Field Office, in 2005. Also enclosed is Request No- 05-2020, which shows that the US Attorney's office for the Western District of Oklahoma -states there are "no records", also in 2005.

2

The Embassy of Austria, in Washington D.C. also tried to help me out, by intervening with the FBI, and were also told there are "no records."

The FBI is willfully, and in bad faith, purposelly keeping these records from me, and have been doing so, since 2003. They denied me the records of the investigation, during my state-trial, ensuring that I could not get a fair trial.

The U.S. Attorney's office for the Western District of Oklahoma, were also complicit in ensuring that I could not get a fair trial.

Even till today I am being refused these records. I am sure that records which were of a exculpatory charachter have been destroyed. I hope someone with integrity in the United States Department of Justice, might look into this matter, instead of just denying that these records exist.

Thanking You,


Sundeep-Kishore
Page 2-2. Enclosed 1) Copy of FBI request 2) Copy of USA request
Copy 1) Embassy of Austria, Washington D.C. 20008
2) U.S. District Court, Washington D.C. 20001.
# 517067 2CF-GEO
8607 S.E. Flower Mound Rd
Lawton OK-73501-9765.



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

August 25, 2005

MR SUNDEEP KISHORE
201 NORTH SHARTEL
OKLAHOMA CITY, OK 73102

Request No.: 1027586- 000
Subject: KISHORE, SUNDEEP

Dear Mr. Kishore:

☒     This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request. Your request was forwarded to FBI Headquarters from our Oklahoma City Field Office.

☐     For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒     We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757    Fax 202-616-6478

AUG -8 2005

| | |
|---|---|
| Request Number: **05-2020** | Date of Receipt: **4-12-05** |
| Requester: **Sundeep Kishore** | |
| Subject: **Self (AUSA in charge)** | |

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ]  A search for records located in this office has revealed no records.

2. [x]  A search for records located in the United States Attorney's Office(s) for the **Western District of Oklahoma** has revealed no records.

3. [ ]  The records which you have requested cannot be located.

4. [ ]  This office is continuing its work on the other subject/districts mentioned in your request.

5. [x]  This is the final action my office will take on this particular request.

You may appeal my decision in this matter by writing within sixty (60) days, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Form No. 005 - 11/02