UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUNDEEP-KISHORE
PLAINTIFF PRO-SE

v.

U.S. DEPARTMENT OF JUSTICE, et all
"DEFENDANTS"

CIVIL ACTION
No - 07-1299
RMC

RECEIVED
SEP 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR RE-CONSIDERATION
of JUDGES Ruling, To GRANT "DEFENDANTS"
EXTENSION of TIME.

PLAINTIFF requests the HONORABLE COURT to re-consider the ruling to grant "defendants" extension of time, till November 23, 2007 to respond to plaintiff's complaint.

Plaintiff's MOTION to deny "DEFENDANTS" time to file answer or otherwise respond, clearly shows with PLAINTIFF'S EXHIBITS the bad faith, and the deception being shown by the "Defendants", as to when, they show their record of PLAINTIFFS' request letter.
See DEFENDANTS EXHIBIT A.

Plaintiff in challenging the Agencies action with Plaintiffs Exhibits, "A", "C", "D" and "E2" clearly refutes, and has met the burden of proof. The record belies the "Defendants" answer to seek "Extension of Time to File Answer or Otherwise Respond."

Plaintiff is within ten days of being served with a copy of the Honorable Judge Collyer, requesting the Honorable Judge to re-consider the decision to grant "Defendants" time till November 23, 2007 to answer to Plaintiff's complaints.

The "Defendants" malfeasance is obvious, when Plaintiffs Exhibits are seen.

Plaintiff requests the Honorable Judge to make a de novo determination, based on the evidence supplied by the plaintiff. A court order is requested.

Respectfully submitted,

*[signature: Kishore]*

Sundeep-Kishore
Pro-Se

## Certificate of Service

I hereby certify that on this 15th day of September, 2007, I caused the foregoing Motion For Re-Consideration of Judge's ruling to grant "Defendants" extension of time, to be served on Assitant United States Attorney, Mr. Mercedeh-Momeni, postage pre-paid, addressed as follows:

Mr. Mercedeh Momeni
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington D.C. 20530.

*Kishore*
Pro-Se
Sundeep-Kishore
# 517067 LCF-GEO
8607 S.E. Flower Mound
Lawton, OK-73501-9765