**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SUNDEEP KISHORE         )
                  )
       **Plaintiff - Pro Se,** )
   v.           )
                  )  **Civil Action No. 07-1299 (RMC)**
                  )  **(ECF)**
**U.S. DEPARTMENT OF JUSTICE, et al.** )
                  )
       **Defendant.**   )
                  )

## MOTION TO OBTAIN A COPY OF DOCUMENT NUMBER 13

Defendants, Federal Bureau of Investigations ("FBI") and the Executive Office for United States Attorneys ("EOUSA"), (collectively "Defendants"), hereby move to obtain a copy of "Motion to Seal Motion to Inform Court", filed by *pro se* Plaintiff on September 26, 2007, and state as follows.

1.  Plaintiff filed his "Motion to Seal Motion to Inform Court" on September 26, 2007, which was entered on the Court's ECF system on September 27, 2007. *See* USDC Pacer Doc. No. 13.

2.  To date, undersigned counsel has not received a copy of the foregoing document and remains unable to respond until such time that she has had an opportunity to review it.[1]

3.  Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the relief requested.[2]

---

[1]  Should a response to Plaintiff's filing be necessary, Defendants reserve their right to request extension of the filing deadline, since service has not been affected, more than a week after the Court received the document.

[2]  Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions

WHEREFORE, Defendants request that this motion be granted, and that they be

permitted to obtain a copy of Document 13.  A minute order is requested.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

---

with nonprisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil
Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-
and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any
nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a).

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2007, I caused the foregoing *Motion to Obtain a Copy of Document Number 13* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:


SUNDEEP KISHORE
#517067-LCF-GED 1D116
8607 S.E. FLOWER MOUND ROAD
LAWTON, OK 73501-9765


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)
