UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNDEEP KISHORE )<br>)<br>Plaintiff - Pro Se, )<br>)<br>v. )<br>)<br>)<br>U.S. DEPARTMENT OF JUSTICE, et al. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-1299 (RMC)<br>(ECF) |

**MOTION TO STAY ALL FILINGS UNTIL AFTER THE
COMPLETION OF RESPONSIVE DOCUMENT RELEASE**

Defendants, Federal Bureau of Investigation ("FBI") and the Executive Office for United States Attorneys ("EOUSA"), (collectively "Defendants"), by and through undersigned counsel, hereby move for a stay of all filings until after Defendants have completed their planned release of responsive documents to Plaintiff. Good cause exists to grant this motion.

1. On August 22, 2007, Defendants advised the Court of their intention to release documents to Plaintiff and further informed the Court and Plaintiff that 90 days would be required to complete the process. *See* USDC Pacer, Doc. No. 7.

2. The Court granted Defendants' motion. See USDC Pacer Minute Order of August 24, 2007.

3. Since that time Plaintiff has filed at least three motions and other requests with the Court. *See* USDC Pacer Doc. Nos. 9, 10, 12, 13[1] and 14.

---

[1] Defendant is unaware of the contents of Document Number 13, as it is unavailable via the Court's ECF system and no copy has been received by this office. Defendants' Motion to Obtain a Copy of Document Number 13 is pending. *See* USDC Pacer Doc. No. 15.

   4. Although the Court has ruled on some of the foregoing filings, others are premature and border on the frivolous.  *See e.g.*, Motion to Show Bad Faith, USDC Pacer Doc. No. 14.

   5. Until the Defendants have had an opportunity to complete processing the responsive documents and release them to Plaintiff, they are not properly positioned to respond to any other filings, related to the searches for the requested documents, withholdings and other substantive matters.  Accordingly, Defendants request that all filings be stayed until such time that the Agencies have completed their releases, and have so advised the Court.

   6. Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion.  Undersigned counsel, therefore, has not obtained his position as to the relief requested.[2]

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel.*" It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a).

WHEREFORE, Defendants request that this motion be granted, and all filings be stayed until after the releases have been made to Plaintiff. A minute order is requested.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2007, I caused the foregoing *Motion to Stay All Filings* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

SUNDEEP KISHORE
#517067-LCF-GED 1D116
8607 S.E. FLOWER MOUND ROAD
LAWTON, OK  73501-9765

                                                /s/
                                      MERCEDEH MOMENI
                                      Assistant United States Attorney
                                      555 4th Street, NW
                                      Civil Division
                                      Washington, DC 20530
                                      (202) 305-4851
                                      (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUNDEEP KISHORE** )<br>)<br>**Plaintiff - Pro Se,** )<br>v. )<br>)<br>)<br>**U.S. DEPARTMENT OF JUSTICE, et al.** )<br>)<br>**Defendant.** )<br>_____) | **Civil Action No. 07-1299 (RMC)**<br>**(ECF)** |

## ORDER

Upon consideration of Defendants' Motion To Stay All Filings Until After the Completion of Responsive Document Release and the entire record herein, the Court is of the opinion and finds that, for the reasons set forth by Defendants, Defendants' motion should be granted.  Accordingly, it is this ____ day of _____, 2007,

ORDERED that Defendants' Motion To Stay All Filings Until After the Completion of Responsive Document Release be and is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Copies to Counsel via ECF

and to

SUNDEEP KISHORE
#517067-LCF-GED 1D116
8607 S.E. FLOWER MOUND ROAD
LAWTON, OK  73501-9765