**United States District Court
For The District of Columbia**

Sundeep Kishore        )
        Plaintiff     )
                      )
                      )
VS.                   ) Civil Action-07-1299 RMC
                      )
                      )
U.S. D.O.J, EOUSA, FBI )

RECEIVED
NOV 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion To Deny Defendant's To Invoke Exemptions.

    Defendants had over three years to comply with Plaintiffs FDIA request. 28 CFR 19-9 will prove Planitiffs regular correspondence and the numerous Appeals filed t the Office of Information and Privacy, U.S.D.O.J.
    Agencies, FBI, EOUSA and USDOJ always maintained a "no records" policy. Neither the FBI or EOUSA gave a Glomar denial or provided a Vaughn index, nor claimed they were withholding information.
    The only record that is there of the Defendants response to FOIA requests is that there were "no records" responsive to me. There is enough proof that the government officials acted negligently, and improperly, in denying Plaintiffs FOIA requests.
    They (Defendants) should not be allowed any withholding requests.
    Privacy interest in their statements is minimal due to the FBI Agents and the FBI's - CI extensive testimony, during Plaintiffs public trial in CF-2003-1331 in Oklahoma County, OK; in CF-2003-00123 of FBI SA Gillespies public testimony and Civ-06-0330 B in U.S. District Court for the Western District of Oklahoma, by FBI's Agent, Wagner, Swarens, and Gillespie.
    It serves public interest and benefit in disclosing information regarding the incident in Cleveland County, Ok. in which FBI Agent wagner was charged with False Reporting of Crimes. How the FBI-OKC and U.S. Attorneys office interceded and used their federal clout to get these charges reduced to a misdemeanor, and thus person with a clear record of misrepresenting information and facts, and a criminal conduct gets now again to be in a position to taint future investigations with lying, and to be in a position to take advantage of arrestee's, and to then fabricate reports, denying arrestee their basic civil rights.

**Exhibit 11-1**

In plaintiff's case, plaintiff was denied access to Consular Notification, and then FBI's Agent Wagner and Swarens fabricated a story that plaintiff did not want his consulate contacted, Embassy of Austria. In 2003 and before this right was regularly violated knowingly by FBI-OKC.

Public interest is being served to show how after 9-11 FBI on a regular basis violates Consular notification specifically if arrestees have Middle Eastern/Asian ethnicity. Lissner Vs. U.S. Customs Service, C.A. 9(Cal) 2001. 241 F.3d 1220.

**Exhibit 11-2**

In Folder; 281 C-OC-64747-1A which FBI released to Plaintiff is actually a File Number 281 C-OC-54808 from 06-15-94 entails a log of physical surveillance.
No logs were provided for the physical surveillance from the period Feb - Mar 2003, but from 1994 not 2003.
See Exhibit
No logs were provided for the wire-tappings. No information is being provided regarding FBI-CI Joseph Rendon, being sent inside search warrant site, when FBI through surveillance knew Plaintiff was not there on Mar 01-2003. and still FBI-CI was sent inside for engaging in surreptious activities to entrap plaintiff. FBI and FBI-CF were themselves engaged in criminal conduct.

**Exhibit 11-3**

On FD-515, the locate date and arrest date has been given as 3-2-2003. This proves that the FBI destroyed the tapped conversation where Plaintiff told FBI-CI he was withdrawing from FBI-CI's conspiracy, and refused to hand over the rodent bait, which the FBI names as strychnine, then proceeded to get state warrants, knowing that in federal court the truth would come out, and their account would not hold under investigation.

**Exhibit 11-4**

The FD-340 envelopes 1A15, and 1A14 show clearly that changes have been made. There is no way that 1A15 could have been received on 03-01-2003, as Plaintiff was not even transported to Oklahoma County, OK till 03-02-2003, even though he was arrested on 03-01-2003. The FBI Agents had not put either the FD-302 or FD-340 on 03-01-2003, but in furthering their collusion knowingly false dated the reports and the date this was received. That is why the FBI is not releasing any documents showing a computerized date and time report as their conspiracy will come out. Even in the hand written notes one can make out changes have been made. Is there not a single document of 03--1-2003 where no changes have been made? From logs of surveillance, logs of FBI-CI's movements or logs of FBI-CI's tapped conversation to Plaintiff? What is the FBI trying to hide?

     Plaintiff requests Honorable Judge to issue a minute order asking FBI and EOUSA to comply with FOIA request.

Respectfully Submitted

Sundeep-Kishore
#517067 LCF GEO
8607 SE Flowermound Rd.
Lawton, Ok. 73501

Exhibit: 11-1



# ÖSTERREICHISCHE BOTSCHAFT – AUSTRIAN EMBASSY
Konsularabteilung / Consular Section
3524 International Court NW, Washington DC 20008 (USA)
Phone: (1)202 895 6700, Fax: (1)202 895 6773
e-mail: consularsection.washington@mailbox.as

Ref.No. 6.30/70/05                              Washington, 10-18-2005

**Mr. Sundeep Kishore**
**8A23**
**201 N Shartel**
**Oklahoma City, OK 73102**

Dear Mr. Kishore,

With reference to your two recent letters we would like to inform you that it was not the FBI or the State Attorneys Office which informed this office about your arrest. The Embassy was informed on April 09, 2003 by the law offices of Hodgens & Burleson in Stroud, OK. Subsequently, this office contacted you and you may remember that we spoke to you on the telephone. At that time you advise this office that you will retain a private attorney.

Since your have raised a number of complaints as well as question the Austrian Consul General, Mr. Martin Kraemer, will visit you either on the 8th or the 9th of November and you can discuss the issues with him personally. This office is already in contact with the relevant persons at the Oklahoma City jail to make the necessary arrangements for the visit.

We hope that this will assist you and remain,

Sincerely yours,

Ingrid Richardson-McKinnon
Consular Attaché
Legal and Social Affairs

EXHIBIT: 11-2 1) 2) 3).

# Freedom of Information and Privacy Acts

*Subject* **SUNDEEP KISHORE**

*Folder: 281C-OC-64747-1A*



# Federal Bureau of Investigation

FILE NUMBER: 2216-OC-54806   DATE: 6-15-96

SUBJECT(S) OF SURVEILLANCE: ▮ ; ET AL   SHIFT: 8:15 AM - 5 PM

LOG MAINTAINED BY: SA ▮   b6 -1, 6
b7C -1, 6

SA'S ON DUTY: ▮ ▮ (PHOTO)

A PHYSICAL SURVEILLANCE WAS INSTITUTED IN THE VICINITY OF: ST. JOHN'S LUTHERAN CHURCH, N. 12TH & SANTA FE, MOORE, OK.

AND THE FOLLOWING OBSERVATIONS WERE MADE:

b6 -6
b7C -6

| TIME | INITIALS | ACTIVITY |
|---|---|---|
| 1:28 PM | WJD | Surveillance Initiated. |
| 1:30 PM | WJD | (Florida) ▮ Gray Olds 98 arrives |
| 1:32 PM | WJD | ▮ White Honda arrives with (W) White (W) Female (F) |
| 1:36 PM | WJD | ▮ White/Red Chevrolet Pickup (P.U.) arrives w/ WF |
| 1:40 PM | WJD | ▮ White Buick Skylark arrives w/ WF |
| 1:42 PM | WJD | ▮ Gray Volvo arrives w/ 3 WFs |
| 1:46 PM | WJD | ▮ Ok Red / Gray Dodge arrives w/ W Male (M) |

PAGE 1 OF 4

2216-OC-54806-A 39

*** END OF RESPONSE ***

b6 -6
b7C -6

VREG.VR.LIC/QAT968.LIY/94.LIT/PC.REF/SA[ ]

MESSAGE ACCEPTED - FBIO 0008 02:30 08/15/94

b6 -1
b7C -1

VREG      0815 02:30
FBIO      0014 02:30 08/15/94
REFERENCE: SA[        ]     .INQUIRY BY: FBIO

TITLE/554294027008    REG DATE/030294    EXP DATE/0195
LAST UPDATED DATE/062894    LAST ISSUED DATE/030294
LIC/QAT968    LIY/1995    LIT/AU    DECAL/5A196059
VIN/1G3AN69Y7EM710725    VYR/84    VMA/OLDS    VMO/ROY    VST/4D
UNLADEN WGT/000000    LOAD CAP/000000    LADEN WGT/000000    BASE STATE/
FEE PAID/$   61.00    RES COUNTY/55    AGENT NO/5540
LESSEE: NONE
OWNER: KISHORE[        ]SUNDEEP                          b6 -6
ADDR: 501 SMILING HILLS BLVD , EDMOND , OK, 73013        b7C -6

*** END OF RESPONSE ***

b6 -6
b7C -6

EXHIBIT 11-3

3/26/03

FD-515 (Rev. 7-16-02)

**Accomplishment Report**
(Accomplishment must be reported and loaded into ISRAA within 30 days from date of accomplishment)

Date Prepared: 3/17/03
Date Loaded: 03/27/03
Data Loader's Initials: ▓▓

☑ Squad supervisor approval (please initial)

### Accomplishment involves: (check all that apply)
- Drugs ☐
- A Fugitive ☐
- Bankruptcy Fraud ☐
- Computer Fraud/Abuse ☐
- Corruption of Public Officials ☐
- Money Laundering ☐
- Sub Invest Asst by FO (s) ☐

File Number: 1600-OC-64741

Stat Agent Soc. Sec. No.: ▓▓

Stat Agent Name: ▓▓

RA: ▓▓   Squad: 5

Assisting Agents Soc. Sec. No. ×
1.
Name:
2.
Name:

Asst. FO(s): __, __, __, __
A, B, C, D

Task Force: ___

Assisting Agencies × •
1.
2.

### Investigative Assistance or Technique Used
1 - Used, but did not help
2 - Helped, minimally
3 - Helped, substantially
4 - Absolutely essential
For Sub. Invest. Assist. by other FO (s) indicate A,B,C,D for corresponding FO

| Rate FO | IAT | Rate FO | IAT | Rate FO | IAT | Rate FO | IAT |
|---|---|---|---|---|---|---|---|
| | Fin. Analyst | | Lab. Div. Exam | | UCO - Group I | | Ft. Mon.- ITC |
| | Aircraft Asst. | | Lab. Field Sup | | UCO - Group II | | For. Lang Asst. |
| | Computer | | Pen Registers | | UCO - Nat. Back | | Non FBI Lab Ex |
| | Consen Mon. | | Photo Cover. | | NCAVC / VI - CAP | | Vict-Witn Coor |
| | Elsur / FISC | | Polygraph | | Crim/NS Intel Ass | | IO Wanted Flyer |
| | Elsur / T. III | | Search Warrant | | Crisis Neg. - Fed. | | SARs |
| | Eng. Field Sp | | Show Money | | Crisis Neg. - Local | | CART |
| | Eng. Tape Ex | | SOG Asst. | | ERT Asst. | | Asset Forf Prog |
| | Legats Asst. | | Swat Team | | Butte - ITC | | Fort Support Proj |
| | Evid Purchase | | Tech. Ag/Equip | | Sav - ITC | | |
| | Inf/CW Info | | Phone Toll Rec | | Poc - ITC | | |

**A. Complaint / Information / Indictment**
☐ Federal ☑ Local ☐ International
Complaint Date: 3/2/2003
Check if Civil Rico Complaint ☐
Information Date: ___
Indictment Date: ___

**B. Locate/ Arrest**
☐ Federal ☑ Local ☐ International
Subject Priority: ☑ A ☐ B ☐ C
Locate Date: 3/2/2003
Arrest Date: 3/2/2003
☐ Subject Resisted Arrest
☑ Subject Arrested was Armed

**C. Summons Date:** ___
☐ Federal ☐ Local

**D. Recovery/Restitution/PELP X**
☐ Federal ☐ Local ☐ International
Recovery Date: ___
Code • ___ ✓ Amount $___
Code • ___ ✓ Amount $___
Restitution Date: ___
☐ Court Ordered ☐ Pretrial Diversion
Code • ___ ✓ Amount $___
PELP Date: ___
Code • ___ ✓ Amount $___

**E. Hostage(s) Released Date:** ___
Released by: ☐ Terrorist ☐ Other
Number of Hostages: ___

**F. Conviction**
☐ Federal ☐ Local ☐ International
Conviction Date: ___
Subject Description Code: ___ •( ___ )•
For 6F, G, H-Include Agency Code
☐ Felony or ☐ Misdemeanor
☐ Plea or ☐ Trial
State: ___ Judicial District: ___

**G. U.S. Code Violation**
Required for sections A,B,F,and J (Federal Only)
Title   Section   # Counts
___    ___    ___
___    ___    ___
___    ___    ___

**H. Sentence Date:** ___
Sentence Type: ___, ___, ___•
In Jail: Years___ Months___
Suspended: Years___ Months___
Probation: Years___ Months___
Fines: $___

**I. Disruption/Dismantlement:** ✓
Disruption Date: ___
Dismantlement Date: ___
Completion of FD-515a Side 2 **Mandatory**

**J. Civil Rico Matters Date:** ___
Also Complete "Section G"
Other Civil Matters Date: ___
Judgment ___ ___ ___•
Judicial Outcome ___ ___ ___ ×
Amount $___
Suspension: Years___ Months___

b2 -2
b6 -1
b7C -1
b7E

**K. Administrative Sanction Date:** ___
Subject Description Code ___ •
Type:   Length:
☐ Suspension ☐ Permanent
☐ Debarment or
☐ Injunction Year___ Months___

**L. Asset Seizure Date:** ___
**Asset Forfeiture Date:** ___
CATS # Mandatory ___
Circle below one of the three asset forfeiture:
**Admin, Civil Judicial, or Criminal**
Do not indicate $ value in Section D

**M. Acquittal/Dismissal/Pretrial Diversion**
(circle one) Date: ___

**N. Drug Seizures** ✓ **Date:** ___
Drug Code • ___
Weight ___ Code • ___
FDIN ___
Do not indicate $ value in Section D

**O. Child Victim Information**
Child located/identified Date: ___
☐ Living ☐ Deceased

**P. Subject Information** - Required for all blocks excluding block D (Recovery/PELP), blocks E, I, L, and N.

| Name | Race • | Sex | Date of Birth | Social Security No. (if available) |
|---|---|---|---|---|
| Sundeep Kishore "Goldy" | W | M | 12/7/1961 | 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 |

For Indictments/Convictions only:
☐ Subject related to an LCN, Asian Organized Crime (AOC), Italian Organized Crime (IOC), Russian/Eastern European, Caribbean, or Nigerian Organized Crime Group - Complete FD-515a, Side 1 Blocks A-E mandatory, F-H as appropriate.
☐ Subject related to an OC/Drug Organization, a VCMO Program National Gang Strategy target group, or a VCMO Program National Priority Initiative target group - Complete FD-515a, Side 1 Blocks A-C only.

× Additional information may be added by attaching another form or a plain sheet of paper for additional entries.
• See codes on reverse side.
✓ Requires that an explanation be attached and loaded into ISRAA for recovery over $1m and PELP over $5, disruption, dismantlement, and drug seizures.

Serial No. of FD-515: 12

EXHIBIT

FD-340 (Rev. 3-8-01)

1A14

Universal Case File Number ___166C-OC-67741___

Field Office Acquiring Evidence ___OC___

Serial # of Originating Document ___16___

Date Received ___05/30/2003___

From ___[redacted]___   b5 -1 / b7C -1

(Address of Contributor)

OC

(City and State)

By _____

To Be Returned  ☐ Yes   ☐ No
Receipt Given   ☐ Yes   ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
        ☐ Yes   ☐ No
Federal Taxpayer Information (FTI)
        ☐ Yes   ☐ No

Title: SUNDEEP KISHORE; Solicitation of Murder

Reference: ___302___
(Communication Enclosing Material)

Descr[iption] ___[redacted]___   b6 -5 / b7C -5

FD-340 (Rev. 3-8-01)

Universal Case File Number __166C-DC-64741 (1415)__

Field Office Acquiring Evidence __DC__

Serial # of Originating Document __15__

Date Received __03/01/2003__

From __SA_____
                                                                b6 -1
                                                                b7C -1

__FBI__

(Address of Contributor)

__DC__

(City and State)

By _____

To Be Returned  ☐ Yes  ☐ No
Receipt Given  ☐ Yes  ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e) Federal Rules of Criminal Procedure
☐ Yes  ☐ No
Federal Taxpayer Information (FTI)
☐ Yes  ☐ No

Title: __SUNDEEP KISHORE; Solicitation of Murder__

Reference: __302 SUNDEEP KISHORE__
(Communication Enclosing Material)

Description: ☒ Original notes re interview of __SUNDEEP KISHORE White male (Austrian citizen) DOB 12/07/196_ SSAN 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__