UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNDEEP KISHORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 07-1299 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on several pending motions filed by *pro se* Plaintiff Sundeep Kishore and Defendants Executive Office United States Attorneys ("EOUSA") and Federal Bureau of Investigations ("FBI") (collectively "Defendants") in this case. Mr. Kishore has filed several motions requesting sundry actions be taken by this Court. Now pending on this Court's docket are Plaintiff Mr. Kishore's Motion to Inform the Court with a request that the Motion be filed under seal, Dkt. #13; Motion to Show Bad Faith of Defendants, and Why No Good Cause Exists to Grant Defendant's Motion, Dkt. #14; Motion to Seek Clarification about Federal Rule of Civil Procedure 59(e), Dkt. #17; and a Motion to Deny Defendants' invocation of FOIA exemptions, Dkt. #19. The Defendants, likewise, have numerous pending motions in this case, including a Motion to Obtain Document Number 13, Dkt. #15, and a Motion to Stay All Filings Until After the Completion of Responsive Document Release, Dkt. #16. The Court will now resolve all of the pending motions.

On July 23, 2007 Mr, Kishore's FOIA action was filed in the United States District Court for the District of Columbia. *See* Dkt. #1. Mr. Kishore represents that he "was arrested by

the FBI-OKC," and that "[s]ince 2004 [he] [has] requested the United States Attorney'[s] office, and

the FBI to release 'all files' concerning their investigation." *Id.*    He further states that he has tried

to resolve this matter at the local level through the United States Attorney for the Western District

of Oklahoma, and the FBI office in Oklahoma.  *Id*.  Mr. Kishore has also asked the Executive Office

of United States Attorneys and FBI Headquarters to release documentation relating to his

investigation.  *Id.*

On August 22, 2007, Defendants  moved for a 90-day extension of time to file their

answer or otherwise respond to Plaintiff's complaint.  *See* Dkt. #7.  At that time, Defendants

represented that they had "recently discovered responsive information to Plaintiff's Freedom of

Information Act request, and that additional processing time will be required." *See* Dkt. # 7 at 1.

Also, by letter dated August 21, 2007, the FBI advised Plaintiff of the existence of documents

responsive to his FOIA request, and informed [Mr. Kishore] that his request would be prioritized

based on [his] January 30, 2006 request letter.  *Id*. at Ex. A.  Defendants' were ordered to respond

to Mr. Kishore's Complaint no later than November 23, 2007.  *See* 8/24/07 Minute Entry Order .

Defendants on November 20, 2007, filed a second motion for extension of time to respond to Mr.

Kishore's Complaint and for a briefing schedule.  *See* Dkt. #18.  The Court granted Defendants'

motion and set a briefing schedule in this matter. *See* 11/21/07 Minute Entry Order.  The Defendants

were ordered to file an answer or dispositive motion  to Plaintiff's Complaint no later than January

7, 2008. *Id.*  Mr. Kishore was directed to file his response no later than February 7, 2008.  *Id*.  In his

response, Mr. Kishore may include all of his previous arguments concerning the merits of his

Complaint.  The Defendants may file a reply no later than February 27, 2008. *Id*.

The Court will deny Mr. Kishore's motions concerning the merits of his Complaint

without prejudice. These issues may all be raised in Plaintiff's opposition. The Court will grant Mr. Kishore's motion to file Document Number 13 Under Seal and to Inform the Court; the Court considers itself informed. The Court will deny the Defendants' motion to obtain a copy of Document Number 13. There are no arguments in Document Number 13 that warrant a response, and not obtaining a copy of the document does not prejudice the Defendants. In light of the briefing schedule entered in this case, the Court will deny as moot the Defendants' motion to stay all filings until after the completion of responsive document release.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Seal and Motion to Inform the Court [Dkt. #13] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants' Motion to Obtain Document Number 13 [Dkt. # 15] is **DENIED**; and it is

**FURTHER ORDERED** that Mr. Kishore's Motions concerning the merits of his Complaint [Dkt. ##14, 17, & 19] are **DENIED WITHOUT PREJUDICE**; these arguments may be included in his opposition to Defendants' response to the Complaint; and it is

**FURTHER ORDERED** that Defendants' Motion to Stay All Filings Until After the Completion of Responsive Document Release [Dkt. #16] is **DENIED AS MOOT** in light of the Court's briefing schedule entered in this case on November 21, 2007.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: December 10, 2007.