UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUNDEEP KISHORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civ. Action No. 07-1299 (RMC) |
| | ) | ECF |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF FILING OF EXHIBITS

On January 7, 2008, Defendants filed their Motion to Dismiss and for Summary

Judgment.  *See* USDC Pacer Doc. No. 21.  Due to technical difficulties and the need for further

consultation with an FBI contact who was unavailable on the date of filing, some of the exhibits,

to which Defendants refer in their Motion, were not simultaneously filed with the Motion.

Specifically, there were conversion problems (from hard copy to .pdf format), with

exhibits A through S, attached to the Boseker Declaration.  Exhibit 30, attached to the Hardy

Declaration, contained Plaintiff's Social Security and credit card numbers, as well as his birth

date, which, according to the Court's rules, may not be filed on ECF.  Those numbers have now

been redacted by undersigned's office.  The aforementioned exhibits are attached herewith.  All

foregoing documents were mailed via first class mail to Plaintiff on January 7, 2008.

Dated: January 9, 2007.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C.  20530

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2008, I caused the foregoing *Notice of*

*Filing without attachments,* to be served on *pro se* Plaintiff, postage prepaid, addressed as

follows:


SUNDEEP KISHORE
#517067-LCF-GED 1D116
8607 S.E. FLOWER MOUND ROAD
LAWTON, OK 73501-9765

                                    _____/s/_____
                                    MERCEDEH MOMENI
                                    Assistant United States Attorney
                                    555 4th Street, NW
                                    Civil Division
                                    Washington, D.C.  20530
                                    (202) 305-4851
                                    (202) 514-8780 (facsimile)

3

To,
The Office of
The U.S. Attorney
210 Park Avenue Suite 400
OKC OK- 73102

3-23-05

RE: F.B.I File No. 166C-OC-64741
F.O.I Act and Open Records Act

Under the Open Records Act, I would request to be informed, to which U.S. Attorney, F.B.I. S.A Swarens and Wagner, reported to, in connection with the investigation, under this file no, and which supposedly ended on 3-1-03.
I, would request for an expedited review of information, as I go to trial on 25ᵗʰ April, 05, resulting from this investigation.

Thanking You,
Respectfully,
Bishu
                    Sundeep Kishore

Copy
Sue Hale Executive Director The Oklahoman

Mailing Address:
8 A 23
201 N. Shartel
OKC OK- 73102

GOVERNMENT
EXHIBIT
A

S. KISHORE
8 A 23
201 N. SHARTEL
OKC
OK-73102

RECEIVED

MAR 2 5 2005

U.S. ATTY. WDOK

To,
THE
U.S. ATTORNEY
210 PARK AVENUE SUITE 400
OKC
OK- 73102

OKLAHOMA CITY
PM
24 MAR
2005
OK 731

USA
37

**U.S. Department of Justice**

**ROBERT G. McCAMPBELL**
*United States Attorney*
*Western District of Oklahoma*

_____

210 West Park Avenue                          (405) 553-8700
Suite 400                                     FAX 553-8885
Oklahoma City, Oklahoma 73102

March 28, 2005

Mr. Sundeep Kishore
8 A 23
Oklahoma County Jail
201 N. Shartel
Oklahoma City, OK 73102

Re:  Freedom of Information Act Request
     Dated March 23, 2005
     Subject: FOIA Request

Dear Mr. Kishore:

Our office has received your letter dated March 23, 2005.
Your letter has been forwarded to the Freedom of Information Act
Unit, Executive Office for the United States Attorneys in
Washington, D.C.

Federal regulation 28 C.F.R. Section 16.3 requires all U.S.
Attorneys offices to forward FOIA requests to the FOIA Unit in
Washington, D.C. That office coordinates the processing of all
FOIA requests for all of the United Attorney Offices, and that
office will respond directly to you regarding your request.

In the future, please direct all of your FOIA matters to the
FOIA Unit in Washington, D.C. as this will accelerate the
processing of your request.

The address for the FOIA Unit in Washington, D.C. is as
follows:

Freedom of Information Act/Privacy Act Unit
Executive Office for United States Attorneys
600 E Street, N.W., Room 7300
Washington, D.C. 20530-0001
202-616-6757
Fax:202-616-6478

If you have any questions regarding this Matter, please direct
your questions to the FOIA Unit in Washington, D.C.

Page two
Re: Freedom of Information Act Request


                                    Very truly yours,

                                    ROBERT G. McCAMPBELL
                                    United States Attorney



                                    Joe W. Higginbotham
                                    Paralegal Specialist
                                    FOIA/PA Contact

**U.S. Departm     of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

APR 15 20

Requester: <u>Sundeep Kishore</u>          Request Number:<u>05-1036</u>

Subject of Request: <u>Self (AUSA in charge)</u>

Dear Requester:

   Your recent request for records from the Executive Office for United States Attorneys (EOUSA) has been received. Before the Executive Office can begin processing your request, it is necessary for you to correct one or more deficiencies. Please comply with the paragraphs checked below:

1.   [X] A requester must provide a notarized example of his/her signature or a certification of identity under penalty of perjury. This insures that information pertaining to an individual is released only to that person. A form is enclosed for your use.

2.   [ ] The files and records of United States Attorneys are maintained in over one hundred separate offices throughout the United States. Please identify the specific United States Attorney's office(s) where you believe records may be located. This would be primarily the district(s) in which a prosecution or litigation occurred.

3.   [ ] To insure that records are properly identified, provide subject's full name, current address, and date and place of birth.

4.   [ ] A request must describe the records sought in sufficient detail to allow location of the records with a reasonable amount of effort (i.e., processing the request should not require an unduly burdensome effort or be disruptive of Department operations). Please provide more specific information about the records you seek, such as appropriate dates, locations, names, nature of the records, etc.

   By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. §16.3(c), unless you request a waiver of fees (according to requirements in 28 C.F.R. §16.11(k)). Indigency does not constitute a basis for a fee waiver. Please note that pursuant to 28 C.F.R. §16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first





(Page 1 of 2)
Form No. 003 - 9/01

APR 1 5

two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time</u>! If we anticipate that fees will exceed $25 or the amount you state in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you.

You may appeal my decision in this matter by writing within sixty (60) days, to:

<div style="text-align:center">

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C.  20530

</div>

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke

Marie A. O'Rourke
Assistant Director

[X] Enclosure(s)

DS-1036
CIS

EXECUTIVE OFFICE for U.S. ATTORNEYS                    3-4-05
F.O.I. Act / Privacy Act Unit
600 E. STREET, N.W., Room 7300
WASHINGTON D.C. 20530-0001

RE: F.O.I. Act REQUEST for SUNDEEP KISHORE

Dear Sir,

I was informed by U.S. ATTORNEY MCCAMPBELL, Western
DISTRICT of OKLAHOMA, that my original request has
been forwarded to WASHINGTON D.C. by his office.
I would request once again that the information I
am requesting please be expedited to me. Due
to the fact that I am up to trial, on 04-25-2005.
The request is very simple, all I need to know
is the name of the federal prosecutor who F.B.I.
(OKC Division) SA SWARENS and SA WAGNER, reported to
while investigating me in Feb 2003, F.B.I. internal
File No. 166C-OC-64741, and the basis of information
used for obtaining the Federal GRAND JURY subpoena,
against me.
I am sure that none of this information is of a nature
to be a threat to national security, or be classified
information of a sensitive nature.
THANKING You,
Kishore

SUNDEEP KISHORE   8 A 23, 201 N. SHARTEL
        OKC . OK-73102-5227



VERIFICATION OF IDENTITY

RECEIVED
2005 JUN -8 PM 12:54
DEPT. OF JUSTICE/EOUSA
FOIA/PRIVACY STAFF

I, SUNDEEP-KISHORE, attest I am the stated person, and state the contents of the PRIVACY ACT request form filled by me are true to the best of my knowledge.

Affiant _____

SUNDEEP-KISHORE

SIGNED and sworn to me before this 31st day May 2005

By _____

NOTARY PUBLIC

My COMMISSION EXPIRES 12/17/07
COMMISSION NUMBER 03014504





Freedom of Information / Privacy Act Unit

Department of Justice
Mailroom
JUN 8  2005

Executive Office
for United States Attorneys
Freedom of Information / Privacy Act Unit
600 E. Street N.W., Room 7300
Washington, D.C. 20530- 0001

S. Kishore
8A23
201 N. Shartel
OK- 73102

U.S. Department of Justice

**Certification of Identity**

Western District of Oklahoma



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  ___ SUNDEEP - KISHORE ___

Citizenship Status [2] ___ RESIDENT ALIEN ___ Social Security Number [3] ___ 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 ___

Current Address ___ 201 N. SHARTEL OKC OK-73102-2227 ___

Date of Birth 12-7-59, 12-7-61 Place of Birth ___ LUCKNOW INDIA ___

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] ___ Bishor ___ Date ___ 5-31-05 ___

---

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

**Print or Type Name**

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 4/31/07

FORM DOJ-361
SEPT 04



**U.S. Departme Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: 05-2020                      JUL 2 1 2005

Subject: SELF (AUSA IN CHARGE)/OKW

Requester: MR. SUNDEEP KISHORE

Dear Requester:

      The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

      Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

      EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

      By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

                       Sincerely,

                       *Marie A. O'Rourke*

                       Marie A. O'Rourke
                       Assistant Director



                       Form No. 001 - 9/03

Your request is being expedited. This does not guarantee that it will be processed within the statutory time frames.



**U.S. Departme    f Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

| | | |
|---|---|---|
| Request Number: | **05-2020** | Date of Receipt: **4-12-05** |
| Requester: | **Sundeep Kishore** | |
| Subject: | **Self (AUSA in charge)** | |

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

*AUG -8 2005*

1.    [  ]    A search for records located in this office has revealed no records.

2.    [ x ]    A search for records located in the United States Attorney's Office(s) for the **Western District of Oklahoma** has revealed no records.

3.    [  ]    The records which you have requested cannot be located.

4.    [  ]    This office is continuing its work on the other subject/districts mentioned in your request.

5.    [ x ]    This is the final action my office will take on this particular request.

You may appeal my decision in this matter by writing within sixty (60) days, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director



Form No. 005 - 11/02

To,

The Office of Information and Privacy (Co-Director)
United States Department of Justice
Flag Building, Suite 570
Washington D.C. 20530

8-15-05

RE: Request for Information about
Sundeep-Kishore

"Letter of Appeal" F.O.I.P.A.

I am hereby appealing the decision that no records were located in the United States Attorney Offices for the Western District of Oklahoma. I was informed of this decision by Maria A. O'Rourke Assistant Director on the 8th of Aug 2005 under the request number 05-2020.

I would like to know if no records were found, how was a federal grand jury subpoena form issued by the Western District of Oklahoma??

Thanking You,
Sincerely
Kishore

Sundeep-Kishore
8 A 23
201 N. Shartel
OKC    OK-73102-2227



05-2587    reconsideration
→ staffer

8-15-05

Co- DIRECTOR                                    PA
OFFICE of INFORMATION and PRIVACY              (A)
SUITE 570, FLAG BUILDING                       EOUSA
WASHINGTON D.C. 20530                          #05-2020
                                               Closed 8/8/05 No Record

"ADMINISTRATIVE APPEAL" F.O.I.P.A.

I am hereby appealing MR. RICHARD L. HUFF
Co- DIRECTOR's answer of AUG 1, 2005, wherein
he confirmed MR. DAVID M. HARDY SECTION CHIEF
F.B.I's confirmation that there were no records
responsive to my request of FOIPA.

My Appeal No is (05-2361), and my Request
Number was 108793 by the Department of Justice.
My F.B.I. Request No is 1018793-000.

I am wondering if there is no record, how
was a grand jury subpoena form, granted to the
F.B.I, as even the Western District of OKLAHOMA
U.S. ATTORNEY'S office finds no records.

THANKING You,

Sincerely

Bishwi

SUNDEEP- KISHORE
8 A 23
201 N. SHARTEL
OKC    OK- 73102-2227

OFFICE OF INFORMATION
AND PRIVACY

AUG 17 2005

RECEIVED



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

AUG 2 6 2005

Mr. Sundeep Kishore
8 A 23
201 N. Shartel
Oklahoma City, OK 73102-2227

     Re:  Request No. 05-2020

Dear Mr. Kishore:

     This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys on your request for information from the files of the Department of Justice was received by this Office on August 17, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2587**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

     Sincerely,

     *Sakeitha Gilbert*

for Priscilla Jones
Chief, Administrative Staff







**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**MAR 0 2 2006**

Mr. Sundeep Kishore
ODOC No. 517067
Lawton Correctional Facility          Re:    Appeal No. 05-2587
8607 SE Flower Mound Road                     Request No. 05-2020
Lawton, OK 73501                              BVE:GLB:KAM

Dear Mr. Kishore:

You appealed from the action of the Executive Office for United States Attorneys on your request for access to records concerning yourself. More specifically, you request the name of the federal prosecutor to whom the Federal Bureau of Investigation reported to during its investigation of you.

The EOUSA informed you that it could locate no records responsive to your request in the files of the United States Attorney's Office for the Western District of Oklahoma. It has been determined that the EOUSA's response is correct.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

By:

Janice G. McLeod
Senior Counsel



05-1036 AB

05-2020 S
PS

1-30-06

To,
U.S. Attorney
Western District of Oklahoma
Suite 400, 210 Park Avenue
OKC OK- 73102

RECEIVED
2006 FEB -9 PM

RE: F.O.I. / P.A. Unit Appeal
Request for Documents
Sundeep- Kishore

Dear Sir,

In pursuit of information, from the U.S. Attorney's office, and the F.B.I. OKC, investigation concerning me, I am once again requesting for the specific information I require.

I am enclosing a copy of this letter to the U.S. D.O.J. office of Information and Privacy, and to the Embassy of Austria, and the U.S Senate Judicial Committee

I have written to your agency several times to no avail, in the last two years.

I am documenting, the policy of total dis-regard for the defendants' rights, and for dis-closure.

2

Did the S. Agents follow the manual on standard procedures of the U.S. Justice Department on investigations.

Who were the S. Agents responsible to, for gathering data? Who was the co-case agent who oversaw the investigation.

Who matched and verified the information from electronic, wire or oral communications, and from the video surveillance.

Who ran the wiretap's, body wires etc. Who took the product, deciphered it and disseminated it. Who dictated the FD-302's, and who evaluated it. Who handed these reports over to the U.S. Attorney's office.

Which S. Agent, or "agent of mass-destruction" was responsible for destroying the evidence, on the morning of 3-1-03. Was this S. Agent the same one, who was responsible for making the decision, to make the so called informant, enter the office/residence of my then spouse. The S. Agent knew the defendant was not there, so was the informant sent, that he could plant the drugs, to further entrap the defendant

3

What kind of body-transmitters ~~used~~ were
used? Was there a dedicated line to the
wiretap equipment for monitoring. Who all were
the wiretap attendants. Who all signed off, to
apply for authority to intercept communication.

Who was the SPECIAL AGENT in CHARGE, who
checked on compliances. Who was the "briefer"
for the F.B.I. OKC, to the U.S. ATTORNEY's office
Did the SAC, turn over all documents to the
U.S. ATTORNEY's office. Who was the liaison
to the U.S. ATTORNEY's office, from the F.B.I.
OKC office. Who from the U.S. ATTORNEY's
office supervised this investigation. Who were
the supervisory agents, and field supervisors,
from the "heaviest badge in town."

Who took the evidence, to the U.S. ATTORNEY's
office, and then on to the locker room. Who
secured the evidence. Who was the group
supervisor. Which S. AGENT "controlled" the so
called informant.

Who was responsible for the filing system
of this case, or the 'non-filing'. Who
decided not to file reports on the F.B.I's
AUTOMATED CASE SUPPORT SYSTEM. Where are
the logs for all the intercepted communication.

4

Were the F.B.I. Leg at in Austria, or India ever contacted.

Who was responsible from the federal prosecutors - the U.S. Attorney's office in observing this investigation.

Are all the official or confidential files, or "dossiers" not filed, so that these report could be 'sanitized' or 'erasures' made, in purpose to obstruct justice.

Where have all the 302's disappeared. The carbons should have been in F.B.I. headquarter either sent there by mail, air-tel or teletype. Are all the tel-com's, mem-com's, air-tel's gone.

The record of all people who touched the evidence. What happened to these records.

Which Special Agent, and who from the U.S. Attorney's office, checked and verified the insurance information.

Who headed the F.B.I.'s Press office, and released the media reports. Who verified the authencity of this information.

5

Was a "grand jury" summoned? Was there a decision made to indict. Did they issue subpoena's. Who testified at these hearings. Who was the U.S. ATTORNEY, or his deputy who represented the federal government, during these proceedings.

Was the U.S. ATTORNEY, or the SAC of the F.B.I. OKC, responsible for making all the S. AGENTS testify falsely.

Was the U.S. ATTORNEY's office responsible for denying me a BOND hearing, and also a failure to disclose information.

Were they also responsible for denying me all the "priveleges and immunities granted in the BILL of RIGHTS", due to the extensive federal involvement in this investigation.

Was it the decision of the U.S. ATTORNEY office, to void the CONSULAR notification process

6

The U.S. government was complicit through the hands of the U.S. Attorney's office, and the F.B.I. OKC, in their illegal behavior, to deprive me of all my rights.

Thanking You,
Sincerely

SUNDEEP- KISHORE

Page 6-6.

SUNDEEP- KISHORE
LCF GEO 517067
8607 SE Flower Mound Rd.
LAWTON OK - 73501



# UNITED STATES DEPARTMENT OF JUSTICE

### *United States Attorney*
### *Western District of Oklahoma*

400 Oklahoma Tower                                                         ( 405 ) 553-8700
210 Park Avenue                                                           ( Fax ) 553-8885
Oklahoma City, OK 73102

February 2, 2006

Mr. Sundeep-Kishore
ID # LCF GEO 517067
OKLAHOMA CORRECTIONAL FACILITY
8607 SE Flower Mound Road
Lawton, OK 73501

**RE:**    Freedom of Information Act Request
            Dated 1/30/2006
            Subject: Second FOIA Request for information in the records of the USA/OKW

Dear Mr. Sundeep-Kishore:

Our office has received your January 30, 2006, letter. Your letter has been forwarded to the
Freedom of Information Act Unit, Executive Office for the United States Attorneys in Washington,
D.C.

Federal regulation 28 C.F.R. § 16.3 requires all United States Attorney Offices to forward FOIA
requests to the FOIA Unit in Washington D.C. That office coordinates the processing of all FOIA
requests for all of the United States Attorney Offices, and that office will respond directly to you
regarding your request.

In the future, please direct all of your FOIA matters to the FOIA Unit in Washington D.C. as this
will accelerate the processing of your request. Do not direct your original request to this office.

The address for the FOIA Unit in Washington D.C. is as follows:

            Freedom of Information Act/Privacy Act Unit
            Executive Office for United States Attorneys
            600 E. Street, N.W., Room 7300
            Washington, D.C. 20530
            (202) 616-6757
            (202) 616-6478 - FAX



If you have any questions regarding the matter, please direct your questions to the FOIA Unit in Washington, D.C.

Sincerely,

JOHN C. RICHTER
United States Attorney


JOE HIGGINBOTHAM
Paralegal Specialist



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530                    AUG - 2 2006
202-616-6757   Fax 202-616-6478

Request Number: 06-2345                Date of Receipt: February 06, 2006

Requester: Sundeep Kishore              Subject: Complaints, questions

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.    [ ]    Your request has been forwarded to _____ for a direct response to you.

2.    [ ]    The records responsive to your request have been destroyed pursuant to Department of Justice guidelines.

3.    [ ]    Your request seeks public records which may be obtained from the clerk of the court.

4.    [ ]    Your request pertains to state or local matters, the records for which are maintained by state or local agencies and, therefore, are outside the scope of the Act. You should contact the pertinent state or local agency for a response to your request.

5.    [✓]    The Freedom of Information Act only applies to records already in existence and does not require an agency to conduct research, create new records, or answer questions disguised as FOIA requests.

6.    [ ]    Your request concerns material which is publicly available through the Government Printing Office. You can obtain/purchase a copy of the requested material by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

7.    [ ]    Please note that your original letter was split into separate files ("requests"), for processing purposes, depending on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:
     __NOT SPLIT__

This is our final action on this above-numbered Request. You may appeal my decision on this request by writing to the **Office of Information and Privacy, Department of Justice, 1425 New York Avenue, Suite, 11050, Washington, D.C. 20530-0001,** within 60 days from the date of this letter. Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative, appeal, judicial review may thereafter be available in U.S. District Court. 28 C.F.R. §16.9.

Sincerely,

William G. Stewart II
Acting Assistant Director

Form No. 005A - 2/06



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

AUG - 2 2006

Requester: Sundeep Kishore                    Request Number: 06-2345

Subject: Complaints, questions

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act and/or Privacy Act request. The EOUSA is the official record keeper for all records located in this office and the various United States Attorney's offices.

You requested information which is not information maintained by the EOUSA or by the individual United States Attorney's Offices, but is maintained by the Federal Bureau of Investigation (FBI). Please contact the FBI directly at the following address:

Federal Bureau of Investigation
FOIA/PA Section
Room 6296, J. Edgar Hoover Bldg.
Washington, D.C. 20535-0001

[   ]   Please note that your original letter was split into separate files ("requests'), for processing purposes, based on the nature of what of what you sought. Each file will have a separate Request Number (listed below), for which you will receive a separate response:
**NOT SPLIT**

This is a final action on this above-numbered Request. You may appeal my decision on this request by writing within 60 days from the date of this letter, to **Office of Information and Privacy, Department of Justice, 1425 New York Avenue,  Suite 11050, Washington, D.C. 20530-0001**. Both the envelope and letter of appeal should be marked "FOIA Appeal." If you are dissatisfied with the result s of any such administrative appeal, judicial review may thereafter be available in U.S. District Court. 28 C.F.R. §16.9.

Sincerely,

*William G. Stewart*

William G. Stewart II
Acting Assistant Director



Form No. 042 - 2/06

FILE COPY



rec 8-22-06
mailed 8-17
06-3204

PA
(A)
EOUSA
+

16th Aug 06
consider
with (A)
05-1481

FOIA APPEAL

OFFICE of INFORMATION and PRIVACY
DEPARTMENT of JUSTICE
1425 NEW YORK AVENUE
Suite 11050
WASHINGTON D.C. 20530-0001

OFFICE OF INFORMATION
AND PRIVACY

SEP 2 2 2006

RECEIVED

RE: Request Number 06-2345
Requester: SUNDEEP-KISHORE

I received a letter from MR. WILLIAM G. STEWART
II, ACTING ASSISTANT DIRECTOR EOUSA, stating that
the requested information is maintained by the FBI,
and asks me to contact the FBI directly.
I had already requested the FBI as per
APPEAL No. 05-1481, and the FBI stated it had
no records.
This shows a clear discrepancy, and I would like
to appeal the decisions, and request I be provided
the information.

THANKING YOU,
Sincerely
Kishore

SUNDEEP-KISHORE          app
# 517067 GEO
8607 S.E. FLOWER MOUND RD.
LAWTON OK-73501

**U.S. Department of Justice**

Office of Information and Privacy

RECEIVED

2006 OCT 11 PM 12: 46

Washington, D.C. 20530 EOUSA
DEPT. OF JUSTICE
FOIA/PRIVACY STAFF

Telephone: (202) 514-3642

Mr. Sundeep Kishore
No. 517067                                    **OCT 1 0 2006**
8607 SE. Flower Mound Road
Lawton, OK 73501

     Re:  Request No. 06-2345

Dear Mr. Kishore:

     This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys was received by this Office on September 22, 2006.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **06-3204**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                    Sincerely,

                    Priscilla Jones
                    Chief, Administrative Staff



EousA



**U.S. Department of Justice**

Office of Information and Privacy

RECEIVED

2006 NOV 15  AM 11:02

*Telephone: (202) 514-3642*                                      *Washington, D.C. 20530*

DEPT. OF JUSTICE/EOUSA
FOIA/PRIVACY STAFF

**NOV 14 2006**

Mr. Sundeep Kishore
No. 517067                                      Re:    Appeal No. 06-3204
8607 SE. Flower Mound Road                             Request No. 06-2345
Lawton, OK 73501                                       JTR:CL

Dear Mr. Kishore:

    You appealed from the action of the Executive Office for United States Attorneys
(EOUSA) on your letter to it of January 30, 2006, which posed numerous questions pertaining to
a criminal investigation.

    After carefully considering your appeal, I am affirming EOUSA's action on your letter to
it of January 30, 2006. The Freedom of Information Act does not require federal agencies to
answer questions or to perform research in response to a FOIA request, but rather is limited to
requiring agencies to provide access to reasonably described, nonexempt records. See, e.g.,
NLRB v. Sears, Roebuck & Co., 421 U.S. 132, 162 (1975); Zemansky v. EPA, 767 F.2d 569,
574 (9th Cir. 1985). The nature of your request is such that it would require EOUSA to
undertake research and to create responses to your questions.

    Additionally, although your appeal letter of August 16, 2006, stated that EOUSA "stat[ed]
that the requested information is maintained by the FBI, and ask[ed] [you] to contact the FBI
directly," EOUSA did not in fact make any such recommendation to you in its August 6, 2006
response to Request No. 06-2345. Please be advised that to the extent that EOUSA might have
suggested in another letter that you submit a request to the FBI, such a suggestion would not have
been a confirmation that records pertaining to you exist at the FBI.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in
accordance with 5 U.S.C. § 552(a)(4)(B).

                                        Sincerely,

                                        Daniel J. Metcalfe
                                        Director

06-2015/cs

F.O.I / PA     RECEIVED
                2007 JUN -4 PM 1:54    5-21-07
                DEPT. OF JUSTICE/EOUSA
                FOIA/PRIVACY STAFF

EXECUTIVE OFFICE
UNITED STATE ATTORNEYS
ASST. DIRECTOR FOIA / PRIVACY UNIT
ROOM 7300, 600 E. STREET N.W.,
U.S. D.O.J.
WASHINGTON D.C. 20530-0001

RE: SUNDEEP- KISHORE

I had sent a FOI/PA, request in MARCH,
2007, but have still not received a reply to
my request for access to information, relating
to an FBI- OKC investigation against me, and
supervised by the U.S. ATTORNEY's office for th
WESTERN DISTRICT of OKLAHOMA, in FEB, MARCH 200
    The U.S. ATTORNEY's office for the WESTERN
DISTRICT of OKLAHOMA, facilitated a federal grand
jury hearing against me, in which FBI-Special
Agents WARENS, and WAGNER testified, beside other.
    The investigation was led by the FBI-OKC
in February, MARCH 2007, and later led to
state charges being filed against me, in
OKLAHOMA COUNTY re: CF-2003-1331, and in
LINCOLN COUNTY, OK re CF-2003-123. In
both charges the complaining party was the
FBI-OKC.

GOVERNMENT
EXHIBIT
P

2

I would request you to search your
CENTRAL System, and your core of five file
keeping system, speicifically the criminal flagg
master-file, and the criminal immediate
declination file, and the criminal charged file

THANKING You,

Respectfully

Kishore

SUNDEEP-KISHORE
# 517067 LCF-GEO
8607 S.E. FLOWER MOUND Rd.
LAWTON, OK-73501-9765.

Page 2-2.



S. KISHORE
#517067 LCF
8607 S.E. Flower Mound Rd
Lawton
OK-73501-9765

FOIA BRANCH UNIT OK 731
22 MAY 2007 PM
OKL-MAIL

INSPECTED

U.S. DEPARTMENT OF JUSTICE

JUN 4 2007

MAIN MAILROOM

Executive Office
United States Attorneys
Asst. Director FOIA/Privacy Unit
Room 7300, 600 E. Street N.W.,
United States Department of Justice
Washington D.C. 20530-0001



**U.S. Department Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*   JUL 2 3 2007
*Washington, DC 20530-0001*
*(202) 616-6757   FAX: 616-6478   (www.usdoj.gov/usao)*

Requester: <u>Sunkeep Kishore</u>          Request Number: __07-2264__

Subject of Request: <u>Sel</u>

Dear Requester:

    Your recent request for records from the Executive Office for United States Attorneys (EOUSA) has been received. Before the Executive Office can begin processing your request, it is necessary for you to correct one or more deficiencies. Please comply with the paragraphs checked below:

1.    [√] A requester must provide a notarized example of his/her signature or a certification of identity under penalty of perjury. This insures that information pertaining to an individual is released only to that person. A form is enclosed for your use.

2.    [ ] The files and records of United States Attorneys are maintained in over one hundred separate offices throughout the United States. Please identify the specific United States Attorney's office(s) where you believe records may be located. This would be primarily the district(s) in which a prosecution or litigation occurred.

3.    [ ] To insure that records are properly identified, provide subject's full name, current address, and date and place of birth.

4.    [√] A request must describe the records sought in sufficient detail to allow location of the records with a reasonable amount of effort (i.e., processing the request should not require an unduly burdensome effort or be disruptive of Department operations). Please provide more specific information about the records you seek, such as appropriate dates, locations, names, nature of the records, etc.

5.    [ ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:
      **NOT SPLIT**

    By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. § 16.3(c), unless you request a waiver of fees (according to requirements in 28 C.F.R. § 16.11(k)). Indigency does not constitute a basis for a fee waiver. Please note that pursuant to 28 C.F.R. § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 the expected fees (or you have narrowed your request to reduce fees) and we have





(Page 1 of 2)
Form No. 003 - 3/07

JUL 2 3 2007

processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

This is the final action on this above-numbered request. You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

Sincerely,

William G. Stewart II
Assistant Director

[   ] Enclosure(s)

FILE COPY

Ab-2305/aa

FOI / PA Unit

Executive Office for U.S. Attorneys.
Freedom of Information / Privacy Act
600 E. Street N.W., Room 7300
Washington D.C. 20530-0001

RECEIVED
2007 JUL 12 AM 10:53
DEPT. OF JUSTICE/EOUSA
FOIA/PRIVACY STAFF
2007-JUL-30-07

RE: Sundeep-Kishore

I am requesting for access to "all records"
pertaining to me, in which the U.S. Attorney's
office for the Western District of Oklahoma-OK
was involved in overseeing an investigation against
me by the FBI-OKC, in cases CF-2003-1331 in
Oklahoma County, and CF-2003-123 in Lincoln Cou.
OK., in Feb/March of 2003.
All records including if the U.S. Attorney
declined prosecution, should be released!

Thank you,

Sundeep-Kishore
# 517067 LLF-GEO
8607 S.E. Flower Mound Rd.
Lawton
OK-73501-9765



S. Kishore
# S17067 LCF-GEO
8607 S.E. Flower Mound Rd
Lawton
OK-73501-9765

DEPARTMENT OF JUSTICE

JUL 11 2007

DEPARTMENT OF JUSTICE

U.S. DEPARTMENT OF JUSTICE
JUL 11 2007
INSPECTED

MAIN MAILROOM

FOI/PA

OKLAHOMA CITY OK 731

02 JUL 2007 PM

Executive Office for

United States Attorneys

Freedom of Information / Privacy Act Unit

United States Department of Justice

600 E. Street N.W., Room 7300

Washington D.C. 20530-0001



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

---

Requester: Sundeep Kishore                Request Number: 07-2264 [x-ref. 05-1036]

Subject of Request: Self/Investigation of by U.S. Attorneys Office, Western District of Oklahoma

Dear Mr. Kishore:

Prior communications from this office made in connection with the above request numbers advised you that a) no records could be located in response to your specific request to know the name of the Assistant U.S. Attorney involved in your criminal investigation (FOIA No. 05-1036), and (b) that your request for all information on yourself was defective (FOIA No. 07-2264). This letter is a correction to those responses based upon a review of your FOIA files and further search performed by the above-referenced U.S. Attorney's Office for the file that previously could not be located.

Your request for records under the Freedom of Information Act/Privacy Act has been processed. The Executive Office for United States Attorneys is the official record-keeper for all records located in this office and the various United States Attorneys' Offices, including the U.S. Attorneys Office for the Western District of Oklahoma..

In reviewing the records retrieved and forwarded to our office, we have considered your request in light of the provisions of both the Freedom of Information Act and the Privacy Act, so as to provide you with the greatest degree of access authorized by the statutes.

The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [ x ] partial [    ] full denial.

Enclosed please find:

____14____ page(s) are being released in full (RIF);
____1____ page(s) are being released in part (RIP);
____0____ page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.



| Section 552 | | | Section 552a |
|---|---|---|---|
| [   ] (b)(1) | [   ] (b)(4) | [   ] (b)(7)(B) | [ x ] (j)(2) |
| [   ] (b)(2) | [ x ] (b)(5) | [   ] (b)(7)(C) | [   ] (k)(2) |
| [   ] (b)(3) | [   ] (b)(6) | [   ] (b)(7)(D) | [   ] (k)(5) |
| _____ | [   ] (b)(7)(A) | [   ] (b)(7)(E) | [   ] _____ |
| _____ | | [   ] (b)(7)(F) | |

[ x ]    A review of the material revealed:

[ x ]    ____11____ page(s) originated with another government component, the Federal Bureau of Investigation (FBI). **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** It is possible that the FBI will determine that these records are duplicates of those that they are reviewing in connection with a separate request that you made to them. It is also possible that they will determine to return records to this office for further action, in which case, we will advise you by supplemental communication.

This is the final action this office will take concerning your request.

As you are presently litigating the matters addressed in the letter, you are not required to appeal the decision to withhold records to the Office of Information and Privacy.

Sincerely,

William G. Stewart II
Assistant Director

Enclosure(s)

(Page 2 of 2)

Form No. 021 - no fee -1/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                              |   |                              |
|------------------------------|---|------------------------------|
| SUNDEEP KISHORE,             | ) |                              |
|                              | ) |                              |
| Plaintiff,                   | ) |                              |
|                              | ) |                              |
| v.                           | ) | Civ. Action No. 07-1299 (RMC) |
|                              | ) |                              |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) |                       |
|                              | ) |                              |
| Defendants.                  | ) |                              |
|                              | ) |                              |

# Exhibit 30



## CASE REVIEW LOG

FILE NUMBER: _____

| DATE | ACTION SUGGESTED | DATE | ACTION SUGGESTED |
|------|------------------|------|------------------|
| 12/2/03 | File Review | | |
| 2/13/04 | F/R | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Kishore-1

FD-360a (Rev. 11-12-89)

(Title) _____

(File No.) _____

| Item | Date Filed | To be returned | | | Disposition |
|------|-----------|------|------|------|-------------|
| | | Yes | No | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Kishore-2

09/26/06
13:05:46                              FD-192                              ICMIPR01
                                                                          Page  1

Title and Character of Case:
                                      b6 -4
KISHORE, SUNDEEP                      b7C -4


Date Property Acquired:    Source from which Property Acquired:
                           SUNDEEP KISHORE
     03/01/2003            1706  NBU HWY 99 S
                           PRAGUE OK                          b6 -1
                                                              b7C -1

Anticipated Disposition: Acquired By:          Case Agent:


Description of Property:                                    Date Entered
   1B 1

   AMERICAN EXPRESS TRAVELER'S CHECKS $100.00 DENOMINATION

   Barcode: E01865851     Location: REPACKAGED
                                                           03/11/2003

   Total Drug Package Weight:            Est Dollar Value:        0.00
   Sealed By:                    Witnessed By:
                                                           b6 -1
   AMERICAN EXPRESS TRAVELER'S CHECKS $100.00 DENOMINATION     b7C -1

   Barcode: E04031237     Location: ECC        VV
                                                           09/26/2006

   Total Drug Package Weight:            Est Dollar Value:        0.00
   Sealed By:                    Witnessed By:

                                                           b6 -1
                                                           b7C -1


SEARCHED_____ INDEXED _____
SERIALIZED_____ FILED _____

OCT 2 3 2006

FBI — OKLAHOMA CITY

     Case Number:  166C-OC-64741
     Owning Office:  OKLAHOMA CITY

**FILE COPY**

Kishore-3

```
03/11/03                                                              ICMIPR01
11:35:01                          FD-192                              Page  1
```

Title and Character of Case:
                                    b6 -4
KISHORE, SUNDEEP                    b7C -4

Date Property Acquired:  Source from which Property Acquired:
                         SUNDEEP KISHORE
    03/01/2003           1706  NBU HWY 99 S                    b6 -1
                         PRAGUE OK                             b7C -1

Anticipated Disposition: Acquired By:              Case Agent:

Description of Property:                                 Date Entered
  1B 1

  AMERICAN EXPRESS TRAVELER'S CHECKS $100.00 DENOMINATION

  Barcode: E01865851   Location: ECC      VS1              03/11/2003

  Total Drug Package Weight:              Est Dollar Value:      0.00
  Sealed By:                    Witnessed By:

                                           b6 -1
                                           b7C -1

```
    Case Number:   166C-OC-64741
    Owning Office:  OKLAHOMA CITY
```

FILE COPY                          Kishore-4

03/11/03
11:26:42                              FD-192                        ICMIPR01
                                                                    Page  1
_____
Title and Character of Case:

KISHORE  SUNDEEP          b6 -4
                         b7C -4
_____
Date Property Acquired:   Source from which Property Acquired:
                         SUNDEEP KISHORE
     03/01/2003          1706  NBU HWY 99 S
                         PRAGUE OK                              b6 -1
                                                               b7C -1
_____
Anticipated Disposition: Acquired By:              Case Agent:

_____
Description of Property:                              Date Entered
   1B 2

   2 AIRLINE TICKETS NY-AUSTRIA

   Barcode: E01865852   Location: ECC      VS1            03/11/2003

   Total Drug Package Weight:          Est Dollar Value:       0.00
   Sealed By:                     Witnessed By:

                               b6 -1
                               b7C -1

_____
   Case Number:  166C-OC-64741
   Owning Office:  OKLAHOMA CITY


                              Kishore-5

05/20/05
09:17:29                              FD-192                              ICMIPR01
                                                                          Page  1

Title and Character of Case:

KISHORE, SUNDEEP          b6 -4
                          b7C -4

Date Property Acquired:   Source from which Property Acquired:
                          SUNDEEP KISHORE
     03/01/2003           1706  NBU HWY 99 S
                          PRAGUE OK                          b6 -1
                                                            b7C -1

Anticipated Disposition: Acquired By:            Case Agent:

Description of Property:                                    Date Entered
   1B 3

   1) MISC. DOCUMENTS                      b6 -6
   3) DOCUMENTS FOR                        b7C -6
   4) MISC. DOCUMENTS

   Barcode: E01865853     Location: ECC     SS1              03/11/2003

   ONE CHECK WITH THE NAME SUNDEEP OR          KISHORE    b6 -6
   (NOT LISTED  FD 192)                                   b7C -6

   Barcode: E1159954      Location: ECC     VV             09/29/2004

   Total Drug Package Weight:          Est Dollar Value:        0.00
   Sealed By:                          Witnessed By:         b6 -1
                                                            b7C -1

   1) MISC. DOCUMENTS (MISC PHOTOGRAPHS ONLY)
   2) PASSPORT -                              b6 -6
   4) MISC. DOCUMENTS(INTERNATION DRIVERS LICENSE IN THE NAME
      OF SUNDEEP KISHORE, A CAR RENTAL COUCHER IN THE NAME OF
   ...SUNDEEP KISHORE, A SHARARA AIRLINE FLIGHT CONFIRMATION
   ...FOR SUNDEEP KISHORE AND A USAA CREDIT CARD STATEMENT FOR
   ...SUNDEEP KISHORE
   5) PASSPORT IN THE NAME OF SUNDDEEP KISHORE

   Barcode: E01866857     Location: ECC     SS1             05/19/2005

   Case Number:  166C-OC-64741
   Owning Office:  OKLAHOMA CITY

                                          SEARCHED_____ INDEXED_____
                                          SERIALIZED_____ FILED_____

                                              MAY 2 3 2005

                                          FBI OKLAHOMA CITY

FILE COPY                   Kishore-6

```
09/29/04                                                              ICMIPR01
13:31:12                          FD-192                              Page  1
```

Title and Character of Case:

KISHORE  SUNDEEP              b6 -4
                             b7C -4

---

Date Property Acquired:    Source from which Property Acquired:
                           SUNDEEP KISHORE
   03/01/2003              1706  NBU HWY 99 S
                           PRAGUE OK                        b6 -1
                                                            b7C -1

---

Anticipated Disposition: Acquired By:              Case Agent:

---

Description of Property:                                Date Entered
   1B 3

   1) MISC. DOCUMENTS
   2) PASSPORT -                              b6 -6
   3) DOCUMENTS FOR                           b7C -6
   4) MISC. DOCUMENTS
   5) PASSPORT - SUNDEEP KISHORE

   Barcode: E01865853    Location: ECC    SS1              03/11/2003

   ONE CHECK WITH THE NAME SUNDEEP            KISHORE    b6 -6
   (NOT LISTED  FD 192)                                  b7C -6

   Barcode: E1159954    Location: ECC    VV               09/29/2004

   Total Drug Package Weight:          Est Dollar Value:      0.00
   Sealed By:                          Witnessed By:

                                                 b6 -1
                                                 b7C -1

---

         Case Number:  166C-OC-64741
         Owning Office:  OKLAHOMA CITY

FILE COPY
Correct

Kishore-7

SEARCHED_____ INDEXED _____
SERIALIZED_____ FILED _____
SEP 3 0 2004
FBI -- OKLAHOMA CITY

03/11/03
12:00:06                              FD-192                              ICMIPR01
                                                                         Page  1

Title and Character of Case:

KISHORE, SUNDEEP              b6 -4
                             b7C -4

Date Property Acquired:   Source from which Property Acquired:
                          SUNDEEP KISHORE
      03/01/2003          1706   NBU HWY 99 S                b6 -1
                          PRAGUE OK                          b7C -1

Anticipated Disposition: Acquired By:          Case Agent:

Description of Property:                                     Date Entered
   1B 3

   1) MISC. DOCUMENTS
   2) PASSPORT -
   3) DOCUMENTS FOR                                b6 -6
   4) MISC. DOCUMENTS                               b7C -6
   5) PASSPORT - SUNDEEP KISHORE

   Barcode: E01865853    Location: ECC      SS1             03/11/2003

    Case Number: 166C-OC-64741
  Owning Office:  OKLAHOMA CITY

FILE COPY                                                        W

```
03/11/03                                                              ICMIPR01
12:03:46                           FD-192                             Page  1
```

Title and Character of Case:

KISHORE, SUNDEEP              b6 -4
                             b7C -4

| Date Property Acquired: | Source from which Property Acquired: | |
| --- | --- | --- |
| 03/01/2003 | SUNDEEP KISHORE<br>1706  NBU HWY 99 S<br>PRAGUE OK | b6 -1<br>b7C -1 |

Anticipated Disposition: Acquired By:           Case Agent:

Description of Property:                                    Date Entered
   1B 4

   CPU - SOONER COMPUTER NO SERIAL #
   CPU - SOONER COMPUTER NO SERIAL #

   Barcode: E01865854    Location: ECC    CART 9    D       03/11/2003

```
     Case Number:  166C-OC-64741
  Owning Office:  OKLAHOMA CITY
```

FILE COPY                    Kishore-9

04/23/03
17:41:26

Title and Character of Case:                    FD-192

ICMIPR01
Page 1

KISHORE, SUNDEEP                b6 -4
                                b7C -4

Date Property Acquired:    Source from which Property Acquired:
                          SUNDEEP KISHORE (ARRESTEE)
    03/01/2003

Anticipated Disposition. Acquired By:
                                        Case Agent.

Description of Property:                                b6 -1
1B 5                                                    b7C -1

                                            Date Entered
ONE MASTERCARD ACCT #
EXPIRATION 02/05
OWNER SUNEEP KISHORE

Barcode: E1159393        Location: ECC        VS1

Total Drug Package Weight.                      04/23/2003
Sealed By:
                              Witnessed By:    Est Dollar Value.
                                                        0.00

                                                b6 -1
                                                b7C -1

Case Number: 166C-OC-64741
Owning Office: OKLAHOMA CITY

FILE COPY

04/23/03                                    ICMIPR01
17:54:58                    FD-192           Page  1

Title and Character of Case:

KISHORE, SUNDEEP         b6 -4
                         b7C -4

Date Property Acquired:  Source from which Property Acquired:

   03/03/2003                            b6 -5
                         PARGUE OK       b7C -5

Anticipated Disposition: Acquired By:        Case Agent:    b6 -1
                                                            b7C -1

Description of Property:                        Date Entered
   1B 6
                                                b6 -5
                                                b7C -5

   Barcode: E1159394    Location: ECC    SS1    C3        04/23/2003

   Case Number:  166C-OC-64741
   Owning Office:  OKLAHOMA CITY

FILE COPY                    Kishore-11

04/23/03
18:11:19                                  FD-192                                    ICMIPR01
                                                                                    Page 1



Title and Character of Case:

KISHORE, SUNDEEP                    b6 -4
                                   b7C -4

Date Property Acquired:    Source from which Property Acquired:

   03/03/2003                                              b6 -5
                          PRAGUE OK                        b7C -5

Anticipated Disposition: Acquired By:              Case Agent:      b6 -1
                                                                   b7C -1

Description of Property:                                    Date Entered
  1B 7

  (1)
  (2)                                                            b6 -5,6
                                                                 b7C -5,6
  (3)
  (4)
  (5)
  (6)

Barcode: E1159395    Location: ECC       S2      B              04/23/2003

        Case Number:  166C-OC-64741
        Owning Office: OKLAHOMA CITY

**FILE COPY**                    Kishore-12

05/20/05                                                          ICMIPR01
10:02:24                          FD-192                          Page   1

Title and Character of Case:

KISHORE, SUNDEEP        b6 -4
                        b7C -4

Date Property Acquired:    Source from which Property Acquired:
                                                    b6 -5
    03/03/2003                                      b7C -5

                           PRAGUE OK

Anticipated Disposition: Acquired By·          Case Agent·
                                                          b6 -1
                                                          b7C -1

Description of Property:                        Date Entered
   1B 7

                                                    b6 -5,6
                                                    b7C -5,6

    Barcode: E1159395    Location:                  04/23/2003

                                                    b6 -5
                                                    b7C -5

    Barcode: E01866865   Location: ECC     SS1      05/20/2005

                                                    b6 -5,6
                                                    b7C -5,6

    Barcode: E01866866   Location: ECC     SS1      05/20/2005

    Case Number:  166C-OC-64741
    Owning Office:  OKLAHOMA CITY

FILE COPY

Kishore-13

SEARCHED_____ INDEXED_____
SERIALIZED_____ FILED_____
MAY 2 3 2005
FBI OKLAHOMA CITY

05/20/05
09:44:24                          FD-192                                    ICMIPR01
                                                                            Page  1

Title and Character of Case:

KISHORE  SUNDEEP        b6 -4
                       b7C -4

Date Property Acquired:    Source from which Property Acquired:

    03/03/2003                                         b6 -5
                          PRAGUE OK                    b7C -5

Anticipated Disposition: Acquired By:           Case Agent:
                                                              b6 -1
                                                              b7C -1

Description of Property:                                  Date Entered
    1B 7

                                                      b6 -5,6
                                                      b7C -5,6

    Barcode: E1159395    Location:                     04/23/2003

                                                      b6 -5
                                                      b7C -5

    Barcode: E01866865   Location: ECC    SS1          05/20/2005

        Case Number:  166C-OC-64741
    Owning Office:  OKLAHOMA CITY

    FILE COPY

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____
MAY 2 3 2005
FBI OKLAHOMA CITY

Kishore-14

04/25/05
12:57:57                              FD-192                         ICMIPR01
                                                                     Page  1

Title and Character of Case:

KISHORE, SUNDEEP          b6 -4
                          b7C -4

Date Property Acquired:   Source from which Property Acquired:
                          SUNDEEP KISHORE 1706 NBU HWY 99S
     03/01/2003
                          PRAGUE OK

Anticipated Disposition: Acquired By:              Case Agent:      b6 -1
                                                                    b7C -1

Description of Property:                              Date Entered
   1B 8

THREE (3) BAGS - EACH CONTAINING A GREEN LEAFEY SUBSTANCE
(SMALL BAG /W GLOVES AN WHITE POWDER FROM GLOVES)

Barcode: E01866823    Location: ECC      DV              04/25/2005

Total Drug Package Weight:        0.0850 KILOGRAMS   Est Dollar Value:   b6 -1
Sealed By:                        Witnessed By:                          b7C -1

         Case Number:   166C-OC-64741
      Owning Office:    OKLAHOMA CITY

FILE COPY



Kishore-15

05/05/05
10:21:56                          FD-192                          ICMIPR01
                                                                  Page  1

Title and Character of Case:

KISHORE, SUNDEEP        b6 -4
                        b7C -4

Date Property Acquired:    Source from which Property Acquired:
                           SUNDEEP KISHORE 1706 NBU HWY 99S
   03/01/2003
                           PRAGUE OK

Anticipated Disposition: Acquired By:          Case Agent:
                                                                  b6 -1
                                                                  b7C -1

Description of Property:                                Date Entered
  1B 8

THREE (3) BAGS - EACH CONTAINING A GREEN LEAFEY SUBSTANCE
(SMALL BAG /W GLOVES AN WHITE POWDER )

Barcode: E01866823     Location: REPACKAGED              04/25/2005

Total Drug Package Weight:     0.0850 KILOGRAMS    Est Dollar Value: b6 -1
Sealed By:                     Witnessed By:                        b7C -1

THREE (3) BAGS - EACH CONTAINING A GREEN LEAFEY SUBSTANCE
(SMALL BAG /W GLOVES AN WHITE POWDER)

Barcode: E01866835     Location: REPACKAGED              05/04/2005

Total Drug Package Weight:     0.0850 KILOGRAMS    Est Dollar Value: b6 -1
Sealed By:                     Witnessed By:                        b7C -1

THREE (3) BAGS - EACH CONTAINING A GREEN LEAFEY SUBSTANCE

Barcode: E03806084     Location: ECC     DV              05/05/2005

Total Drug Package Weight:     0.0850 KILOGRAMS    Est Dollar Value:
Sealed By:                     Witnessed By:                        b6 -1
                                                                   b7C -1

      Case Number:  166C-OC-64741
      Owning Office:  OKLAHOMA CITY

FILE COPY                          Kishore-16

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____
MAY 0 6 2005
FBI OKLAHOMA CITY

05/05/05                                                                    ICMIPR01
10:21:56                              FD-192                                Page 2

Title and Character of Case:

KISHORE, SUNDEEP                 b6 -4
                                 b7C -4

Date Property Acquired:   Source from which Property Acquired:
                          SUNDEEP KISHORE 1706 NBU HWY 99S
      03/01/2003
                          PRAGUE OK

Anticipated Disposition: Acquired By:              Case Agent:          b6 -1
                                                                        b7C -1

Description of Property:                                      Date Entered
   1B 8

   (SMALL BAG /W GLOVES AN WHITE POWDER)

   Barcode: E03806083   Location: ECC        DV                05/05/2005

   Total Drug Package Weight:        0.0050 KILOGRAMS   Est Dollar Value:
   Sealed By:                        Witnessed By:

                                          b6 -1
                                          b7C -1

      Case Number:  166C-OC-64741
   Owning Office:  OKLAHOMA CITY

                              Kishore-17

FD-71 (Rev. 3-27-95)
Complaint Form

NOTE: Hand print names legibly; handwriting satisfactory for remainder.
Indices: ☐ Negative  ☒ See below

| Subject's name and aliases | Character of case |
|---|---|
| Sundeep Kishore | SUNDEEP KISHORE; Murder to collect insurance benefits |

*Victim;*

*ITAR*
*Murder For Hire*

b6 -4
b7C -4

| Complainant ☒ Protect Source | |
|---|---|
| SA | b6 -2  b7C -2 |

| Complaint received | |
|---|---|
| ☐ Personal  ☒ Telephonic  Date 02/25/2003 Time 10:30 am | |

**Address of Subject**

Complainant's address and telephone number

Complainant's DOB

Sex: Male

| | Race W | ☒ Male | Height | Hair | Build | Birth date and birth place | |
|---|---|---|---|---|---|---|---|
| Subject's Description | Age 43 | ☐ Female | Weight | Eyes | Complexion | Social Security Number | |

Scars, marks and other data

| Employer | Address | Telephone |
|---|---|---|
| Unknown | | |

Vehicle Description

b6 -2,5,6
b7C -2,5,6
b7D -1

Facts of Complaint

**PROTECT SOURCE**

Writer received call from _____ regarding information

*0+4 -7*
*to*
*SA* ____
*2/24/03*

*No 2/26/03*

b6 -1
b7C -1

jp
(1)

Do not write in this space.

SA _____
(Complaint received by)

BLOCK STAMP

Kishore-18

*4o3oS6pl.jp*

*166C-OC-64741-1*



**PROTECT SOURCE**

```
b6 -2,5,6
b7C -2,5,6
b7D -1
```

2

b6 -1
b7C -1

NCIC. 2L01FBIO. QH. OKFBIOC00. NAM/KISHORE, SUNDEEP. SEX/M. RAC/U. DOB/        SOC/
.PUR/C. ATN/SA

b6 -1
b7C -1

MESSAGE ACCEPTED - FBIO 00028 AT 08:38    02/28/2003
NCIC
Q29345

NC21       00422 08:38:00 MRI 029349
FBIO       00057 08:38:01 02/28/2003

NL01FBIO7230QH
OKFBIOC00
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/KISHORE, SUNDEEP. SEX/M. RAC/U. DOB/
PUR/C.
END



SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____
FEB 2 8 2003
FBI - OKLAHOMA CITY

Kishore-20   166 -oc- 64741 - 2

NCIC. 2L01FBIO. QH. OKFBIOC00. NAM/KISHORE, SUNDEEP. SEX/M. RAC/U. DOB/        SOC/

PUR/C.ATN/SA                  b6 -1
                             b7C -1

MESSAGE ACCEPTED — FBIO 00029 AT 08:38  02/28/2003
NCIC
029389

NC21        00423 08:38:26 MRI 029391
FBIO        00058 08:38:26 02/28/2003

NL01FBIO72360H
OKFBIOC00
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/KISHORE,SUNDEEP.SEX/M.RAC/U.DOB/          SOC/
PUR/C.
END



# FEDERAL BUREAU OF INVESTIGATION

3301 West Memorial Road • Oklahoma City, OK 73134 • 405-290-7770 • Fax 405-290-3885

IMMEDIATE RELEASE
Date: March 2, 2003
Contact: Gary R. Johnson (405) 290-3678

OKLAHOMA CITY, OKLAHOMA — John E. Lewis, Special Agent in
Charge of the Federal Bureau of Investigation in Oklahoma,
announced the arrest of Sundeep Kishore, 41, a resident of
Prague, Oklahoma, related to an alleged solicitation to commit
murder.

Based on information provided to the FBI, an investigation
into a possible solicitation to commit murder was initiated on
February 25.

According to an affidavit filed in Oklahoma County in
support of an arrest warrant, Kishore was in the process of
purchasing a $100,000 life insurance policy on a business
partner. Kishore was planning to take this partner on a
business trip overseas where he was going to murder him by
poisoning him with Strychnine.

Kishore was arrested last night at approximately 8:20 p.m.
at his residence,
NBU,                    Prague, Oklahoma. He was arrested
without incident by the FBI's Violent Crimes Task Force and
Prague Police Department. A State search warrant issued out of
Lincoln County was executed at the location following the
arrest.

Kishore was arrested on a State Warrant issued out of
Oklahoma County for violation of Oklahoma State Statute 21-701,

80-OC-60241
166C-OC-6474/ -4                          Kishore-22

Solicitation to Commit Murder.

The FBI's Violent Crimes Task Force is comprised of investigators from the FBI, Oklahoma City Police Department and the Oklahoma County Sheriff's Office.

FD-448 (Rev. 6-2-97)



# FBI FACSIMILE

# COVER SHEET

**PRECEDENCE**
- ☐ Immediate
- ☒ Priority
- ☐ Routine

**CLASSIFICATION**
- ☐ Top Secret
- ☐ Secret
- ☐ Confidential
- ☐ Sensitive
- ☒ Unclassified

Time Transmitted: _____
Sender's Initials: _____
Number of Pages: **3**
(including cover sheet)

To: **Media** _____   Date: **3/2/03**
          Name of Office

Facsimile Number: _____

Attn: _____
      Name          Room      Telephone

From: **FBI OKLAHOMA CITY**
          Name of Office

Subject: *Press Release - Arrest of Sundeep Kashove related to an International Murder Scheme.*

Special Handling Instructions: _____

Originator's Name: _____   Telephone: _____

Originator's Facsimile Number: _____

Approved: _____

Brief Description of Communication Faxed: _____

b2 -1
b6 -1
b7C -1

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18.USC. § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

| | | | | |
|---|---|---|---|---|
| ASSOCIATED PRESS | 405-524-7485 | 37 | | |
| BLACK CHRONICLE | 405-424-6708 | 41 | | |
| DAILY OKLAHOMAN | 405-475-3183 | 39 | PHOTO@OKLAHOMAN.COM | |
| DALLAS MORNING NEWS | 405-848-2409 | 63 | | |
| EDMOND SUN | 405-340-7363 | 40 | | |
| JOURNAL RECORD | 405-278-6907 | 79 | | |
| KFOR TV CHANNEL 4 | 405-478-6337 | 30 | KFORNEWS@YAHOO.COM | |
| KGOU RADIO | 405-325-7129 | 46 | | |
| KJRH TV CHANNEL 2 | 918-748-1436 | 34 | | |
| KOCO TV CHANNEL 5 | 405-478-6675 | 31 | NEWSDESK@IONET.NET | |
| KOKH TV CHANNEL 25 | 405-475-9120 | 82 | KOKHNEWS@SBCGLOBAL.NET | |
| KOTV TV CHANNEL 6 | 918-732-6185 | 35 | | |
| KRMG RADIO | 918-493-5321 | | | |
| KSWO TV CHANNEL 7 | 580-355-0059 | 83 | | |
| KTOK AM 1000/ONN | 405-858-1435 | 42 | | |
| KTUL TV CHANNEL 8 | 918-445-9316 | 36 | | |
| KWTV TV CHANNEL 9 | 405-841-9989 | 32 | MANN@KWTV.COM | |
| LAWTON CONSTITUTION | 580-585-5140 | 57 | | |
| MUSKOGEE PHOENIX | 918-684-2865 | 43 | | |
| NORMAN TRANSCRIPT | 405-366-3516 | 45 | | |
| OCPD | 405-297-1360 | 54 | | |
| OKLAHOMA BANKER'S ASSOC. | 405-424-4518 | | | |
| OSBI | 405-843-3804 | 50 | | |
| TULSA DAILY COMMERCE | 918-664-6161 | 80 | | |
| TULSA WORLD | 918-581-8353 | 44 | | |
| U.S. ATTORNEY-OKC | 405-553-8888 | 15 | | |
| ENID EAGLE & NEWS | 580-548-8147 | | | |
| KKNG | 405-616-5505 | 81 | | |
| U.S. ATTORNEY-EDO | 918-684-5130 | | | |
| OETA | 405-841-9216 | 33 | | |
| OKLAHOMA DAILY - OU | 405-325-8051 | | | |
| UCO - VISTA | 405-974-3839 | | | |
| U.S. REP. ERNEST J. ISTOOK, JR. | 405-942-3792 | | | |
| U.S. SEN. JAMES INHOFE | 405-608-4120 | | | |
| U.S. SEN. DON NICKLES | 405-231-5051 | | | |
| U.S. ATTORNEY-NDO | | 17 | | |
| ASSOCIATED PRESS - TULSA | 918-584-4654 | | | |
| CHEROKEE ADVOCATE | 918-456-6485 | | | |
| TAHLEQUAH DAILY PRESS | 918-456-2019 | | | |
| METRO NETWORKS | 405-942-3585 | | | |
| ADA EVENING NEWS | 580-332-8734 | | | |
| DAILY ARDMOREITE | 580-226-0050 | | | |
| KTEN TV - NBC - DENISON, TEXAS | 503-214-9555 | | | |
| FOX TV - TULSA | 918-388-0516 | | | |
| KXII TV - SHERMAN, TEXAS | 580-226-8884 | | | |
| KFDX TV - NBC - WICHITA FALLS | 940-692-1441 | | | |
| KAUZ TV - CBS - WICHITA FALLS | 940-761-2354 | | | |
| KFAQ Radio AM 1170 - TULSA | 918-743-6462 | | | |
| KOMA AM - OKLAHOMA CITY | 405-475-6379 | | | |

*Oklo.County S.O.*
*Praque Police Dept.*
*Woods centurists*

*278-100 Kishore-25*
*(40)567-4732*
*258-1824*
*867 56-7-3096*



******************* -COMM. JOURNAL- ******************* DATE MAR-02-2003 *** TIME 16:59 ********

MODE = MEMORY TRANSMISSION          START=MAR-02 16:18     END=MAR-02 16:59

FILE NO.=129

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|----------|----------------------|-------|----------|
| 001 | OK | <30> | KFOR CH 4 | 003/003 | 00:00:25 |
| 002 | OK | <31> | KOCO CH 5 | 003/003 | 00:00:47 |
| 003 | OK | <32> | KWTV CH 9 | 003/003 | 00:01:42 |
| 004 | OK | 1002] | KOKH TV | 003/003 | 00:00:25 |
| 005 | OK | [037] | ASSOC PRESS | 003/003 | 00:00:23 |
| 006 | OK | [039] | DAILY OKLA | 003/003 | 00:00:47 |
| 007 | OK | [042] | KTOK RADIO | 003/003 | 00:00:46 |
| 008 | OK | [045] | NORMAN TRANSCR | 003/003 | 00:00:47 |
| 009 | OK | [054] | OCPD | 003/003 | 00:00:53 |
| 010 | OK | [044] | TULSA WORLD | 003/003 | 00:00:57 |
| 011 | OK | <15> | USA OKC | 003/003 | 00:00:23 |
| 012 | OK | [081] | KKNG | 003/003 | 00:01:19 |
| 013 | OK | [033] | OETA | 003/003 | 00:00:46 |
| 014 | OK | ▪ | 99423792 | 003/003 | 00:00:47 |
| 015 | OK | ▪ | 96004120 | 003/003 | 00:00:34 |
| 016 | OK | ▪ | 92315051 | 003/003 | 00:00:47 |
| '017 | OK | ▪ | 94756379 | 003/003 | 00:00:47 |
| 018 | BUSY | ▪ | 92761003 | 000/003 | 00:00:00 |
| 019 | OK | ▪ | 914055674732 | 003/003 | 00:00:57 |
| 020 | OK | ▪ | 914052581824 | 003/003 | 00:00:56 |
| 021 | OK | ▪ | 914055673934 | 003/003 | 00:00:57 |

*~ number disconnected*

-FBI OKC

******************* *** —
FD-148 (Rev. 6-2-97)

b2 -1

[FBI seal]

**FBI FACSIMILE**

**COVER SHEET**

| PRECEDENCE | CLASSIFICATION | |
|------------|----------------|---|
| ☐ Immediate | ☐ Top Secret | Time Transmitted: _____ |
| ☒ Priority | ☐ Secret | Sender's Initials: _____ |
| ☐ Routine | ☐ Confidential | Number of Pages: ___ |
| | ☐ Sensitive | (including cover sheet) 3 |
| | ☒ Unclassified | |

To: _Media_                              Date: 3/2/03
Name of Office

Facsimile Number: _____

Attn: _____
Name          Room     Telephone

From: FBI OKLAHOMA CITY
Name of Office

Subject: _Press Release - Arrest of Sundeep Kashore_
_related to an International Murder_
_Scheme_

Special Handling Instructions: _____

Originator's Name: _____  Telephone: _____   b2 -1
                                                                   b6 -1
Originator's Facsimile Number: _____   Kishore 26                b7c -1

Approved: [signature]

Brief Description of Communication Faxed: _____

FD-71 (Rev. 3-27-95)
**Complaint Form**

NOTE: Hand print names legibly; handwriting satisfactory for remainder.
Indices:  ☒ Negative   ☐ See below

| Subject's name and aliases | Character of case |
|---|---|
| **Sundeet Kishore** "Goldy" | 166C-OC-64741 -5 |

| Complainant ☐ Protect Source | b6 -5 b7C -5 b7D -1 |
|---|---|

Complaint received

☐ Personal  ☒ Telephonic  Date **03/03/03**  Time **11:30 am**

| Address of Subject | Complainant's address and telephone number      Okc, OK |
|---|---|
| | Complainant's DOB | Sex **Male** |

| | Race U | ☒ Male | Height | Hair | Build | Birth date and birth place |
|---|---|---|---|---|---|---|
| Subject's Description | Age | ☐ Female | Weight | Eyes | Complexion | Social Security Number |
| | Scars, marks and other data | | | | | |

| Employer | Address | Telephone |
|---|---|---|
| | | b6 -5,6 |
| Vehicle Description | | b7C -5,6 b7D -1 |

Facts of Complaint

DSB
(1)

b6 -1
b7C -1

Do not write in this space
SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

**MAR 03 2003**

FBI - OKLAHOMA CITY

(Complaint received by)

Kishore-27

**BLOCK STAMP**

I:\70300201.DSB

b6  -5
b7C -5
b7D -1

2

(Rev. 01-31-2003)

## FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 03/11/2003

**To:** Oklahoma City                **Attn:** Evidence Control

**From:** Oklahoma City
      Squad 5                                                    b2 -1
      **Contact:** SA                                          b6 -1
                                                                b7C -1

**Approved By:**

**Drafted By:**

**Case ID #:** 166C-OC-64741      (Pending)-6              b6 -1
                                                           b7C -1

**Title:** SUNDEEP KISHORE;

**Synopsis:** Late evidence.

**Details:** Evidence aquired during the search of 1706 NBU Highway
99 South, Prague, Oklahoma is being entered into evidence late do
to case load.

♦♦

Kishore-29

5030706̲3̲ R6

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION



b6 -1,5
b7C -1,5
b7D -1

Date of transcription    03/04/2003

On March 3, 2003, [                ] also known as [        ] date of birth [        ] Social Security Account Number [        ] was interviewed at [        ]

b6 -5,6
b7C -5,6
b7D -1

b6 -5
b7C -5
b7D -1

b6 -5,6
b7C -5,6
b7D -1

b6 -5,6
b7C -5,6
b7D -1

SEARCHED_____  INDEXED_____
SERIALIZED_____  FILED_____

MAR 0 6 2003

Investigation on    03/03/2003    at [        ]    Oklahoma

b6 -1
b7C -1    File #  166C-OC-64741-7    Date dictated    03/04/2003  OKLAHOMA CITY

by    SA [                ] reg

Kishore-30

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

5030636I.06

FD-302a (Rev. 10-6-95)

166C-OC-64741                          b6 -5
                                       b7C -5
                                       b7D -1

Continuation of FD-302 of _____, On 03/03/2003, Page 2



b6 -5
b7C -5
b7D -1

b6 -5, 6
b7C -5, 6
b7D -1

b6 -5
b7C -5
b7D -1

b6 -5
b7C -5
b7D -1

b6 -5, 6
b7C -5, 6
b7D -1

Kishore-31

FD-302a (Rev. 10-6-95)

166C-OC-64741

b6 -5
b7C -5
b7D -1

Continuation of FD-302 of _____ , On __03/03/2003__ , Page __3__

b6 -5
b7C -5
b7D -1

Kishore-32

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

b6 -1, 5
b7C -1, 5
b7D -1

Date of transcription    03/11/2003

On March 10, 2003      date of birth
Social Security Account Number     was
interviewed at



b6 -5, 6
b7C -5, 6
b7D -1

b6 -5
b7C -5
b7D -1

b6 -5
b7C -5
b7D -1

MAR 1 1 2003

Investigation on    03/10/2003    at     Oklahoma     FBI OKLAHOMA CITY

File #    166C-OC-64741    8       Date dictated    03/11/2003

b6 -1
b7C -1

by    SA

Kishore-33

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

503070 61.REG

FD-302a (Rev. 10-6-95)

166C-OC-64741

b6 -5
b7C -5
b7D -1

Continuation of FD-302 of _____ , On  03/10/2003 , Page  2



b6 -5,6
b7C -5,6
b7D -1

b6 -5
b7C -5
b7D -1

b6 -5,6
b7C -5,6
b7D -1

b6 -5, 6
b7C -5, 6
b7D -1

b6 -5
b7C -5
b7D -1

b6 -5, 6
b7C -5, 6
b7D -1

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION



b6 -5
b7C -5

Date of transcription     03/04/2003

date of birth

After being advised of the identity of the interviewing agent and the nature of the interview, provided the following information:

b6 -5
b7C -5

b6 -5,6
b7C -5,6

b6 -5
b7C -5

b6 -5,6
b7C -5,6

Investigation on     03/01/2003     at     Oklahoma City, Oklahoma

MAR 11 2003

File #     166C-OC-64741 - 9          b6 -1          Date dictated     03/04/2003

by     SA                          jdb          b7C -1

Kishore-35

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

166C-OC-64741

b6 -5
b7C -5

Continuation of FD-302 of _____ , On 02/25/2003 , Page    2



b6 -5, 6
b7C -5, 6

b6 -5,6
b7C -5,6

b6 -5,6
b7C -5,6

b6 -5,6
b7C -5,6

b6 -5, 6
b7C -5, 6

Kishore-36



FD-302a (Rev. 10-6-95)

b6 -5
b7C -5

166C-OC-64741

Continuation of FD-302 of _____ , On <u>02/25/2003</u> , Page ___3___



b6 -5, 6
b7C -5, 6

b6 -5
b7C -5

b6 -5,6
b7C -5,6

Kishore-37

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    03/10/2003

On March 1, 2003, pursuant to a state search warrant signed in Lincoln County, Oklahoma a search was conducted of 1706 NBU Highway 99 South, Prague, Oklahoma, the residence of SUNDEEP KISHORE. Also present during the search was [                    ] The evidence was collected by TFO [                    ] Photographs were taken by Special Agent [                    ]

All items seized during the search were listed on a separate FD-597 and placed in a 1A envelope. Other items seized during the search but not receipted for by [                    ] were three small bags of a green leafy substance believed to be marijuana and a small bag containing approximately three to four grams of a white powdery substance. The white powdery substance was field tested by Officer [                    ] of the Prague Police Department. The field test indicated positive for cocaine. The three bags of marijuana and the bag of cocaine were taken into evidence by [                    ] for safe keeping.

All items seized were photographs to include the two Computers taken from the residence. Photographs were taken out of order so that these items could be included. Exit photos were taken prior to the seizing of the computers.

b6 -1,3,5
b7C -1,3,5

b6 -3, 5
b7C -3, 5

| | |
|---|---|
| SEARCHED _____ | INDEXED _____ |
| SERIALIZED _____ | FILED _____ |

MAR 1 1 2003
FBI OKLAHOMA CITY

Investigation on    03/01/2003    at    Prague, Oklahoma

File #    166C-OC-64741 -10    b6 -1,3    Date dictated    03/06/2003
       TFO [                    ]                       b7C -1,3
by    SA [                    ]    :eg

Kishore-38

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

5030696I.RG

FD-523 (Rev. 8-23-84)

To:  Director, FBI
     (Attn:  Photographic Processing Unit, Rm. 1B903 TL151)

**AIRTEL**

From: SAC OKLAHOMA CITY (166C-OC-64741)-(|    Cost Code: 3536    Date: 3/10/2003

Subject: SUNDEEP KISHORE

☒ Unclassified  ☐ Confidential  ☐ Secret

ENCLOSURES:                                    CONTACT FOR INFORMATION:

|            | Size | Type | Quantity |
|------------|------|------|----------|
| Film       | 35mm | 400  | 36       |
| Negatives  |      |      |          |
| Prints     |      |      |          |
| Other (specify) |  |      |          |

(color and black & white work will not be accepted on same request)

FTS-
SA _____

                                               b6  -1
                                               b7C -1

WORK REQUESTED:
  3  ☒ Develop and print 1 ea. 3½ × 5
     Other:

JUSTIFICATION:    Search of 1706 RR8 HWY 99 S Prague Oklahoma, SA _____ on March 1, 2003

                                               b6  -1
                                               b7C -1

PHOTO TECHNICIAN (Intl.) _____

3/26/03

FD-515 (Rev. 7-19-02)

**Accomplishment Report**
(Accomplishment must be reported and loaded into ISRAA
within 30 days from date of accomplishment)

Date Prepared 3/17/03
Date Loaded  03/27/03
Data Loader's Initials  04

Squad supervisor approval
(please initial)

**Accomplishment involves:**
(check all that apply)

| | |
|---|---|
| Drugs | ☐ |
| A Fugitive | ☐ |
| Bankruptcy Fraud | ☐ |
| Computer Fraud/Abuse | ☐ |
| Corruption of Public Officials | ☐ |
| Money Laundering | ☐ |
| Sub Invest Assd by FO (s) | ☐ |

Asst. FO(s) _____
A, B, C, D

Task Force _____

Assisting Agencies × •
1. _____
2. _____

File Number
16000-00-64741

Stat Agent Soc. Sec. No. _____

Stat Agent Name _____

| RA | Squad |
|---|---|
| | 5 |

Assisting Agents Soc. Sec. No. ×
1. _____
Name: _____
2. _____
Name: _____

**Investigative Assistance or Technique Used**

1-Used, but did not help          3 - Helped, substantially
2 - Helped, minimally          4 - Absolutely essential
For Sub. Invest. Assist. by other FO (a) indicate A,B,C,D for corresponding FO

| Rate | FO | IAT | Rate | FO | IAT | Rate | FO | IAT | Rate | FO | IAT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fin. Analyst | | | Lab. Div. Exam | | | UCO - Group I | | | Ft. Mon- ITC |
| | | Aircraft Asst. | | | Lab. Field Sup | | | UCO - Group II | | | For. Lang Asst. |
| | | Computer | | | Pen Registers | | | UCO - Nat. Back | | | Non FBI Lab Ex |
| | | Consen Mon. | | | Photo Cover. | | | NCAVC / VI - CAP | | | Vici-Win Coor |
| | | Elsur / FISC | | | Polygraph | | | Crim/NS Intel Ass | | | IO Wanted Flyer |
| | | Elsur / T. III | | | Search Warrant | | | Crisis Neg. - Fed. | | | SARs |
| | | Eng. Field Sp | | | Show Money | | | Crisis Neg. - Local | | | CART |
| | | Eng. Tape Ex | | | SOG Asst. | | | ERT Asst. | | | Asset Forf Prog |
| | | Legats Asst. | | | Swat Team | | | Butte - ITC | | | Forf Support Proj |
| | | Evid Purchase | | | Tech. Ag/Equip | | | Sav - ITC | | | |
| | | Int/CW Info | | | Phone Toll Rec | | | Poc - ITC | | | |

**A. Complaint / Information / Indictment**
☐ Federal ☒ Local ☐ International
Complaint Date: 3/2/2003
Check if Civil Rico Complaint ☐
Information Date: _____
Indictment Date: _____

**B. Locate / Arrest**
☐ Federal ☒ Local ☐ International
Subject Priority: ☒ A ☐ B ☐ C
Locate Date: 3/2/2003
Arrest Date: 3/2/2003
☐ Subject Resisted Arrest
☐ Subject Arrested was Armed

**C. Summons Date:** _____
☐ Federal ☐ Local

**D. Recovery/Restitution/PELP ×**
☐ Federal ☐ Local ☐ International
Recovery Date: _____
Code * ✓ Amount $ _____
Code * ✓ Amount $ _____
Restitution Date: _____
☐ Court Ordered ☐ Pretrial Diversion
Code * ✓ Amount $ _____
PELP Date: _____
Code * ✓ Amount $ _____

**E. Hostage(s) Released Date:** _____
Released by: ☐ Terrorist ☐ Other
Number of Hostages: _____

**F. Conviction**
☐ Federal ☐ Local ☐ International
Conviction Date: _____
Subject Description Code: ____ * ( ____ ) *
For 6F, G. H-Include Agency Code
☐ Felony or ☐ Misdemeanor
☐ Plea or ☐ Trial
State: ____ Judicial District: ____

**G. U.S. Code Violation:**
Required for sections A,B,F,and J
(Federal Only)
Title        Section        # Counts
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____

**H. Sentence Date:** _____
Sentence Type: _____
In Jail: Years _____ Months _____
Suspended: Years _____ Months _____
Probation: Years _____ Months _____
Fines: $ _____

**I. Disruption/Dismantlement ✓**
Disruption Date: _____
Dismantlement Date: _____
Completion of FD-515a Side 2 Mandatory

**J. Civil Rico Matters, Date:** _____    b2 -2
Also Complete "Section G"          b6 -1
Other Civil Matters Date: _____   b7C -1
Judgment _____           b7E -1
Judicial Outcome ____ ____ ____ ____ *
Amount $ _____
Suspension: Years _____ Months _____

**K. Administrative Sanction Date:** _____
Subject Description Code _____ *
Type:        Length:
☐ Suspension ☐ Permanent
☐ Debarment       or
☐ Injunction    Year _____ Months _____

**L. Asset Seizure Date:** _____
Asset Forfeiture Date: _____
CATS # Mandatory
Circle below one of the three asset forfeiture:
Admin, Civil Judicial, or Criminal
Do not indicate $ value in Section D

**M. Acquittal/Dismissal/Pretrial Diversion**
(circle one) Date: _____

**N. Drug Seizures ✓** Date: _____
Drug Code * _____
Weight _____ Code * _____
FDIN _____
Do not indicate $ value in Section D

**O. Child Victim Information**
Child located/identified Date: _____
☐ Living ☐ Deceased

**P. Subject Information - Required for all blocks excluding block D (Recovery/PELP), blocks E, I, L, and N.**

| Name | Race * | Sex | Date of Birth | Social Security No. (if available) |
|---|---|---|---|---|
| Sundeep Kishore "Goldy" | W | M | | |

For Indictments/Convictions only:
☐ Subject related to an LCN, Asian Organized Crime (AOC), Italian Organized Crime (IOC), Russian/Eastern European, Caribbean, or Nigerian Organized Crime Group -
Complete FD-515a, Side 1 Blocks A-E mandatory, F-H as appropriate.
☐ Subject related to an OC/Drug Organization, a VCMO Program National Gang Strategy target group, or a VCMO Program National Priority Initiative target group -
Complete FD-515a, Side 1 Blocks A-C only.

× Additional information may be added by attaching another form or a plain sheet of paper indicating additional entries.
• See codes on reverse side.
✓ Requires that an explanation be attached and loaded into ISRAA for recovery over $1m and PELP over $5, disruption, dismantlement, and drug seizures.

Serial No. of FD-515
12



For Further Instructions See: MAOP, Part II, Sections 3-5 thru 3-5.3.

## PROPERTY CODES

| | |
|---|---|
| 01 | Cash |
| 02 | Stocks, Bonds or Negot. Instruments |
| 03 | General Retail Merchandise |
| 04 | Vehicles |
| 05 | Heavy Machinery & Equipment |
| 06 | Aircraft |
| 07 | Jewelry |
| 08 | Vessels |
| 09 | Art, Antiques or Rare Collections |
| 11 | Real Property |
| 20 | All Other |

## SENTENCE TYPES

| | |
|---|---|
| CP | Capital Punishment |
| JS | Jail Sentence |
| LP | Life Parole |
| LS | Life Sentence |
| NS | No Sentence (Subject is a Fugitive, Insane, has Died, or is a Corporation) |
| PB | Probation |
| SJ | Suspension of Jail Sentence |
| YC | Youth Correction Act |

## PELP CODES

| | |
|---|---|
| 22 | Counterfeit Stocks/Bonds/Currency/ Negotiable Instruments |
| 23 | Counterfeit/Pirated Sound Recordings or Motion Pictures |
| 34 | Bank Theft Scheme Aborted |
| 35 | Ransom, Extortion or Bribe Demand Aborted |
| 26 | Theft Frera or Fraud Against Government Scheme Aborted |
| 27 | Commercial or Industrial Theft Scheme Aborted |
| 30 | All Other |

## ORGANIZED CRIME SUBJECTS

| | |
|---|---|
| 1F | Boss |
| 1G | Underboss |
| 1H | Consigliere |
| 1I | Acting Boss |
| 1K | Capodecina |
| 1L | Soldier |

## KNOWN CRIMINALS

| | |
|---|---|
| 2A | Top Ten or I.O. Fugitive |
| 2B | Top Thief |
| 2C | Top Con Man |

## FOREIGN NATIONALS

| | |
|---|---|
| 3A | Legal Alien |
| 3B | Illegal Alien |
| 3C | Foreign Official W/out Diplomatic Immunity |
| 3D | U.N. Employee W/out Diplomatic Immunity |
| 3E | Foreign Student |
| 3F | All Others |

## TERRORISTS

| | |
|---|---|
| 4A | Known Member of a Terrorist Organization |
| 4B | Possible Terrorist Member or Sympathizer |

## RACE CODES

| | |
|---|---|
| A | Asian/Pacific Islander |
| B | Black |
| I | Indian/American |
| U | Unknown |
| W | White |
| X | Nonindividual |

## AGENCY CODES

| | |
|---|---|
| AFOIS | Air Force Office of Special Investigations |
| ACIS | Army Criminal Investigation Service |
| BATF | Bureau of Alcohol, Tobacco & Firearms |
| BIA | Bureau of Indian Affairs |
| DCAA | Defense Contract Audit Agency |
| DCIS | Defense Criminal Investigative Service |
| DEA | Drug Enforcement Administration |
| DOC | Department of Corrections |
| DOI | Dept. of Interior |
| EPA | Environmental Protection Agency |
| FAA | Federal Aviation Administration |
| FDA | Food and Drug Administration |
| HHS | Dept. of Health & Human Services |
| HUD | Dept. of Housing & Urban Development |
| INS | Immigration and Naturalization Service |
| IRS | Internal Revenue Service |
| NASA | Nat'l Aeronautics & Space Admin |
| NBIS | Nat'l NARC Border Interdiction |
| NCIS | Naval Criminal Investigative Service |
| RCMP | Royal Canadian Mounted Police |
| SBA | Small Business Administration |
| USBP | U.S. Border Patrol |
| USCG | U.S. Coast Guard |
| USCS | U.S. Customs Service |
| USDS | U.S. Department of State |
| USMS | U.S. Marshals Service |
| USPS | U.S. Postal Service |
| USSS | U.S. Secret Service |
| USTR | U.S. Treasury |
| LOC | Local |
| CITY | City |
| COUN | County |
| ST | State |
| OTHR | Other |

## SUBJECT DESCRIPTION CODES

## UNION MEMBERS

| | |
|---|---|
| 5D | President |
| 5E | Vice-President |
| 5F | Treasurer |
| 5G | Secretary/Treasurer |
| 5H | Executive Board Member |
| 5I | Business Agent |
| 5J | Representative |
| 5K | Organizer |
| 5L | Business Manager |
| 5M | Financial Secretary |
| 5N | Recording Secretary |
| 5P | Office Manager |
| 5Q | Clerk |
| 5R | Shop Steward |
| 5S | Member |
| 5T | Trustee |
| 5U | Other |

## GOVERNMENT SUBJECTS
(6F, 6G, 6H- Include Agency Code)

| | |
|---|---|
| 6A | Presidential Appointee |
| 6B | U.S. Senator/Staff |
| 6C | U.S. Representative/Staff |
| 6D | Federal Judge/Magistrate |
| 6E | Federal Prosecutor |
| 6F | Federal Law Enforcement Officer |
| 6G | Federal Employee - GS 13 & Above |
| 6H | Federal Employee - GS 12 & Below |
| 6J | Governor |
| 6K | Lt. Governor |
| 6L | State Legislator |
| 6M | State Judge/Magistrate |
| 6N | State Prosecutor |

## JUDGMENT CODES

| | |
|---|---|
| CJ | Consent Judgment |
| CO | Court Ordered Sentences |
| DJ | Default Judgment |
| DI | Dismissal |
| JN | Judgment Notwithstanding |
| MV | Mixed Verdict |
| SJ | Summary Judgment |
| VD | Verdict for Defendant |
| VP | Verdict for Plaintiff |

## JUDICIAL OUTCOME

| | |
|---|---|
| AG | Agreement |
| BR | Barred/Removed |
| CC | Civil Contempt |
| DC | Disciplinary Changes |
| EI | Eisc |
| PI | Preliminary Injunction |
| PR | Temporary Restraining Order |
| PS | Pre-Filing Settlement |
| RN | Restitution |
| SP | Suspension |
| VR | Voluntary Resignation |
| OT | Other |

## DRUG CODES

| | |
|---|---|
| COC | Cocaine |
| HER | Heroin |
| HSH | Hashish |
| KAT | Khat |
| LSD | LSD |
| MAR | Marijuana |
| MDM | Methylenedioxymethamphetamine |
| MET | Methamphetamine |
| MOR | Morphine |
| OPM | Opium |
| OTD | Other drugs |

## DRUG WEIGHT CODES

| | |
|---|---|
| GM | Gram(s) |
| KG | Kilogram(s) |
| L | Liter(s) |
| ML | Milliliter(s) |
| P | Plant(s) |
| DU | Dosage Unit(s) |

## Combination of GOVERNMENT SUBJECTS

| | |
|---|---|
| 6S | Local Legislator |
| 6T | Local Judge/Magistrate |
| 6U | Local Prosecutor |
| 6V | Local Law Enforcement Officer |
| 6W | 6P - Same Law Enforcement Officers |
| 6Q | State - All Others |
| 6R | Mayor Local - All Others |
| 6X | County Commissioner |
| 6Y | City Councilman |

## BANK EMPLOYEES

| | |
|---|---|
| 7A | Bank Officer |
| 7B | Bank Employee |

## OTHERS

| | |
|---|---|
| 8A | All Other Subjects |
| 8B | Company or Corporation |

## CHILD PREDATORS

| | |
|---|---|
| 9A | Child Care Provider |
| 9B | Clergy |
| 9C | Athletic Coach |
| 9D | Teacher/Aide |
| 9E | Law Enforcement Personnel |
| 9F | Counselor |
| 9G | Relative |
| 9H | Stranger |
| 9I | Other |

Page      1                                                                        03/27/03  10:34:54

03/27/2003

*************** COMPLAINT ***************
SENSITIVE / UNCLASSIFIED

Case Number: 166C-0C-64741          Stat Agent Name:              Report Date: 03/27/2003          b6 -1
Serial No.:                         Stat Agent SOC.:              Accom Date.: 03/02/2003          b7C -1

Does Accomplishment Involve     Assisting Joint Agencies   Assisting Agents SOC          Subject Name
-----------------------------   -------------------------  ----------------------        ------------

Drugs . . . . . . . . . . : N            |                        |                  KISHORE, SUNDEEP
A Fugitive. . . . . . . . : N            |                        |
Bankruptcy fraud. . . . . : N            |                        |
Computer Fraud/Abuse. . . : N            |                        |          RA     Squad   Task Force
Corruption of Public Officials: N        |                        |          ----   -----   ----------
Money Laundering. . . . . : N            |                        |          NO     5

Sub. Invest. Asst by Other FOs:                                         1 = Used, but did not help
                                                                        2 = Helped, Minimally
    Investigative Assistance or Technique Used                          3 = Helped, Substantially
    --------------------------------------------                        4 = Absolutely Essential

| FINAN ANALYST | LAB DIV EXAMS | UCO-GROUP I    | FT. NON-NRCSC    |
| AIRCRAFT ASST | LAB FIELD SUP | UCO-GROUP II   | FOR LANG ASST    |
| COMPUTER ASST | PEN REGISTERS | UCO-OTHER      | NON FBI LAB EX   |
| CONSEN MONITR | PHOTO COVERGE | NCAVC/VI-CAP   | VICT-WITN COOR   |      b2 -2
| ELSUR/FISC    | POLYGRAPH     | CRIM/HS INTEL  | IO WANTED FLYR   |      b7E -1
| ELSUR/III     | SRCH WAR EXEC | CRIS NEG-FED   | SARS             |
| ENG FIELD SUP | SHOW MONEY    | CRIS NEG-LOC   | CART             |
| ENG TAPE EXAM | SOG ASST      | ERT ASST       | ASSET FORF PRO   |
| LEGATS ASST.  | SWAT TEAM     | BUTTE-ITC      | FORF SUPPORT P   |
| EVIDNCE PURCH | TECH AG/EQUIP | SAVANNAR-ITC   |                  |
| INFORMANT/CW  | TEL TOLL RECS | POC-WRCSC      |                  |

Complaint is for Federal/Local/International (F/L/I)... : L
Civil Rico Complaint (Y/N)................................: N

United States Code Violation
=====================================

Title          Section        Counts
-----          -------        ------

Accomplishment Narrative
------------------------

SENSITIVE / UNCLASSIFIED

Kishore-42

Page    1                                                                          03/27/03  10:40:01

03/27/2003                    **************** LOCATE ****************
                                 SENSITIVE / UNCLASSIFIED

Case Number: 166C-OC-64741       Stat Agent Name:              Report Date: 03/27/2003      b6 -1
Serial No.:                      Stat Agent SOC.:              Accom Date.: 03/02/2003      b7C -1

  Does Accomplishment Involve    Assisting Joint Agencies    Assisting Agents SOC           Subject Name
  ............................    ........................    ...................            ------------

Drugs . . . . . . . . . . . . : N                                                   KISHORE, SUNDEEP
A Fugitive. . . . . . . . . : N
Bankruptcy Fraud. . . . . . : N
Computer Fraud/Abuse. . . . : N                                                     RA      Squad    Task Force
Corruption of Public Officials: N                                                   ....    .....    ----------
Money Laundering. . . . . . : N                                                     HQ      5

Sub. Invest. Asst by Other FOs:                                      1 = Used, but did not help
                                                                     2 = Helped, Minimally
    Investigative Assistance or Technique Used                       3 = Helped, Substantially
    -------------------------------------------                      4 = Absolutely Essential

  FINAN ANALYST   LAB DIV EXAMS   UCO-GROUP I    FT. MON-NRCSC
  AIRCRAFT ASST   LAB FIELD SUP   UCO-GROUP II   FOR LANG ASST
  COMPUTER ASST   PEN REGISTERS   UCO-OTHER      NON FBI LAB EX
  CONSEN MONITR   PHOTO COVERGE   NCAVC/VI-CAP   VICT-WITN COOR
  ELSUR/FISC      POLYGRAPH       CRIM/MS INTEL  IO WANTED FLYR      b2 -2
  ELSUR/TII       SRCH WAR EXEC   CRIS NEG-FED   SARS                b7E -1
  ENG FIELD SUP   SHOW MONEY      CRIS NEG-LOC   CART
  ENG TAPE EXAM   SOG ASST        ERT ASST       ASSET FORF PRO
  LEGATS ASST.    SWAT TEAM       BUTTE-ITC      FORF SUPPORT P
  EVIDNCE PURCH   TECH AG/EQUIP   SAVANNAH-ITC
  INFORMANT/CW    TEL TOLL RECS   PUC-NRCSC

Locate is for Federal, Local, or International (F/L/I)...: L
Subject Priority (A/B/C)................................: A

                         Accomplishment Narrative
                         ------------------------

                            SENSITIVE / UNCLASSIFIED

Page    1                                                                03/27/03  10:41:12

03/27/2003                    **************** ARREST ****************          b6 -1
                                  SENSITIVE / UNCLASSIFIED                      b7C -1

Case Number: 166C-OC-64741       Stat Agent Name:                    Report Date: 03/27/2003
Serial No.:                      Stat Agent SOC:                     Accom Date.: 03/02/2003

Does Accomplishment Involve     Assisting Joint Agencies    Assisting Agents SOC           Subject Name
------------------------------  ------------------------    ---------------------        ------------

Drugs . . . . . . . . . . . : N        |                                              KISHORE, SUNDEEP
A Fugitive. . . . . . . . . : N        |                            |
Bankruptcy Fraud. . . . . . : N        |                            |
Computer Fraud/Abuse. . . . : N        |                            |                 RA    Squad   Task Force
Corruption of Public Officials: N      |                            |                 ----  -----   ----------
Money Laundering. . . . . . : N        |                            |                 NQ     5

Sub. Invest. Asst by Other FOs:                                      1 = Used, but did not help
                                                                     2 = Helped, Minimally
     Investigative Assistance or Technique Used                      3 = Helped, Substantially
     ------------------------------------------                      4 = Absolutely Essential

| FINAN ANALYST | LAB DIV EXAMS | UCO-GROUP I   | FT. MON-NRCSC |
| AIRCRAFT ASST | LAB FIELD SUP | UCO-GROUP II  | FOR LANG ASST |
| COMPUTER ASST | PEN REGISTERS | UCO-OTHER     | NON FBI LAB EX |     b2 -2
| CONSEN MONITR | PHOTO COVERGE | NCAVC/VI-CAP  | VICT-WITN COOR |     b7E -1
| ELSUR/FISC    | POLYGRAPH     | CRIM/NS INTEL | TO WANTED FLYR |
| ELSUR/TII     | SRCH WAR EXEC | CRIS NEG-FED  | SARS |
| ENG FIELD SUP | SHOW MONEY    | CRIS NEG-LOC  | CART |
| ENG TAPE EXAM | SOG ASST      | ERT ASST      | ASSET FORF PRO |
| LEGATS ASST.  | SWAT TEAM     | BUTTE-ITC     | FORF SUPPORT P |
| EVIDNCE PURCH | TECH AG/EQUIP | SAVANNAH-ITC  |
| INFORMANT/CW  | TEL TOLL RECS | POC-WRCSC     |

Arrest is for Federal, Local, or International (F/L/I).. : L
Arrest Subject Priority (A/B/C).......................... : A
Did Subject Resist (Y/N)................................. : N
Was Subject Armed (Y/N).................................. : N


                    United States Code Violation
                    ============================
                 Title       Section       Count
                 -----       -------       -----


...................................................................................

                         Accomplishment Narrative
                         ------------------------


                              Kishore-44

FD-350 (Rev. 5-8-81)

(Indicate page, name of **PAGE A5**
newspaper, city and state.)

THE DAILY OKLAHOMAN
OKLAHOMA CITY, OKLAHOMA
3/12/03

Date:
Edition:

b6  -4
b7C  -4

Title: SUNDEEP KISHORE;
                                    - VICTIM;

Character: ITAR – MURDER FOR HIRE
or   NON-OC
Classification:
Submitting Office: 166C-OC-64741

OKLAHOMA CITY

Indexing:

(Mount Clipping in Space Below)

# Prague resident charged in death plot

**By Diana Baldwin**
*Staff Writer*

A Prague man was charged Tuesday in Oklahoma County District Court with hiring someone to help him kill his business partner.

Sundeep "Goldy" Kishore, 41, faces a felony charge of solicitation to commit murder.

Kishore was arrested March 1 after authorities received a tip he was going to use strychnine to poison his business partner, Jeff Watson, while on a trip, according to a court affidavit.

The trip to Europe was scheduled for March 3. Tickets for Kishore and Watson had been bought, so the pair could fly out of Will Rogers World Airport, the affidavit states.

Kishore was arrested at his home in Prague, which is also his wife's business, Cherri's Olde Fashioned Room and Board, FBI spokesman Gary Johnson said.

In January, Kishore took out a life insurance policy in Watson's name. Kishore said he was taking out the policy because he was going to take Watson to Amsterdam, Netherlands, and kill him for the purpose of collecting a large sum of money from the insurance policy, court records show.

An informant told investigators he refused to help Kishore kill Watson, but agreed to help in other ways. The informant transferred bank accounts, utilities and business records to himself in anticipation of the death being carried out, court records allege.

1-BUREAU
2-OKLAHOMA CITY
    (1)166C-OC-64741)—13
    (1-80-OC-A60246 SUB A)
RBS/man
(3)

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 04/23/2003

**To:** Oklahoma City

**From:** Oklahoma City
        Squad 5
        **Contact:** SA



                                                b2 -1
**Approved By:**                                b6 -1
                                                b7C -1
**Drafted By:**

✓**Case ID #:** 166C-OC-64741   (Pending) —14

**Title:** SUNDEEP KISHORE;
       SOLICITATION OF MURDER

**Synopsis:** Late entry of evidence.

**Details:** Evidence acquired pursuant to the captioned
investigation was maintained by the writer in a locked secured
cabinet for easy access to review and evaluate. The evidence is
being entered late this date.

◆◆

5D3/1328. RW

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    03/20/2003

SUNDEEP KISHORE, white male, date of birth
Social Security Account Number (SSAN)              , who
claimed Austrian citizenship, was located at Neighborhood Box Unit
(NBU)                          Prague, Oklahoma 784864, (telephone
number              and arrested by members of the Oklahoma City
Metro Violent Crimes Task Force (OCMVCTF) and Agents of the Federal
Bureau of Investigation (FBI) Oklahoma City Division (OCD).
KISHORE was informed that he was under arrest for solicitation to
commit murder based on a state felony warrant.  KISHORE was
escorted to a City of Prague Police Department marked squad car by
Special Agent (SA) [          ] and SA [          ]
KISHORE was read an Advice of Rights (FD-395) form.  KISHORE was
allowed to read the form.  After KISHORE read the Advice of Rights
form, KISHORE signed the waiver and stated that he was certain this
involved a big mistake by all parties and that he wanted to
voluntarily answer questions in an effort to clear up any
misunderstanding.

b6 -1
b7C -1

        KISHORE was informed a criminal investigation had been
conducted and it was determined that KISHORE had solicited [      ]
[          ] to assist him (KISHORE) to murder business partner
[          ]  KISHORE denied all knowledge of any plot to kill
[          ] at that time.  KISHORE was informed the OCMVCTF and the FBI
had a search warrant to execute at that address.  KISHORE
acknowledged that he and his wife, [          ] had separated
but, he (KISHORE) still stayed periodically at the residence and
still maintained personal property at the residence.  KISHORE then
acknowledged his "talk" with [      ] about [      ] were
exaggerated misunderstandings, and that [      ] had nothing
to do whatsoever with any plan to hurt [      ] KISHORE then
stated that he would assist law enforcement officers in the search
of the residence, that he (KISHORE) wanted to spare his wife any
future problems in that [          ] operates a home for the
developmentally disabled at that same address.  SUNDEEP KISHORE
acknowledged residency at the address and stated that he had stayed
at the address the previous night.

b6 -6
b7C -6

        SUNDEEP KISHORE was shown one copy of the search warrant
and informed about the evidence law enforcement officers sought to
collect at the residence.  KISHORE was escorted throughout the

| SEARCHED | INDEXED |
| SERIALIZED | FILED |

Investigation on    03/01/2003    at  Prague, Oklahoma

APR 2 9 2003

File #  166C-OC-64741 - 15              Date dictated   03/01/2003

SA                              b6 -1              FBI OKLAHOMA CITY
by  SA              fbi        b7C -1

Kishore-47

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

166C-OC-64741

Continuation of FD-302 of   SUNDEEP KISHORE   , On   03/01/2003   , Page   2

residence and directed officers to open a small table with drawers.
KISHORE informed officers the poison was placed within a mailing
envelope that could be found in the table. Upon opening the
drawer, officers observed a substance that appeared to be white
powder contained within a clear plastic baggie, and another clear
plastic baggie that contained a green/brown leafy substance.
Prague City Police Officer [            ] field tested both
packages in the presence of SA [            ]   The white powder
field tested positive for cocaine and the brown/green leafy
substance field tested positive for marijuana. SA [            ]
located the sealed mailing envelope within the drawer and held it
up for KISHORE to view. KISHORE acknowledged that particular
sealed mailing envelope contained the poison that he intended on
having [            ] send to him (KISHORE) after he (KISHORE) left on the
trip. KISHORE then showed Agents where trip information was stored
and the location of passport and airline ticket receipts. KISHORE
stated that he purchased airline tickets via the Internet and
identified the computer that he used to purchase the tickets.
KISHORE then stated the credit card that he purchased the tickets
with was inside his wallet. KISHORE surrendered the MASTERCARD to
SA [            ]

b6 -1,3,6
b7C -1,3,6

    KISHORE was then informed the search was to include
official government documents and that officers would remain at the
residence to finish the search. KISHORE was then transported to
the City of Prague Police Department by Prague Police Officer
[            ]

b6 -3
b7C -3

    KISHORE was taken to an interview room at the Prague
Police Department. SA [            ] conducted the interview as
witnessed by SA [            ]. KISHORE was shown once again, the
Advice of Rights (FD-395) form, and reminded that he (KISHORE) had
the right not to answer questions and to have an attorney present
during questioning. SUNDEEP KISHORE stated this situation was a
great misunderstanding and he wanted to volunteer his cooperation
in an effort to clarify any misunderstanding. SUNDEEP KISHORE
claimed that he was an Austrian citizen with "green card" status
due to his marriage to [            ] a United States citizen.
KISHORE claimed that he was not a dual citizen of the
United States. Upon learning KISHORE claimed foreign alien status,
KISHORE was specifically asked if he wanted to contact any other
person representing his government prior to answering any
questions. SUNDEEP KISHORE declined the opportunity offered.

b6 -1,6
b7C -1,6

FD-302a (Rev. 10-6-95)

166C-OC-64741

Continuation of FD-302 of ____SUNDEEP KISHORE_____, On _03/01/2003_, Page __3__

         SUNDEEP KISHORE was specifically asked about his medical
condition and was asked if he was intoxicated or high.  SUNDEEP
KISHORE stated that he had not had any alcohol all day, and he was
not high.  KISHORE acknowledged the small amount of cocaine and
marijuana recovered at his house belonged to him and was for his
personal use.  KISHORE stated [          ] had no knowledge that
he possessed the cocaine and marijuana and that he had hidden it
from her in their house.  SUNDEEP KISHORE was asked when was the
last time he got high.  SUNDEEP KISHORE volunteered he had smoked
marijuana two or three days prior to his arrest and had smoked
cocaine about a week ago.  KISHORE informed the Agents that he was
not drunk or high.

         SUNDEEP KISHORE was questioned about his physical
condition.  KISHORE acknowledged he had vocal chord surgery in late
January (2003) and that he was supposed to be taking a few
prescription medications.  KISHORE admitted on occasion he failed
to take his medication as prescribed.  However, this date KISHORE
reported that he had taken all medical prescriptions and reported
feeling fine.  KISHORE was specifically asked if any of his
medications were prescribed for a mental or emotional problem.
SUNDEEP KISHORE stated that he had no mental or emotional problems
and currently had, "no crazy thoughts".  SUNDEEP KISHORE did report
that he was unhappy with his deteriorating physical health and at
times did become depressed.  KISHORE reported that he never sought
mental health counseling and was not taking any anti-depressant
drugs or any other drugs for emotional or mental health problems.

         KISHORE was then offered food and drink.  KISHORE
reported the last time that he had eaten a meal was about lunch
time and that he was thirsty.  KISHORE declined the offer of a meal
but, did accept water to drink.

         SUNDEEP KISHORE originally denied that he intended on
killing [        ] a business partner.  KISHORE acknowledged
being very angry with [        ]  KISHORE originally refused to
be specific but, stated [        ] was not taking care of business.
KISHORE then denied ever talking with any person within the last
two weeks about wanting to kill [          ]  KISHORE was reminded
about the recovery of poison in the mailing envelope and his
comments during the search warrant at his house.  KISHORE replied
that he had been talking big to a particular (unnamed) person and
it was big talk, that he (KISHORE) never had a plan to kill [      ]
[        ] that he was only "talking big".

Kishore-49

FD-302a (Rev. 10-6-95)

166C-OC-64741

Continuation of FD-302 of     SUNDEEP KISHORE                    , On  03/01/2003 , Page    4

b6 -6
b7C -6         SUNDEEP KISHORE was specifically asked who had he spoken
with about killing [        ] KISHORE was vague. KISHORE denied
specifically telling any one that he wanted to kill [        ]
that he may have implied it to a few people but, he never really
meant to harm [        ] KISHORE was asked why would he ever
imply wanting to kill [        ] to any one.  KISHORE reported
that he may have mentioned being very unhappy about [        ] and
others may have misunderstood his real intention.  KISHORE was then
asked what specifically was his intention on implying that he
wanted to kill [        ] KISHORE again was vague and stated
that [        ] fails to take care of business, that KISHORE was only
hoping to get [        ] attention.

        SUNDEEP KISHORE was then informed that [        ] had
come to law enforcement authorities and reported that SUNDEEP
KISHORE had solicited [        ] assistance to kill [        ]
[        ] KISHORE repeated that [        ] was confused that he never
b6 -6    asked [        ] to help kill [        ] KISHORE reported that he
b7C -6   was an acquaintance of [        ] that KISHORE knew [        ] for a
number of years, and KISHORE had done business with [        ]
KISHORE reported [        ] was a drug dealer and thief.  KISHORE
reported [        ] was the source of the cocaine and marijuana
found at his (KISHORE's) residence that KISHORE had purchased it
from [        ] about three or four days before his arrest.

        SUNDEEP KISHORE stated [        ] was confused,[        ]
b6 -6    misunderstood KISHORE's intentions, and that KISHORE had used angry
b7C -6   words while speaking to [        ] about [        ] KISHORE stated
again that he never intended on ever killing [        ] KISHORE
was asked if he ever utilized [        ] within the last two weeks
in an effort to change beneficiaries on a life insurance policy
that KISHORE maintained on [        ] KISHORE reported that
particular instance associated with [        ] life insurance policy
was an example of how [        ] failed to take care of personal
things and business.  SUNDEEP KISHORE admitted to having a
financial association to a strip club doing business as TATTLE
TALES in Oklahoma City, Oklahoma, that KISHORE had [        ]
manage.  KISHORE admitted to financing a life insurance policy on
business partner [        ] KISHORE stated that he grew
progressively impatient with [        ] through the life insurance
application progress.  KISHORE stated that he (KISHORE) had to
initiate the life insurance policy application process and the
insurance company underwriter kept asking questions and repeatedly
mailed requests for information to [        ] that [        ] failed
to return.  KISHORE reported that [        ] can barely function

FD-302a (Rev. 10-6-95)

166C-OC-64741

Continuation of FD-302 of ___SUNDEEP KISHORE_____, On _03/01/2003_, Page _5_____

b6 -6
b7C -6     day to day, that KISHORE manages a great deal of [        ] personal
business. KISHORE admitted that he (KISHORE) was financing the
life insurance policy for [        ] and that at [        ]
request, he (SUNDEEP KISHORE) was to be the insurance beneficiary.
Due to the fact, [        ] failed to respond to the insurance
underwriter's questions, KISHORE admitted that he (KISHORE) gained
[        ] cooperation in an attempt to facilitate the issuance
of a life insurance policy on [        ]

b6 -6
b7C -6     Specifically, SUNDEEP KISHORE admitted having [        ]
pose as [        ] while KISHORE instructed [        ] how to respond
to the insurance company's underwriter's questions. KISHORE
reported that he would place telephone calls to the insurance
company and while listening in to the conversation would have [        ]
[        ] answer all questions while KISHORE supplied the answers
about [        ] to [        ] KISHORE reported that he was only
attempting to speed up the insurance application process and that
he was attempting to take care of [        ] not harm him.

b6 -6
b7C -6     SUNDEEP KISHORE acknowledged how he believed [        ]
could have easily been confused about the entire set of
circumstances. KISHORE admitted talking big and speaking angry
words about [        ] to [        ] as he was utilizing [        ] to
attempt to establish an insurance policy on [        ] in which KISHORE
was to be the beneficiary. KISHORE reported while his actions were
questionable he (KISHORE) did not commit any form of insurance
fraud as the insurance company never agreed to execute the policy.
KISHORE stated that he was merely attempting to cut corners and
respond to specific questions posed by the insurance underwriter in
an attempt to speed the process along. KISHORE stated that [        ]
would never make himself available to the underwriter so, KISHORE
had [        ] act as [        ] in an attempt to get the insurance
policy placed into effect.

b6 -6
b7C -6     KISHORE informed Agents the life insurance policy was
never placed in effect. KISHORE was questioned about the insurance
company. KISHORE was vague and could not remember the name of the
insurance company and could only recall the first name of the
insurance agent was [        ] Last Name Unknown (LNU). KISHORE described
[        ] LNU as an old white male, maybe 60 or 70 years of age. The
location of the insurance office was somewhere in the vicinity of
122nd Street and Pennsylvania in Oklahoma City, Oklahoma and he
could not recall the name of the insurance company.

FD-302a (Rev. 10-6-95)

166C-OC-64741

Continuation of FD-302 of ___SUNDEEP KISHORE_____ , On _03/01/2003_ , Page __6__

        KISHORE was asked about possession of the poison.
KISHORE related the poison was strychnine. KISHORE claimed that he
obtained the poison from a farmer that engages in cockfighting. He
originally claimed that he received it from the farmer over a year
ago. KISHORE stated he learned cockfighters use the strychnine to
enhance the bird's fighting performance. KISHORE claimed that he
always had an interest in cockfighting and approached the farmer to
ask if he could obtain a quantity of strychnine. The farmer was
the source of the small amount of poison that he placed in the
mailing envelope. KISHORE stated that he would never use the
poison on any person. KISHORE claimed that he did not know the
farmer's name who he obtained the poison from. Upon questioning,
b6 -6  he admitted knowing the farmer's name, but originally refused to
b7C -6 provide it. KISHORE claimed he obtained the poison due to his own
personal curiosity. At a much later time, KISHORE stated that he
obtained the poison from [                    ]

        KISHORE was then confronted with information provided by
b6 -6  [                    ] to law enforcement. KISHORE again denied soliciting
b7C -6 [            ] to kill [                    ] KISHORE stated [                  ] is a thief
and dope dealer and KISHORE did not understand why law enforcement
would find [            ] credible. KISHORE was then informed law
enforcement authorities utilized other investigative means to
corroborate [            ] statements. KISHORE was informed physical and
electronic surveillance had been performed over a period of time by
OCMVCTF and FBI. KISHORE was then provided with specific dates and
times and a chronology of his activities of February 26 and 27,
2003, as observed by Agents. KISHORE was then specifically
reminded of a conversation that he had with [                    ] KISHORE
was reminded that he (KISHORE) had told [          ] the only way [      ]
[      ] would return from their trip was if he (KISHORE) was not
coming home, that he (KISHORE) had no intention of returning home
with [      ] KISHORE was reminded how he (KISHORE) had described
the means to kill [          ] and he (KISHORE) had described how to get
rid of [        ] body to [        ] during that conversation.

        KISHORE became visibly upset and stated, "I'm fucked, I'm
b6 -6  fucked, I'm fucked, I'm screwed, you know." KISHORE proceeded to
b7C -6 admit the following. KISHORE then stated that he did intend on
killing [                ]

        KISHORE stated that things had gotten very complex
b6 -6  between he and [          ]. KISHORE was not just unhappy with
b7C -6 [          ] and the mismanagement of the strip club. KISHORE was
extremely upset that [        ] failed to take care of his children.

FD-302a (Rev. 10-6-95)

166C-OC-64741

Continuation of FD-302 of    SUNDEEP KISHORE    , On 03/01/2003 , Page    7

b6 -6
b7C -6

KISHORE described ⬚⬚⬚⬚ as a slug, a lump that slept all day, smoked marijuana all the time and did nothing for himself. KISHORE claimed that he took care of ⬚⬚ and ⬚⬚ family because ⬚⬚ was not capable of taking care of himself or his family.

b6 -6
b7C -6

KISHORE made the decision to kill ⬚⬚⬚ some time in December of 2002 or January of 2003. KISHORE planned to take ⬚⬚⬚⬚ on a two to three week trip to Europe. KISHORE planned the travel. KISHORE intended on taking ⬚⬚⬚ to India, where KISHORE maintains contact with family members and others. KISHORE stated that he intended to kill ⬚⬚⬚⬚ during their travel within India. KISHORE stated India is a third world country that does not have the police resources of the United States. KISHORE intended on killing ⬚⬚⬚ in a rural area of India, where the police did not have a large presence. KISHORE stated that he intended on making ⬚⬚⬚ death appear as an accident. In India, some opiates and other drugs are legal to ingest according to KISHORE. KISHORE planned to party with ⬚⬚⬚ and believed ⬚⬚⬚⬚ may overdose on the drugs KISHORE intended to supply. KISHORE stated ideally, if ⬚⬚⬚ death even remotely appeared as an overdose, the local rural India police would not even investigate the death of an American, as the India police typically do not like to deal with foreigners. According to KISHORE, if ⬚⬚⬚ failed to overdose by using the drugs KISHORE was to provide, KISHORE had a backup plan in order to murder ⬚⬚⬚

b6 -6
b7C -6

KISHORE stated he obtained the strychnine in order to have an alternative plan to kill ⬚⬚⬚ KISHORE did not know if he would be able to obtain poison in India as poisons and pesticides are regulated. KISHORE obtained an amount of poison that he believed was strychnine from ⬚⬚⬚⬚ did not know what KISHORE intended on doing with the poison according to KISHORE. KISHORE stated that he intended to have ⬚⬚ mail the poison to an address in India that KISHORE planned to visit. KISHORE stated the poison was to be mailed after they left on the trip as he was certain that he would be unable to conceal the poison through the airport security checkpoints and would be unable to transport the poison himself. KISHORE stated if ⬚⬚⬚ failed to overdose, KISHORE intended on using the strychnine to poison and kill ⬚⬚⬚ KISHORE stated that he never intended on ⬚⬚ ever returning to the United States. Once ⬚⬚ was dead, KISHORE intended on cremating the body. KISHORE stated that he intended on having ⬚⬚⬚ body cremated in India

Kishore-53

FD-302a (Rev. 10-6-95)

166C-OC-64741

Continuation of FD-302 of    SUNDEEP KISHORE    , On  03/01/2003  , Page    8

and would dispose of the ashes in the Himalaya's a mountainous
area.

KISHORE explained that he became acquainted with [redacted]
over 10 years ago when they lived in the same apartment complex.
Around 1998, KISHORE had money to invest and decided to join [redacted]
[redacted] as a partner in a
strip club located in Oklahoma City, Oklahoma. KISHORE had between
$10,000.00 to $14,000.00 in cash to invest but, did not want his
name to appear on any ownership of license documents. KISHORE knew
[redacted] had strip club management experience and made an
arrangement with [redacted] KISHORE provided the cash to
[redacted] for his share of the purchase of the strip club
and stipulated [redacted] would operate the club. KISHORE stated
over time, the strip club was not profitable and [redacted] and
[redacted] wanted to remove [redacted] from his management position.
KISHORE refused to concur. About 14 months ago, [redacted]
[redacted] quit active participation in the payment or expenses for
the stip club and KISHORE took over the management. KISHORE stated
[redacted] ran the strip club into the ground as it rarely made a
profit. KISHORE advised that he recently learned of rumors
regarding the alleged illegal activities of the female employees of
the club while working at the club, and was afraid these activities
would draw unwarranted law enforcement attention.

KISHORE advised in December of 2002, [redacted] had been
involved in a very bad car accident. KISHORE assisted [redacted] in
making insurance and medical claims. At that time KISHORE
realized [redacted] had nothing to leave his [redacted] two children if
anything were to happen to [redacted] KISHORE persuaded [redacted]
to obtain a life insurance policy in order to be able to leave
something to the children. KISHORE advised that he had been
handling [redacted] money at [redacted] request over the last two
years. KISORE stated that he offered to pay for [redacted] life
insurance policy. KISHORE stated that he wanted to get a life
insurance policy in effect on [redacted] prior to the trip, but he
was not going to postpone the trip in order to wait on the
insurance company.

KISHORE admitted that he discussed killing [redacted]
numerous times to [redacted] KISHORE stated originally he offered
to take [redacted] on the trip and to pay [redacted] expenses.
However, [redacted] failed to obtain a passport and later KISHORE
decided to go alone with [redacted] KISHORE stated that [redacted]
[redacted] was to stop by his home in Prague, Oklahoma on March 1,

b6 -6
b7C -6

FD-302a (Rev. 10-6-95)

166C-OC-64741

Continuation of FD-302 of    **SUNDEEP KISHORE**    , On  03/01/2003  , Page  9

b6 −6
b7C −6
2003, and that KISHORE was going to provide the package containing the strychnine to [        ] with mailing instructions at that time. KISHORE stated that he never meet with [        ] that day but, intended on meeting with [        ] the next day (March 2, 2003). KISHORE admitted that he never informed [        ] that he was having second thoughts about killing [        ] and never told [        ] that he had decided against killing [        ]

          Agents then asked KISHORE about approximately $23,000.00 worth of travelers' checks made out to KISHORE located during the search of his residence.  KISHORE admitted those travelers' checks were owned by him.  According to KISHORE, years ago he reported those checks lost and the company reissued new checks.  At a later time, KISHORE found the original checks that he had reported lost. KISHORE admitted failure to notify the financial institution of the recovery of those checks.  KISHORE stated that he never intended on attempting to execute or cash those checks.  KISHORE was asked why he had endorsed a number of those checks over to [        ]
b6 −6
b7C −6
KISHORE refused to directly answer those questions [        ] [        ] never presented those checks to any financial institution in an effort to cash the checks.

          KISHORE claimed the reason he wanted to kill [        ] was more complex than a simple business disagreement and that Agents would not understand his motives.  KISHORE stated that he had known [        ] for over ten years and loved [        ] like a brother.  KISHORE provided [        ] with employment and money.  Over time, KISHORE recognized [        ] was not capable of taking care
b6 −6
b7C −6
of the strip club and not taking care of his family.  KISHORE related that [        ] had started acting out and ran away from home last summer (2002). KISHORE was unhappy how [        ] failed to care for [        ] at that time.  KISHORE stated that he had to intervene at that time in order to help [        ] because [        ] was a miserable failure as a father.

          KISHORE again stated that he failed to inform [        ] that he intended not to go through with killing [        ].  KISHORE claimed that he intended on telling [        ] of his new intentions upon [        ] next visit on Sunday (March 2, 2003).  At that time,
b6 −6
b7C −6
KISHORE claimed that he was going to explain things to [        ] and that he had decided against providing [        ] with the poison. KISHORE stated it was only during periods in which he felt depressed that he would think the "crazy thoughts to kill [        ]

FD-302a (Rev. 10-6-95)

166C-OC-64741

Continuation of FD-302 of ___SUNDEEP KISHORE_____, On _03/01/2003_, Page __10__

KISHORE agreed to provide a handwritten statement which has been adopted by this FD-302 interview.  The following is a transcription of the signed statement made by SUNDEEP KISHORE on March 01, 2003:

"03/01/2003
"11:51 pm

"SUNDEEP KISHORE
     "AKA "GOLDIE" KISHORE

"I, SUNDEEP KISHORE, during the last two weeks - after I had surgery - and, on heavy medication, and hearing about a couple of things going on in the club, during a time of feeling dispondent thought about getting rid of [               ]nd got my hands on some strychnine.  But then I had second thought's and better judgement and thought of it again, and decided not to do it.

b6 -6
b7C -6

"/s/SUNDEEP KISHORE.

"Witnesses:

b6 -1
b7C -1

"/s/[          ]SA. FBI, Oklahoma City, Oklahoma
"/s/[          ] SA, FBI, Oklahoma City,
         Oklahoma"

Kishore-56

FD-395 (Rev. 2-28-97)

# ADVICE OF RIGHTS

Place _Prague, OK_
Date _3/1/03_
Time _8:31_

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions..

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are.  At this time, I am willing to answer questions without a lawyer present.

Signed _____

Witness _____

Witness _____

b6  -1
b7C -1

Time: _____

Kishore-57

07/01/2003
11:51 pm

Sundeep Kishore
AKA "Goldie" Kishore

I Sundeep Kishore, during the last two weeks - after after I had surgery - and, on heavy medication, and hearing about a couple of things going on in the club, during a time of feeling dispondent thought about getting rid of [redacted] and get my hands on some strychnine. But then I had second thoughts and better judgement and thought of it again, and decided not to do it.

b6 -6
b7C -6

Sundeep Kishore.

b6 -1
b7C -1

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

b6 -5
b7C -5

Date of transcription    04/25/2003



Social Security Account Number (SSAN)                was
located at
Oklahoma              telephone number              After being advised
of the identity of the interviewing Agents and purpose for the
interview          related the following.

b6 -5,6
b7C -5,6

stated that since

b6 -5
b7C -5

Investigation on    03/03/2003    at   Oklahoma City, Ok.
                    04/24/2003

File #   166C-OC-64741-1b                          Date dictated  04/25/2003

by   SA
     SA                              cw    b7C -1

SE[       ]DEXED
SERIA[  ]    FILED

APR 2 9 2003
FBI OKLAHOMA CITY

b6 -1
b7C -1

Kishore-59

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

50311.521.cw

FD-302a (Rev. 10-6-95)

166C-OC-64741

b6 -5
b7C -5



Continuation of FD-302 of _____ , On 04/25/2003 , Page 2

b6 -5
b7C -5

also recalled that

b6 -5
b7C -5

stated that

b6 -5,6
b7C -5,6

stated in

b6 -5,6
b7C -5,6

stated that

stated that

b6 -5,6
b7C -5,6

Kishore-60

FD-302a (Rev. 10-6-95)

166C-OC-64741



b6 -5
b7C -5

Continuation of FD-302 of _____ , On 04/25/2003 , Page 3

b6 -5,6
b7C -5,6

_____ stated in _____

b6 -5
b7C -5

_____ stated that _____

b6 -5,6
b7C -5,6

_____ did acknowledge that _____

b6 -5,6
b7C -5,6

_____ was asked to recall any unusual or unexplainable
actions of KISHORE _____

Kishore-61

FD-302a (Rev. 10-6-95)

b6 -5
b7C -5

166C-OC-64741

Continuation of FD-302 of _____, On 04/25/2003 , Page 4

b6 -5
b7C -5

also stated that GOLDY KISHORE

b6 -5,6
b7C -5,6

stated that he would cooperate in any manner with law
enforcement authorities and remain available for future contacts.

Kishore-62

## Oklahoma City Division Operations Order (OPORD)

| FILE NUMBER 166C-OC-64741 -17 |
|---|

**SQUAD 5 VIOLENT CRIME MAJOR OFFENDER UNIT**

| Date Prepared 03/01/2003 | Planned Date of Operation 03/01/2003 |
|---|---|

| TITLE OF CASE | SUNDEEP KISHORE; | b6 -4 |
|---|---|---|
| | Victim; | b7C -4 |
| | ITAR | |
| | MURDER FOR HIRE | |

b2 -1

| CASE AGENT/OFFICER | | PH # | | b6 -1 b7C -1 |
|---|---|---|---|---|
| ALTERNATE CA/OFFICER TFO | | PH | | b2 -1 b6 -1 b7C -1 |

### SITUATION/MISSION

| Type of Operation | Location of Activity |
|---|---|
| X Arrest<br>X Search<br>___ Surveillance<br>___ Drug Purchase<br>___ Other | Prague, Oklahoma<br><br>Domicile: Bed and Breakfast doing business as CHERRI's OLDE FASHION ROOM and BOARD |

Warrant Information SUNDEEP KISHORE, Indian male, date of birth    / SSAN
State of Oklahoma, Oklahoma County, FELONY ARREST WARRANT
SOLICITATION TO COMMIT MURDER
ATTEMTED HOMICIDE

2/27/03

This Document has been prepared by the Federal Bureau of Investigation
FOR LAW ENFORCEMENT USE ONLY

OPERATION ORDER (10/02)

*note: If search warrant executed take photos 03/01/03 of property before search begins and upon completion of search.*

approved
WCT A/ASAC

Kishore-63

A-1

166C- OC- 64741

Kishore-64

Overall Concept of Mission  (Brief statement of who, what, why, when, and where)
WHO: TARGET SUNDEEP KISHORE-ARREST
WHY: FELONY WARRANT/FBI CASE
WHEN: 03/01/2003 between 12:00 pm and 6:00 pm (as situation evolves)
WHERE: CHERRI's OLDE FASHION BED AND BREAKFAST

b6  -4
b7C -4

Prague, Oklahoma
WHAT: To safely effect the arrest of target and to collect evidence in furtherance of the overt solicitation to murder

CAUTION STATEMENT Subject has no known history of violence. However:

Routine officer

b6  -5
b7C -5
b7D -1

safety will be adhered during the execution of the operations order.

This Document has been prepared by the Federal Bureau of Investigation
FOR LAW ENFORCEMENT USE ONLY

OPERATION ORDER (10/02)                                                    A-2

## SITUATION/MISSION CONTINUED

| SUBJECT INFORMATION | | |
|---|---|---|
| Name:SUNDEEP KISHORE | Race: Indian    Sex: Male    DOB: | |
| Aliases: Multiple unknown aliases; used internationally to commit white collar offenses. | Height: 5'08"    Weight: 150 | |
| | Eyes: BRO    Hair: GREYING/black | |
| Fingerprint Code: | SSAN:    FBI#: none located | |
| Identifying Marks and Tattoos: unknown | | |
| Address: ., Oklahoma | | |
| Vehicle Info: Mitsubishi Galant/ four door, silver grey in color. Oklahoma tag FSQ 656 | | |
| Criminal History: NONE, see attached NCIC/OSBI queries. | | |
| REASON FOR CAUTION STATEMENT (subject specific) ROUTINE OFFICER SAFETY CONCERN. | | |
| Identify other legal process outstanding to include issuing official, district and date issued, and warrant location. NONE | | |
| Other Information REGARDING SUBJECT (Can include items such as possible locations of subject, identification of associates, and information provided by informants and other law enforcement agencies. PROVIDE PHOTO IF AVAILABLE. Straw owner of strip club doing business as TATTLE TAILS, Oklahoma City, Oklahoma. _____ of TATTLE TAILS by the target, _____ | | |
| PHOTOGRAPH of SUBJECT attached. | | b6 -6 b7C -6 |

Use copies of this page for information on additional subjects and number as 2-A, 2-B, etc.

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

**OPERATION ORDER (10/02)**

A-3

## SITUATION/MISSION CONTINUED

| INTELLIGENCE - Additional pertinent information can be added as an attachment | |
|---|---|
| | b6 -5,6<br>b7C -5,6<br>b7D -1 |

### LAW ENFORCEMENT PARTICIPANTS IN THE OPERATION

Identify personnel directly involved in the operation, as well as their assignment (entry/perimeter) for the operation

| | NAME | ASSIGNMENT | SIGNAL # |
|---|---|---|---|
| 1 | b6 -1<br>b7C -1 | ARREST KISHORE/INTERVIEW transport KISHORE/DEBRIEF CW | b6 -1<br>b7C -1 |
| 2 | b6 -1<br>b7C -1 | ARREST KISHORE/INTERVIEW DEBRIEF CW | b6 -1<br>b7C -1 |
| 3 | TFO    b6 -1<br>b7C -1 | ARREST KISHORE/secure interior/ assist in search of residence/ collect evidence/ interview         b6 -5<br>               transport subject to  b7C -5<br>Oklahoma County Jail | b6 -1<br>b7C -1 |
| 4 | b6 -1<br>b7C -1 | ARREST TEAM MEMBER/ assist with securing interior/ preservation and collection of relevant evidence/ interview of          b6 -5<br>transport of evidence to OCD  b7C -5 | b6 -1<br>b7C -1 |
| 5 | b6 -1<br>b7C -1 | assist team as needed/ secure perimeter/ assist in preservation and collection of evidence to include the collection of computer evidence (based upon         past CART  b6 -1<br>experience at WFO)  b7C -1 | b6 -1<br>b7C -1 |
| 6 | b6 -1<br>b7C -1 | on site supervisor/ support/ control/ command | b6 -1<br>b7C -1 |
| 7 | b6 -1<br>b7C -1 | assist team members as needed | b6 -1<br>b7C -1 |

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

| | | | |
|---|---|---|---|
| b6 -1, 3<br>b7C -1, 3 | 8 | will assist with evidence at OCD and maintain communications at OCD (command control at post) | 504 |
| | 9  PRAGUE CITY POLICE OFFICER | will assist as needed with uniformed presence and crowd control | |
| | 10  PRAGUE CITY INVESTIGATOR | will support uniformed officer | |

**Other Law Enforcement Personnel**
Identify personnel who are not directly involved in the subject operation, but may support the overall mission
(e.g., mass interviews, evidence technicians, photo specialists, traffic control, etc.)

| | |
|---|---|
| b6 -1,3<br>b7C -1,3 | Oklahoma City Fire Department HAZARDOUS MATERIALS OFFICER (on-call) will assist as consultant with the collection, preservation, and storage of potentially hazardous material/poison |
| | OCD PUBLIC INFORMATION OFFICER - will provide support and handle media relations, will submit press release to local media affiliates, will handle all inquiries. |
| | |
| | |
| | |
| | |

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY.**

**OPERATION ORDER (10/02)**                                                                 A-5

Kishore-68



## EXECUTION

```
b6 -5,6
b7C -5,6
b7D -1
b2 -2
b7E -2
```

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

**OPERATION ORDER (10/02)**                                                      A-6

Kishore-69

## SPECIFIC DUTIES
(Concise, detailed statements directing how each unit, squad, team, or individual accomplishes their duties.)

arrest and interview KISHORE; transport and book KISHORE; debrief CW

; arrest and conduct interview with KISHORE; debrief/interview CW

arrest KISHORE; secure interior; assist cursory search of residence; team interview of
transport subject to Oklahoma County Jail and book with

arrest team member; assist with securing interior; collect evidence; conduct team interview with
TFO                     transport evidence to OCD; with assistance from SA                process evidence

assist team as needed; secure perimeter; once arrest of KISHORE effected collect/preserve evidence
with primary responsibility to focus on the collection of computer related evidence (due to previous CART experience in
WFO)

on site supervisor; support operation; command; control

TFO                assist team as needed

assist              with evidence at OCD; maintain communications at OCD; coordinate between
OCD personnel, special requests from Agents in the field, and media relations.

PRAGUE CITY POLICE OFFICER                          will assist as needed with uniformed presence

PRAGUE CITY INVESTIGATOR will support Officer

OKLAHOMA CITY FIRE DEPARTMENT HAZARDOUS MATERIALS OFFICER will act
as consultant, available to respond if necessary; will provided direction regarding the collection, preservation, and
storage of suspect materials.

b6 -1, 5
b7C -1, 5
b7D -1

b6 -1, 5
b7C -1, 5

b6 -1
b7C -1

b6 -3
b7C -3

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

**OPERATION ORDER (10/02)**

A-7

(Continue on additional blank sheet(s) of paper as necessary)

## EXECUTION CONTINUED

### COORDINATING INSTRUCTIONS
(Include here instructions common to all. Examples include times and dates for specific phases of the operation, coordination intra-office or with other agencies, warrant verification, danger areas, rehearsals, debriefings, etc.)

b6 -5
b7C -5
b7D -1
b2 -2
b7E -2

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**



| CONTINGENCIES |
| --- |

b6 -3,5
b7C -3,5
b7D -1
b2 -2
b7E -2

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

## ADMINISTRATION AND EQUIPMENT



## CONTROL AND COMMUNICATIONS



This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

**OPERATION ORDER (10/02)**

À-10

Kishore-73

CAUTION STATEMENT USUAL OFFICER SAFETY.

SEE ALSO: HAZARDOUS MATERIALS ADMINISTRATION SECTION (ABOVE).

### Arrest Warrant

    **A. Warrant Execution - Subject's premises**



b2 -2

This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

**OPERATION ORDER (10/02)**                                    A-12

Kishore-75

**FBI Deadly Force Policy**

b2 -2



This Document has been prepared by the Federal Bureau of Investigation
**FOR LAW ENFORCEMENT USE ONLY**

**OPERATION ORDER (10/02)**

A-13

Kishore-76

b6 -6
b7C -6

SCOM.GD.NAM/KISHORE, SUNDEEP.SEX/M

MESSAGE ACCEPTED - FBIO 00021 AT 08:30  02/28/2003
SCOM
028523

SCOM       03513 08:30:50 MRI 028524
FBIO       00050 08:30:50 02/28/2003

REFERENCE:                    INQUIRY BY: FBIO
                              DRIVER LICENSE MASTER RECORD

                   *** FOR LAW ENFORCEMENT USE ONLY ***
KISHORE, SUNDEEP                    DLN/081263957          EXP/04-2003
119 E MAIN #2.NBU 1706              PRAGUE        OK 746640000    RENEWED/03-99
DOB/120759   SEX/M  RAC/U  HGT/508  WGT/150  EYE/BRO         LIC REPLACED/09-02

STATUS:  *** VALID ***                        TRAFFIC RECORD=YES
CLASS:    D       ENDORSEMENTS:               CDL STATUS:

FR FLAG=NONE
DI FLAG=NONE
*LICENSE RESTRICTIONS*
  NONE
*PREVIOUS NAMES*                         *PREVIOUS NAMES*
  NONE
                        (---- END OF RECORD ---)
SCOM.GD.DLN/081263957.TYP/D .

Kishore-78

SCOM.QD.DLN/061263957.TYP/C


MESSAGE ACCEPTED - FBIO 00022 AT 09:30  02/28/2003
SCOM
026537


SCOM      03517 06:30:57 MPI 026538
FBIO      00051 09:30:57 02/28/2003

REFERENCE:                  INQUIRY BY: FBIO
                            DRIVER LICENSE TRAFFIC RECORD

                    *** FOR LAW ENFORCEMENT USE ONLY ***

NAM/KISHORE,SUNDEEP                    DLN/061263957      DOB/
                            ---ARREST CONVICTIONS---
OFFENSE                                                DISP
   DATE      OFFENSE                                   DATE  CRT CITY/CNTY
033001 SPEED IN EXCESS OF POSTED (16-20MPH OVER LIMIT) 050101 DIS POTTAWATOMIE
                    ---DEPARTMENTAL ACTION---
   DATE      ACTION                                    STATUTE CASE NO
022703 30 DAY WARNING NOTICE - ICAN                    194     061146537
*** CURRENT POINT LEVEL ---)  00
                            (--- END OF RECORD ---)

Kishore-79

SCOM. OB. OLN/244670376

MESSAGE ACCEPTED – FBIO 00523 AT 06:31  02/28/2003
SCOM
028567

SCOM       03523 06:31:23 MRI 028568
FBIO       00052 06:31:23 02/28/2003

REFERENCE:                    INQUIRY BY: FBIO
NO MASTER RECORD FOUND FOR DL NUMBER GIVEN–

Kishore-80

MESSAGE ACCEPTED - FBIO 00025 AT 08:34  02/28/2003
OBI1
A28988


OBI1      00398 08:34:53 MRI 028971
FBIO      00054 08:34:53 02/28/2003

REFERENCE:              ,  ATTENTION: SA[          ]
BASED ON THE INFORMATION PROVIDED, YOU ARE
ADVISED THAT THE SUBJECT HAS NO CRIMINAL HISTORY
INFORMATION IN THE FILES OF THE OSBI FOR
NAM/KISHORE, SUNDEEP  DOB/        RACE/ SEX/M
BASED ON THE INFORMATION PROVIDED, YOU ARE
ADVISED THAT THE SUBJECT HAS NO CRIMINAL HISTORY
INFORMATION IN THE FILES OF THE OSBI FOR
SOC/

b6 -1
b7C -1

Kishore-82

OBI1.OH.ATN/SA [        ]NAM/KISHORE, SUNDEEP.DOB/
76.PUR/C

SEX/M.RAC/U.SOC/

b6 -1
b7C -1

MESSAGE ACCEPTED - FBIO 00024 AT 06:34  02/28/2003
OBI1
020936

OBI1        00396 08:34:43 MRI 020948
FBIO        00053 08:34:43 02/28/2003

REFERENCE:              . ATTENTION: SA [        ]
BASED ON THE INFORMATION PROVIDED, YOU ARE
ADVISED THAT THE SUBJECT HAS NO CRIMINAL HISTORY
INFORMATION IN THE FYLES OF THE OSBI FOR
NAM/KISHORE, SUNDEEP DOB/ .        RACE/ SEX/M
BASED ON THE INFORMATION PROVIDED, YOU ARE
ADVISED THAT THE SUBJECT HAS NO CRIMINAL HISTORY
INFORMATION IN THE FILES OF THE OSBI FOR
SOC/

b6 -1
b7C -1

OBI1.OH.ATN/SA [        ]NAM/KISHORE, SUNDEEP.DOB/
76.PUR/C

SEX/M.RAC/U.SOC/

Kishore-81    b6 -1
              b7C -1

NCIC.1LO1FBIO.QW.QKFBIOCOO.NAM/KISHORE, SUNDEEP.SEX/M.RAC/U.DOB/          .SOC/
        OLN/061263957

MESSAGE ACCEPTED - FBID 00026 AT 06:36  02/28/2003
NCIC
029177

NCIC        06951 06:36:54 MRI 029180
FBIO        00055 06:36:54 02/28/2003

1LO1FBIO72050QW
QKFBIOCOO
NO NCIC WANT SOC/
NO NCIC WANT OLN/061263957
NO NCIC WANT NAM/KISHORE, SUNDEEP DOB/         RAC/U SEX/M

NCIC.1LO1FBIO.QW.QKFBIOCOO.NAM/KISHORE, SUNDEEP.SEX/M.RAC/U.DOB/          .SOC/
        OLN/061263957

MESSAGE ACCEPTED - FBID 00027 AT 06:37  02/28/2003
NCIC

029190

```
NCIC     06953 08:37:02 MRI 029191
FBID     00056 08:37:02 02/28/2003
```

b6 ~6
b7C ~6

NCIC. 2L01FBIO. OH. OKFBIOC00. NAM/KISHORE,  SUNDEEP. SEX/M. RAC/U. DOB/    . SOC/
            PUR/C. ATN/SA[          ]

b6 -1
b7C -1

MESSAGE ACCEPTED - FBIO 00028 AT 08:38  02/28/2003
NCIC
029345

NC21        00422 06:38:00 MRI 029345
FBIO        00057 06:38:01 02/28/2003

NL01FBIO72300H
OKFBIOC00
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/KISHORE, SUNDEEP. SEX/M. RAC/U. DOB/          JC
PUR/C.
END

ORIGINAL PLACED IN
FILE. DESTROY WHEN
NO LONGER NEEDED

NCIC. 2L01FBIO. OH. OKFBIOC00. NAM/KISHORE,  SUNDEEP. SEX/M. RAC/U. DOB/    . SOC/
            PUR/C. ATN/SA[          ]

b6 -1
b7C -1

**Kishore-85**

MESSAGE ACCEPTED - FBIO 00029 AT 08:38  02/28/2003

NCIC
229389

NCS1        00423 08:38:26 MRI 229391
FBIO        00058 08:38:26 02/28/2003

NL01FBI072360H
DKFBIOC00
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/KISHORE,SUNDEEP. SEX/M. RAC/U. DOB/         SOC/
PUR/C.
END

Kishore-87

b6 -3,5,6
b7C -3,5,6
b7D -1, 2

1

2

b6 -5,6
b7C -5,6
b7D -1, 2



```
b6  -3
b7C -3
b7D -2
```

3

b7D  −2



Kishore-92

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

b6 -5
b7C -5

Date of transcription    03/15/2003

_____ was located at her residence in Prague,
Oklahoma. _____ who was previously aware of the
identities of the interviewing Agents, voluntarily provided the
following items:

b6 -5,6
b7C -5,6

_____ provided all above collected items
voluntarily.

b6 -5,6
b7C -5,6

Items were transported, repackaged, and submitted to
evidence control in the Oklahoma City Division.

SEARCHED_____    INDEXED_____
SERIALIZED_____  FILED_____

APR 2 9 2003

Investigation on    03/03/2003    at  Prague, Oklahoma

File #  166C-OC-64741-18              b6 -1_____    Date dictated    03/15/2003 OKLAHOMA CITY
        SA                            b7C -1
by      SA

Kishore-93

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

b6 -1, 5
b7C -1, 5

Date of transcription    03/18/2003



b6 -5
b7C -5

Investigation on    03/03/2003    at   Prague, Oklahoma

File #   166C-OC-64741      Date dictated   03/18/2003   at Oklahoma City

by   SA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

b6 -1
b7C -1

Kishore-94

503077.2.163



FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

b6 -5, 6
b7C -5, 6

Date of transcription    03/18/2003

was interviewed at Oklahoma City, Oklahoma, telephone number _____ Also present during the interview was _____ After being advised of the identity of the interviewing Agents and the nature of the interview, _____ provided the following information:

b6 -5,6
b7C -5,6



b6 -5,6
b7C -5,6

Investigation on   03/04/2003   at  Oklahoma City, Oklahoma

File #  166C-OC-64741-20                 b6 -1_____   Date dictated  03/18/2003
        SA _____
by      SA                                b7C -1

APR 2 9 2003
FBI OKLAHOMA CITY

Kishore-95

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

503D77r3.ebs

FD-302 (Rev. 10-6-95)



-1-

## FEDERAL BUREAU OF INVESTIGATION

b6 -5
b7C -5

Date of transcription    03/18/2003

telephone number                    was interview at his place of
employment.  After being advised of the identity of the
interviewing Agents and the nature of the interview,
provided the following information:

b6 -5,6
b7C -5,6

b6 -5
b7C -5

At the conclusion of the interview of                    provided the
interviewing Agents

b6 -5, 6
b7C -5, 6

SEARCHED_____  INDEXED_____
SERIALIZED_____  FILED_____

Investigation on    03/07/2003    at  Oklahoma City, Oklahoma

File #  166C-OC-64741 -21        b6 -1    Date dictated  03/18/2003

APR 2 9 2003
FBI OKLAHOMA CITY

SA
by  SA                                  b7C -1

Kishore-96

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

503 077 r4.1bs

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

b6 -5
b7C -5

Date of transcription    03/18/2003

_____ a white male, date of birth _____
_____ Social Security Account Number _____
Prague, Oklahoma, telephone number _____ was interviewed at
_____ Prague, Oklahoma.
After being advised of the identity of the interviewing Agents and
the nature of the interview, _____ provided the following
information:

b6 -5
b7C -5

b6 -5, 6
b7C -5, 6

Investigation on    03/03/2003    at    Prague, Oklahoma

File #  166C-OC-64741 -22                         Date dictated   03/18/2003
    SA                                    b6 -1
by  SA                                    b7C -1

Kishore-97

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

503077rl,bs

b6 -1
b7C -1

SQ #5

NCIC.2L01FBIO.QH.OKFBIOCQQ.NAM[       ]       SEX/M.RAC/U.DOB/[       ]   SOC.[       ]
[       ]SA[       ]

b6 -1,6
b7C -1,6

MESSAGE ACCEPTED - FBIO 00069 AT 13:39  03/03/2003
NCIC
052994

b6 -6
b7C -6

NC21
FBIO

Kishore-98

166-OC-64741-23

END

b6 -6
b7C -6

NCIC.2L01FBIO.QR.OKFBIOC00.FBI [          ] PUR/C.ATN/IA [          ] SA [          ]

b6 -1,6
b7C -1,6

MESSAGE ACCEPTED - FBIO 00070 AT 13:40  03/03/2003
NCIC
Q53065

Kishore-99

```
NC21       01190 13:40:41 MRI 053079
FBIO       00099 13:40:41 03/03/2003

FL01FBIO0803QR
OKFBIOC00
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI         THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
 FBI           - FBI
END
```

b6 -6
b7C -6

```
NC21       01191 13:40:42 MRI 053081
FBIO       00100 13:40:42 03/03/2003

4L01FBIO0803QR
OKFBIOC00
ATN/IA         SA
```

b6 -1,6
b7C -1,6

Kishore-100

b6 -6
b7C -6



b6 -6
b7C -6

Kishore-101

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/28/2003

During the physical surveillance of SUNDEEP KISHORE and
others on February 26, 2003 the following information was overheard
by this Agent as KISHORE and [          ] were entering the COX CABLE
office on Norhtwest 10th Street, Oklahoma City, Oklahoma:

b6 -6
b7C -6

[          ] asked KISHORE how [          ] would know if [          ]
were dead.   KISHORE told [          ] that either [          ] would be dead
and not coming back or KISHORE would be dead and [          ] would be
coming back.   KISHORE then told [          ] that KISHORE was sure that
he would be coming back.   KISHORE planned to kill [          ] in India
and put [          ] body in the Ghandi's River.   KISHORE told [          ]
that this was a common practice in India.

| | |
|---|---|
| Investigation on | 02/26/2003    at    Oklahoma City, Oklahoma |
| File # | 166C-OC-76741    64741- 24 |
| by | SA [          ] |

b6 -1
b7C -1

Date dictated    2/28/2003

SEARCHED          INDEXED
SERIALIZED        FILED

APR 3 0 2003
FBI OKLAHOMA CITY

Kishore-102

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

SO311363.RG

FD-919 (Rev. 02-21-2001)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                              Date: 05/12/2003

To: Oklahoma City

From: Oklahoma City
      Squad 5                                    b2 -1
      Contact:                                   b6 -1
                                                 b7C -1
Approved By:

Drafted By:

Case ID #: 188B-OC-52946-B  (Pending)-705
           166C-OC-64741  (Pending) -25

Title: VICTIM NOTIFICATION FORM

Synopsis: SUNDEEP KISHORE; SOLICITATION OF MURDER.

Reference: 166C-OC-64741 Serial 1

Details:

    CAgtName :
    PContact :                                   b6 -1,4
    BusName  :                                   b7C -1,4
    BusEIN   :
    BusAcct  :
    VicFirN  :
    VicMidN  :
    VicLastN :
    SSAN     :                                   Up Load
    VicDate  :                                   as FD 919
    VicDOD   :
    VicMinor :
    DOB      :
    Race     :
    Sex      :
    Addr     :
    City     :
    State    :
    Country  :
    Zip      :
    Email    :
    HPhone   :
    VWrkAddr :
    VWrkCity :
    VWrkSt   :

                    b6 -1
                    b7C -1

                                    Kishore-103

I: SfS[   ] / 132thw O5.919

```
To:  Oklahoma City   From:  Oklahoma City
Re:  188B-OC-52946-B, 05/12/2003
```

```
VWrkCtry:
VWrkZip :
WPhone  :
VicPager:
NOKFirN. :
NOKMidN :
NOKLastN:
NOKRel  :
NOKAddr :
NOKCity :
NOKState:
NOKCtry :
NOKZip  :
NOKHPho :
NOKWPho :
NOKPager:
GrdFirN :
GrdMidN :
GrdLastN:
GrdRel  :
GrdAddr :
GrdCity :
GrdState:
GrdCtry :
GrdZip  :
GrdHPho :
GrdWPho :
GrdPager:
PropRet :
TotLoss : 000000000
Lang,   :
Disable :
```

◆◆

2

FD-919 (Rev: 02-21-2001)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                           **Date:** 05/12/2003

**To:** Oklahoma City

**From:** Oklahoma City
      Squad 5
      **Contact:**

b2 -1
b6 -1
b7C -1

**Approved By:**

**Drafted By:**

b6 -1
b7C -1

**Case ID #:** 188B-OC-52946-B  (Pending) -70%
      166C-OC-64741  (Pending) 2b

**Title:** VICTIM NOTIFICATION FORM

**Synopsis:** SUNDEEP KISHORE; SOLICITATION OF MURDER.

**Reference:** 166C-OC-64741 Serial 1

**Details:**

```
CAgtName:
PContact:
BusName :
BusEIN  :
BusAcct :
VicFirN :
VicMidN :
VicLastN:
SSAN    :
VicDate :
VicDOD  :
VicMinor:
DOB     :
Race    :
Sex     :
Addr    :
City    :
State   :
Country :
Zip     :
Email   :
HPhone  :
VWrkAddr:
VWrkCity:
VWrkSt  :
```

Up Load
as FD-919

b6 -1,4
b7C -1,4

b6 -1
b7C -1

Kishore-105

```
To:  Oklahoma City  From:  Oklahoma City
Re:  188B-OC-52946-B, 05/12/2003


VWrkCtry:
VWrkZip :
WPhone  :
VicPager:
NOKFirN :
NOKMidN :
NOKLastN:
NOKRel  :
NOKAddr :
NOKCity :
NOKState:
NOKCtry :
NOKZip  :
NOKHPho :
NOKWPho :
NOKPager:
GrdFirN :
GrdMidN :
GrdLastN:
GrdRel  :
GrdAddr :
GrdCity :
GrdState:
GrdCtry :
GrdZip  :
GrdHPho :
GrdWPho :
GrdPager:
PropRet :
TotLoss : 000000000
Lang.   :
Disable :
```

b6 -4
b7C -4

◆◆

2

(Rev. 01-31-2003)

## FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                              **Date:** 05/19/2003

**To:** Oklahoma City

**From:** Oklahoma City
         Squad 5
         **Contact:** SA [                    ]                    b2 -1
                                                                   b6 -1
**Approved By:** [                    ]                            b7C -1

**Drafted By:** [                    ] rbs

**Case ID #:** 166E-OC-64741   (Pending)

**Title:** SUNDEEP KISHORE;
           [                  ], VICTIM;        b6 -4
           Murder for Hire                      b7C -4

**Synopsis:** To update case.

b6 -1,5    **Details:** On two separate occasions, Writer and SA [        ]
b7C -1,5   met with Oklahoma County Assistant District Attorney (ADA) Ken M.
b7D -1     Stoner. ADA Stoner was provided copies of all relevant FD-302
           interviews to include interviews of SUNDEEP KISHORE, [        ]
           [        ] and [                    ].

                On May 16, 2003, Writer telephonically contacted
           ADA Stoner who reported, state charges of Solicitation of Murder
           were filed on March 7, 2003 in Oklahoma County and state drug
           possession charges were filed in Lincoln County on March 10,
           2003. ADA Stoner conveyed KISHORE is still incarcerated in the
           Oklahoma County Jail. ADA Stoner added KISHORE's defense
           attorney has not requested a bail hearing.

                ADA Stoner stated Oklahoma City Police Department [    ]
b6 -6      [                    ] ADA Stoner anticipates he will [        ]
b7C -6     [                          ] Additionally, ADA Stoner stated he is not
b7D -3     inclined to allow KISHORE to plea to the any of the charges.

                Writer will continue to follow the state prosecution of
           KISHORE by ADA Stoner.

◆◆

5031397.rbs





**U.S. Department of Justice**
Federal Bureau of Investigation
FBI - Oklahoma City
3301 West Memorial Drive
Oklahoma City, OK 73134
Phone: (405) 290-7770

b6 -1,6
b7C -1,6

May 27, 2003



1-Addressee
1-166C-OC-64741  28
1-188B-OC-52946-C
KLW: klw

Sincerely Yours,

JOHN E. LEWIS
Special Agent in Charge

b6 -1
b7C -1

By:
Supervisory Special Agent

I. 85      47kw02. let

Kishore-108



U.S. Department of Justice
Federal Bureau of Investigation
FBI - Oklahoma City
3301 West Memorial Drive
Oklahoma City, OK 73134
Phone: (405) 290-7770

b6 -1,6
b7C -1,6

May 27, 2003



1-Addressee
(1) 66C-OC-64741 - 29
1-188B-OC-52946-C- 121
KLW: klw
3

Sincerely Yours,

JOHN E. LEWIS
Special Agent in Charge

By: _____
Supervisory Special Agent

b6 -1
b7C -1

I: SP5 _____ 147klw01. ket

Kishore-109

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                              **Date:** 06/17/2003

**To:** Oklahoma City

**From:** Oklahoma City
        Squad 5
        **Contact:** SA

                                             b2 -1

**Approved By:**                                   b6 -1

                                             b7C -1

**Drafted By:**                            rbs

**Case ID #:** 166E-OC-64741    (Pending)

**Title:** SUNDEEP KISHORE;
                            b6 -4
                     - VICTIM; b7C -4
        MURDER FOR HIRE

**Synopsis:** To request case be placed in pending inactive status.

**Details:** On June 17, 2003, Writer contacted Oklahoma County
Assistant District Attorney (ADA) Ken M. Stoner regarding the
status of the state prosecution of Sundeep Kishore. ADA Stoner

b6 -6
b7C -6
b7D -3                              ADA Stoner stated the

ADA Stoner is not positive who, if anyone,

     ADA Stoner believes he is in possession of all relevant
documents germane to his prosecution of Kishore on state charges
of Solicitation of Murder. In view of the aforementioned, it is
requested captioned case be placed in pending inactive status.

503168r4.rbs

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 01/26/2004

**To:** Oklahoma City

**From:** Oklahoma City
       Squad 5
       **Contact:** SA

**Approved By:**

**Drafted By:**

                                              b2 -1
                                            b6 -1
**Case ID #:** 166E-OC-64741    (Pending)    b7C -1

**Title:** SUNDEEP KISHORE;                    b6 -4
                  - VICTIM;        b7C -4
       Murder for Hire

**Synopsis:** Administrative Agent for Title III on 31C-OC-64610.

**Details:** For the period November 17, 2003 to January 23, 2004,
writer facilitated in the function of Administrative Agent for
the Title III, WDOK 121, on case 31C-OC-64610. For some time
prior to the initiation of the Title III, writer participated in
and was part of pre-title III preparations.

       The Title III concluded on January 22, 2004. Writer
continues to perform Administrative Agent duties and will
continue in that capacity until all the Administrative Agent
functions are concluded.

♦♦

Kishore-111

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                    **Date:** 09/29/2004

**To:** Oklahoma City                          **Attn:** ECT

**From:** Oklahoma City
          Squad 5/HIDTA
          **Contact:** SA

**Approved By:**

**Drafted By:**                                          reg          b2 -1
                                                                      b6 -1
**Case ID #:** 166C-OC-64741   (pending) -32                          b7C -1

**Title:** SUNDEEP KISHORE;                    b6 -4
           [          ]- Victim           b7C -4

**Synopsis:**  To report an evidence matter which was initially overlooked.

**Details:**  On 9/29/2004 the following items were separated and placed into valuable evidence from the indicated bulky evidence collection for the captioned case:                b6 -6
                                                                      b7C -6

          1B1  Check 904, Sundeep [          ]Kishore

          It was determined that the check had a monetary value.

◆◆

50427365.RG

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

b6 -5
b7C -5
b7D -1

Date of transcription    02/27/2003

On                        PROTECT
IDENTITY)                Social Security
Account Number
   Oklahoma, cellular telephone number       was
interviewed at the Oklahoma City Division office of the Federal
Bureau of Investigation. After being advised of the identities of
the interviewing agents and the purpose of the interview,
provided the following information:



b6 -5
b7C -5
b7D -1

b6 -5,6
b7C -5,6
b7D -1

b6 -5,6
b7C -5,6
b7D -1

403059 p2. 1

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

Investigation on    02/25/2003    at   Oklahoma City, Oklahoma

MAR 0 3 2003

File #   166C-OC-64741 -33       Date dictated   02/27/2003

FBI OKLAHOMA CITY

by   SA
     SA                 b6 -1
                       b7C -1

Kishore-113

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

b6 -5
b7C -5
b7D -1

66C-OC-64741

Continuation of FD-302 of [          ] (PROTECT ID) , On 02/25/2003 , Page 2



b6 -5,6
b7C -5,6
b7D -1

b6 -5,6
b7C -5,6
b7D -1

b6 -5,6
b7C -5,6
b7D -1

b6 -5,6
b7C -5,6
b7D -1

Kishore-114

FD-302a (Rev. 10-6-95)

66C-OC-64741

b6 -5
b7C -5
b7D -1

Continuation of FD-302 of [                    ] (PROTECT ID) , On 02/25/2003 , Page 3

b6 -5
b7C -5
b7D -1

b6 -5,6
b7C -5,6
b7D -1

b6 -5
b7C -5
b7D -1

The following is a description of SUNDEEP KISHORE:

    Indian male
    Height: 5'5"
    Weight: 135 pounds
    Complexion: dark
    Hair: Balding
    Facial Hair: None
    Misc.: Speaks English with a heavy Indian accent.

b6 -6
b7C -6

Kishore-115



FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    12/08/2004

On December 2, 2004, SA[                    ] met with
OKLAHOMA COUNTY ASSISTANT DISTRICT ATTORNEY KEN STONER regarding
b6 -1 the upcoming state Solicitation of Murder trial against SUNDEEP
b7C -1 KISHORE.   SA[            ] and ADA STONER reviewed all of the evidence
collected during the course of the investigation.   At the
conclusion of the meeting, SA[            ] released to ADA STONER the
following evidentiary items:

    1B 2 - Airline Tickets NY to Austria
    1B 3 - Several miscellaneous documents from KISHORE, to
           include a check in the name of SUNDEEP
b6 5,6        KISHORE
b7C 5,6   1B 5 - One MasterCard - Account
    1B 6  [                    ]
    1B 7  [                    ]

ADA STONER wished to further review aforementioned items
with KISHORE's defense attorney in an attempt to negotiate a plea
agreement with KISHORE.

SEARCHED_____ INDEXED _____
SERIALIZED_____ FILED _____
**DEC 1 4 2004**
FBI   OKLAHOMA CITY

Investigation on   12/02/2004   at   Oklahoma City, Oklahoma

File #  166E-OC-64741-34              b6 -1_____   Date dictated  12/08/2004
                                      b7C -1

by   SA[                    ]

Kishore-116

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

505 B93 ql.r65

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    12/08/2004

b6 -1      On December 7, 2004 SA[                    ] released the
b7C -1   following evidentiary items to OKLAHOMA COUNTY ASSISTANT DISTRICT
ATTORNEY KEN STONER for examination in the pending state trial of
SUNDEEP KISHORE for solicitation of Murder:

    1B 4 - One Sony CPU - S/N E01865854
           One Gateway CPU - S/N 021086430

| SEARCHED | INDEXED |
|---|---|
| SERIALIZED | FILED |

DEC 14 2004

FBI — OKLAHOMA CITY

Investigation on    12/07/2004    at Oklahoma City, Oklahoma

File #  166B-OC-64741 -3G           b6 -1         Date dictated 12/08/2004

by   SA [                    ]         b7C -1

Kishore-117

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

50534352.103

166E-OC-64741-36

JAN 2 6 2005

FBI — OKLAHOMA

Kishore-118



**U.S. Department of Justice**

**Federal Bureau of Investigation**

In Reply, Please Refer to
File No.

P.O. Box 568801
Oklahoma City, OK  73156
January 21, 2005

VIA FACSIMILE 235-1567

Wes Lane, Esq.
Oklahoma County District Attorney
320 Robert S. Kerr, Suite 505
Oklahoma City, OK  73102

Attention:  ADA Ken M. Stoner

RE:  State v. Sundeep Kishore
No. CF-2004-5785

Dear Mr. Lane:

       We are in receipt of your letter dated January 21, 2005
b6 -1  outlining the scope of testimony sought from Special Agents [redacted]
b7C -1  [redacted] and/or [redacted] at the preliminary hearing in the above-
referenced case on January 24, 2005.

       We have conducted an administrative review of your request
b6 -1  and have authorized SAs [redacted] and/or [redacted] to testify to matters
b7C -1  as outlined in paragraph 1 of your letter.

Sincerely yours,

Salvador Hernandez
Special Agent in Charge

b6 -1    By: [redacted]
b7C -1
Chief Division Counsel

cc:  AUSA Lee Schmidt

   1 - Addressee
   1 - Oklahoma City (197A-OC-C64957)
b6 -1  (2) - SA [redacted]  SA [redacted]
b7C -1  1 - AUSA Lee Schmidt
   (5)
JPM:bbm

Kishore-119

01/21/2005 16:16 FAX 405 235 1587          OK CO DA                                    @002



**OKLAHOMA COUNTY**
SEVENTH DISTRICT
STATE OF OKLAHOMA

320 ROBERT S. KERR AVE., SUITE 505
OKLAHOMA CITY. OKLAHOMA 73102
(405) 713-1800
FAX (405) 235-1587

## C. WESLEY LANE II
DISTRICT ATTORNEY

**JOHN M. JACOBSEN**
FIRST ASSISTANT DISTRICT ATTORNEY

January 21, 2005

b6 -1
b7C -1
[      ]
Office of Legal Counsel
Federal Bureau of Investigation
P.O. Box 568801
Oklahoma City, Ok. 73156-8801
VIA FAX – 713-4023

b6 -1          RE: STATE OF OKLAHOMA v. SUNDEEP KISHORE, Case # CF-2004-5785
b7C -1               Request for testimony of Special Agent[      ]and/or[      ]

Dear[      ]

    Pursuant to federal regulations, this office requests the oral testimony of SA[      ]
[      ]and/or SA[      ]on behalf of the State of Oklahoma. This case involves the
criminal charge of Embezzlement and is related to case CF-03-1331, Conspiracy to Commit

b6 -1    Murder. Agents[      ]and[      ]testimony is relevant to this case on issues of the
b7C -1   defendant possessing a USAA credit card that was taken from his person when he was arrested by
[      ]and[      ]

    The testimony is requested for preliminary hearing on January 24th, 2005 at 10:00am, in
Judge Donald Deason's courtroom

    If any additional information is needed, please contact me at 713-1605.

               Sincerely,

               C. WESLEY LANE II
               District Attorney

               Ken M. Stoner
               Assistant District Attorney

Attached questions

Kishore-120

Proposed Area of Questioning –

Name, occupation and training.

Assigned to investigate Conspiracy to Commit Murder, suspect Sundeep Kishore and possible
[redacted] in February of 2003?

b6 –6
b7C –6

Question suspect Kishore about involvement in Conspiracy?

Arrest Kishore?

When Kishore was arrested, did you find a USAA credit card on his person?

Identify and authenticate credit card – to be entered into evidence.

Kishore-121

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                      **Date:** 01/26/2005

**To:** Oklahoma City

**From:** Oklahoma City
        Squad 5
        Contact: SA

b2 -1
b6 -1
b7C -1  **Approved By:**

**Drafted By:**

**Case ID #:** 166E-OC-64741    (Pending Inactive) ‑37

**Title:** SUNDEEP KISHORE;                    b6 -4
                VICTIM;          b7C -4
        MURDER FOR HIRE

**Synopsis:** Testimony in State case CF-2004-5785.

**Details:** On January 24, 2005, Writer testified, pursuant to a
Touhy letter, in the preliminary hearing in the State of Oklahoma
District Attorney's office case against captioned individual.
The preliminary hearing was heard before Oklahoma County District
Judge Donald Deason and concerned eight counts of embezzlement
the state is alleging captioned subject committed.

♦♦

Kishore-122

505026sl.rb3

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                    **Date:** 04/25/2005

**To:** Oklahoma City

**From:** Oklahoma City
        Field Intelligence Group
        **Contact:** SA [                                    ]

b2 -1
b6 -1
b7C -1

**Approved By:** [                        ]

**Drafted By:** [                        ]

**Case ID #:** 166C-OC-64741    (Pending)

**Title:** SUNDEEP KISHORE:
        [                ] - Victim          b6 -4
        Murder for Hire                       b7C -4

**Synopsis:** Late entry of evidence.

**Details:** Oklahoma State Bureau of Investigation (OSBI) Evidence
Control Number CE8970, OSBI Laboratory Number 03-2518 which are
three bags, each containing a green leafy substance, have been
maintained at OSBI since the evidence was initially acquired by
Special Agent [                        ] pursuant to a search warrant     b6 -1
executed at captioned subject's residence on March 1, 2003.              b7C -1
On April 25, 2005, Writer obtained aforementioned evidence from
the OSBI Lab.  The evidence is being entered late as of this
date.

◆◆

6051155l.bc

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    05/04/2005

b6 -1
b7C -1

    On May 4, 2005, SPECIAL AGENT (SA) [            ] and
SA [                    ] unsealed evidentiary item 1B(8) barcode
E01866823, three packages containing a green leafy substance with a
total weight of .085 kilograms.  Contained in the sealed package
was a small ball of white powder.  The white powder was removed,
weighted and placed into a separate sealed envelope.  The white
powder weighed .005 kilograms.  The white powder was placed in
evidence as evidentiary item 1B(8), barcode E03806083.  The three
packages containing a green leafy substance were re-sealed, with a
total weight of .085 kilograms, and placed into evidence as
evidentiary item 1B(8), barcode E03806084.



Investigation on    05.04.2005    at  Oklahoma City

File #  166C-OC-64741    -39                          b6 -1        Date dictated   05.04.2005
    SA
by  SA                              bs                  b7C -1

Kishore-124

This document contains neither recommendations nor conclusions of the FBI.. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

605 12431.r55



(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 05/10/2005

**To:** Oklahoma City

**From:** Oklahoma City
       Squad 5
       **Contact:** VS [                    ]    b2 -1
                                         b6 -1

**Approved By:** [                    ]    b7C -1

**Drafted By:** [                ]

**Case ID #:** 188B-OC-52946-D    (Pending) -137
          166C-OC-64741    (Pending) 40

**Title:** Victim Assistance Program

**Synopsis:** To document telephone contact with [          ]

**Details:** [                              ]

b6 -1, 5
b7C -1, 5
b7D -1

b6 -1, 5
b7C -1, 5
b7D -1

b6 -1, 5
b7C -1, 5
b7D -1

b6 -1, 5
b7C -1, 5
b7D -1

                    b6 -1
                    b7C -1

Kishore-125

[                ]    64741.WPd

To:  Oklahoma City   From:  Oklahoma City
Re:  188B-OC-52946-D, 05/10/2005

b6  -1, 5
b7C -1, 5
b7D -1

2

FD-350 (Rev. 5-8-81)

(Indicate page, name of       PAGES 1A & 2A
newspaper, city and state.)
THE OKLAHOMAN
OKLAHOMA CITY, OKLAHOMA
Date:    05/05/05
Edition:

b6 -4
b7C -4

Title:  SUNDEEP KISHORE;
                          - VICTIM;

Character:  ITAR – MURDER FOR HIRE
or
Classification:  166C-OC-64741
Submitting Office:
            OKLAHOMA CITY

Indexing:

(Mount Clipping in Space Below)

# Sex, drugs and murder plot:
## 'It was a trial with everything'

**By Ty McMahan,** *Staff Writer*

The conviction of a strip club owner who planned to kill his business partner was the result of an unusual trial that contained elements of sex, drugs and a murder plot, an Oklahoma County prosecutor said Wednesday.

"It was a trial with everything," Assistant District Attorney Ken Stoner said.

Jurors convicted Sundeep Kishore, 43, Tuesday of conspiracy to commit murder and embezzlement.

Kishore was arrested March 1, 2003, after authorities received a tip from an informant that Kishore was going to use strychnine to poison his partner, Jeff Watson, while on a trip to India. Kishore and Watson owned Tattletails, 3304 SW 29, in Oklahoma City.

According to Stoner:

■ Watson considered Kishore to be a trusted friend. Prosecutors submitted greeting cards into evidence where Watson conveyed his affection for Kishore. In a card given to Kishore two months before the murder plot was to be carried out, Watson wrote, "You're the best friend I could ever ask for ... love ya buddy."

"(Watson) completely trusted him and he was so betrayed by Mr. Kishore," Stoner said. "That's the real sad part."

■ After Watson inherited more than $100,000, he let Kishore handle the money. Kishore spent all but $17,000 in a four-month period, with much of it spent on his personal expenses such as credit card bills and car repairs, Stoner said.

■ Kishore also was engaged in an inappropriate relation-

See **TRIAL,** Page 2A

2-OKLAHOMA CITY  41
166C-OC-64741
(1-80-OC-A60246 SUB A)
NP/RBS/BK
(2)

Kishore-127

FBI/DOJ

PAGE 2

THE OKLAHOMAN
OKLAHOMA CITY, OKLAHOMA

05/05/05

OKLAHOMA CITY

# Trial

Continued from Page 1A

ship with Watson's then 15-year-old daughter and used some of the money to fund their cocaine habit.

■ At the trial, prosecutors played recorded conversations between the informant and Kishore. Kishore said on the recordings he planned to travel with Watson to India, poison him and dump his cremated remains in the Ganges River.

The informant was asked by Kishore to mail the poison overseas. Instead, the informant went to the FBI.

Stoner said the most powerful evidence for the prosecution was having the defendant's voice on tape.

■ FBI agents recovered airline tick-

ets and the poison when they arrested Kishore at his home in Prague.

■ Investigators first thought Kishore's motive was based on club ownership, but they later learned Kishore took out a life insurance policy in Watson's name a shortly before the planned trip. Kishore arranged to be the $100,000 policy's beneficiary.

Kishore was charged with eight counts of embezzlement, and the jury convicted him on seven counts. He received a 20-year prison sentence for embezzlement and a 10-year sentence for conspiracy to commit murder. The sentences will run consecutively.

"This guy is a classic con," Stoner said. "He's really good at manipulating people, and he thought he could convince this jury he was innocent."

Kishore is an Austrian citizen. Stoner said the Austrian Embassy has contacted the district attorney's office about plans to deport Kishore after he has served his prison term.

Kishore-128

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    05/16/2005

b6 -1,6    On May 11, 2005 SA [_____] returned [_____]
b7C -1,6   [_____] to [_____]

Investigation on    05/11/2005    at    Oklahoma City, Oklahoma

File #  166C-OC-64741-42                      b6 -1          Date dictated    05/16/2005

by    SA [_____]                 b7C -1

Kishore-129

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.



(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE

**Date:** 05/09/2005

**To:** Oklahoma City

**From:** Oklahoma City
    Field Intelligence Group
      Contact: SA

**Approved By:**

**Drafted By:**

b2 −1
b6 −1
b7C −1

**Case ID #:** 166C-OC-64741    (Pending)

**Title:** SUNDEEP KISHORE;
    Murder for Hire

b6 −4
b7C −4

**Synopsis:** To report conviction of Sundeep Kishore.

**Details:** On May 3, 2005, a Oklahoma County jury convicted Sundeep Kishore on one count of the State charge of Conspiracy to Commit a Felony, to wit Murder and eight counts of the State's charges of Embezzlement. The jury recommended a total sentence in State prison of 30 years; five years on the conspiracy charge and 20 on the embezzlement charges. Formal sentencing is scheduled for June 30, 2005 in Oklahoma County District Judge Tammy Bass-Jones' court.

♦♦

Kishore-130

6p5129sl.rbo

FD-515 (Rev. 7-16-02)

**Accomplishment Report**
(Accomplishment must be reported and loaded into ISRAA within 30 days from date of accomplishment)

Date Prepared **5/9/05**
Date Loaded _____
Data Loader's Initials _____

Squad Supervisor approval (please initial)

**Accomplishment involves:**
(check all that apply)

| | |
|---|---|
| Drugs | ☐ |
| A Fugitive | ☐ |
| Bankruptcy Fraud | ☐ |
| Computer Fraud/Abuse | ☐ |
| Corruption of Public Officials | ☐ |
| Money Laundering | ☐ |
| Sub Invest Asst by FO (s) | ☐ |

Asst. FO(s) _____
A, B, C, D

File Number **266C 00-6174**

Sub Agent Soc. Soc. No.

RA    Squad    b6 -1    b7C -1

**Task Force**

Assisting Agents Soc. Sec. No. ×
1.
2.

Assisting Agencies × •
1. O · CPD
2. Mo · OSBI

**Investigative Assistance or Technique Used**

1-Used, but did not help        3 - Helped, substantially
2 - Helped, minimally        4 - Absolutely essential
For Sub. Invest Assist. by other FO (s) indicate A,B,C,D for corresponding FO

| Rate | FO | IAT | Rate | FO | IAT | Rate | FO | IAT | Rate | FO | IAT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fin. Analyst | | | Lab. Dix. Exam | | | UCO - Group I | | | Ft. Mon - ITC |
| | | Aircraft Asst. | | | Lab. Field Sup | | | UCO - Group II | | | For. Lang Asst. |
| | | Computer | | | Pen Registers | | | UCO - Nat. Back | | | Non FBI Lab Ex |
| | | Consen Mon. | | | Photo Cover. | | | NCAVC / VI - CAP | | | Vict-Witn Coor |
| | | Elsur / FISC | | | Polygraph | | | Crim/NS Intel Asst | | | IO Wanted Flyer |
| | | Elsur / T. III | | | Search Warrant | | | Crisis Neg. - Fed. | | | SARs |
| | | Eng. Field Spt. | | | Show Money | | | Crisis Neg. - Local | | | CART |
| | | Eng. Tape Ex | | | SOG Asst. | | | ERT Asst. | | | Asset Forf Prog |
| | | Legats Asst. | | | Swat Team | | | Surte - ITC | | | Forf Support Proj |
| | | Evid Purchase | | | Tech. Ag/Equip | | | Sav - ITC | | | |
| | | Int/CW Info | | | Phone Toll Rec | | | Poc - ITC | | | |

**A. Complaint / Information / Indictment**

☐ Federal  ☐ Local  ☐ International
Complaint Date: _____
Check if Civil Rico Complaint ☐
Information Date: _____
Indictment Date: _____

**B. Locate/ Arrest**

☐ Federal  ☐ Local  ☐ International
Subject Priority: ☐ A  ☐ B  ☐ C
Locate Date: _____
Arrest Date: _____
☐ Subject Resisted Arrest
☐ Subject Arrested was Armed

**C. Summons Date:** _____
☐ Federal  ☐ Local

**D. Recovery/Restitution/PELP X**

☐ Federal  ☐ Local  ☐ International
Recovery Date: _____
Code * _____ ✓ Amount $ _____
Code * _____ ✓ Amount $ _____
Restitution Date: _____
☐ Court Ordered  ☐ Pretrial Diversion
Code * _____ ✓ Amount $ _____
PELP Date: _____
Code * _____ ✓ Amount $ _____

**E. Hostage(s) Released Date:** _____
Released by: ☐ Terrorist  ☐ Other
Number of Hostages: _____

**F. Conviction**

☐ Federal  ☑ Local  ☐ International
Conviction Date: **5/3/05**
Subject Description Code: **3A ( )**
For 6F, G, H-Include Agency Code
☑ Felony  or  ☐ Misdemeanor
☐ Plea  or  ☑ Trial
State: **OK** Judicial District **OK (con)**

**G. U.S. Code Violation**

Required for sections A,B,F,and J
(Federal Only)

| Title | Section | # Counts |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**H. Sentence Date:** _____
Sentence Type: _____
In Jail:  Years _____ Months _____
Suspended:  Years _____ Months _____
Probation:  Years _____ Months _____
Fines:  $ _____

**I. Disruption/Dismantlement:** ✓
Disruption Date: _____
Dismantlement Date: _____
Completion of FD-515a Side 2 Mandatory

**J. Civil Rico Matters Date:** _____
Also Complete "Section G"
Other Civil Matters Date: _____
Judgment _____
Judicial Outcome _____ X
Amount $ _____
Suspension: Years _____ Months _____

**K. Administrative Sanction Date:** _____
Subject Description Code _____
Type:  Length:
☐ Suspension  ☐ Permanent
☐ Debarment  or
☐ Injunction  Year _____ Months _____

**L. Asset Seizure Date:** _____
Asset Forfeiture Date: _____
CATS # Mandatory
Circle below one of the three asset forfeiture:
Admin, Civil Judicial, or Criminal
Do not indicate $ value in Section D

**M. Acquittal/Dismissal/Pretrial Diversion**
(circle one) Date: _____

**N. Drug Seizures ✓  Date:** _____
Drug Code * _____
Weight _____ Code * _____
FDIN _____
Do not indicate $ value in Section D

**O. Child Victim Information**
Child located/identified Date: _____
☐ Living  ☐ Deceased

**P. Subject Information - Required for all blocks excluding block D (Recovery/PELP), blocks E, I, L, and N.**

| Name | Race * | Sex | Date of Birth | Social Security No. (if available) |
|---|---|---|---|---|
| Sandeep Kishore | I  M | | | |

For Indictments/Convictions only:
☐ Subject related to an LCN, Asian Organized Crime (AOC), Italian Organized Crime (IOC), Russian/Eastern European, Caribbean, or Nigerian Organized Crime Group - Complete FD-515B, Side 1 Blocks A-E mandatory, F-H as appropriate.
☐ Subject related to an OC/Drug Organization, a VCMO Program National Gang Strategy target group, or a VCMO Program National Priority Initiative target group - Complete FD-515a, Side 1 Blocks A-C only.

x  Additional information may be added by attaching another form or a plain sheet of paper to make the entries.
•  See codes on reverse side.
✓  Requires that an explanation be attached and loaded into ISRAA for recovery over $1m and PELP over $5, disruption, dismantlement, and drug seizures.

Serial No. of FD-515
**44**

Page   1                                                                    05/17/05  10:20:17

05/17/2005                  ************** CONVICTION **************
                                  SENSITIVE / UNCLASSIFIED

Case Number: 166C-OC-64741        Stat Agent Name:               b6 -1   Report Date: 05/17/2005
Serial No.: 44                    Stat Agent SOC.;               b7C -1  Accom Date.: 05/03/2005

   Does Accomplishment Involve     Assisting Joint Agencies    Assisting Agents SOC           Subject Name
   ---------------------------     ------------------------    --------------------           ------------
Drugs . . . . . . . . . . . : N    LOC                                  b6 -1         KISHORE, SUNDEEP
A Fugitive. . . . . . . . . : N    ST                                   b7C -1
Bankruptcy Fraud. . . . . . : N
Computer Fraud/Abuse. . . . : N                                                       RA    Squad   Task Force
Corruption of Public Officials: N                                                     ----  -----   ----------
Money Laundering. . . . . . : N                                                       NO    6

Sub. Invest. Asst by Other FOs:
                                                                    1 = Used, but did not help
                                                                    2 = Helped, Minimally
        Investigative Assistance or Technique Used                  3 = Helped, Substantially
        -------------------------------------------                 4 = Absolutely Essential

   FINAN ANALYST     LAB DIV EXAMS     UCO-GROUP I      FT. NON-NRCSC
   AIRCRAFT ASST     LAB FIELD SUP     UCO-GROUP II     FOR LANG ASST
   COMPUTER ASST     PEN REGISTERS     UCO-OTHER        NON FBI LAB EX
   CONSEN MONITR     PHOTO COVERGE     NCAVC/VI-CAP     VICT-WITN COOR
   ELSUR/FISC        POLYGRAPH         CRIM/NS INTEL    IO WANTED FLYR
   ELSUR/III         SRCH WAR EXEC     CRIS NEG-FED     SARS
   ENG FIELD SUP     SHOW MONEY        CRIS NEG-LOC     CART
   ENG TAPE EXAM     SOG ASST          ERT ASST         ASSET FORF PRO
   LEGATS ASST.      SWAT TEAM         BUTTE-ITC        FORF SUPPORT P
   EVIDNCE PURCH     TECH AG/EQUIP     SAVANNAH-ITC
   INFORMANT/CW      TEL TOLL RECS     POC-NRCSC

Date of Conviction (MM/DD/YYYY) . . . . . . . . . . . : 05/03/2005
Subject Description Code. . . . . . . . . . . . . . . : 3A

Federal, Local, or International (F/L/I) . . . . . . . : L
Felony or Misdemeanor (F/M) . . . . . . . . . . . . . : F

Plea or Trial (P/T) . . . . . . . . . . . . . . . . . : P
Judicial State. . . . . . . . . . . . . . . . . . . . :
Judicial District . . . . . . . . . . . . . . . . . . :

                              U. S. Code Violation(s)
                              =========================
                           Title   Section    Counts       Form FD-515a:
                           -----   -------     ------          Subject's Role =


                           ------------------------------

                              Accomplishment Narrative
                              ------------------------

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                              **Date:**  05/16/2005

**To:** Oklahoma City            **Attn:**  Evidence Control Center

**From:** Oklahoma City
      Field Intelligence Group
      Contact:  SA

**Approved By:**                                    b2 -1
                               b6 -1
**Drafted By:**                                     b7C -1

**Case ID #:** 166C-OC-64741    (Pending Inactive)

**Title:** SUNDEEP KISHORE;                        b6 -4
                       VICTIM;           b7C -4

**Synopsis:**  Evidentiary items admitted as trial exhibits.

**Details:**  On May 3, 2005, captioned subject was found guilty of
one Oklahoma state charge of Conspiracy to Commit a Felony, to
wit, Murder and eight counts of Embezzlement in a jury trial held
in Oklahoma County District Court.

      The following evidentiary items were admitted as trial
exhibits and shall remain in the care, custody and control of the
Court Reporter for the Oklahoma County District Court until the
court deems them no longer necessary:

            1A7  - Subpoenaed documents from Southwest Airlines
            1A10 - The original fax copy of a Life Insurance
                   policy in the name of Jeff Watson
            1A12 - Photographs of Sundeep Kishore
            1A16 - The original FD-395, Advice of Rights
            1A17 - The original hand written confession of Sundeep
                   Kishore

      The 1A16 and 1A17 envelopes, although not trial
exhibits, are "court exhibits" and remain with the court.

b6 -6
b7C -6
b7D -2

@05137sl.rbs

To:  Oklahoma City  From:  Oklahoma City
Re:  166C-OC-64741, 05/16/2005



b6 -6
b7C -6
b7D -2

    All aforementioned items will remain with the Court
Reporter for the Oklahoma County District Court until the appeal
process has been exhausted.  Also, all other evidence collected
in the case will be maintained in the Evidence Control Center
until the appeal process has been completed, in the event the
case should need to be re-tried in District Court.

    The following evidentiary items were released to

b6 -6
b7C -6
◆◆

2



b6 -1,6
b7C -1,6

FIG

b6 -6
b7C -6

b6 -6
b7C -6



SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____
APR 2 7 2005
FBI - OKLAHOMA CITY

Kishore-135

166a-oc-64741-46

Kishore-136

b6  -6
b7C -6



b6 -6
b7C -6



b6 -1,6
b7C -1,6

Kishore-138



b6 -1,6
b7C -1,6

Kishore-139



b6 -6
b7C -6

Kishore-140

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription ___04/25/2005___

      On March 1, 2003, pursuant to a search warrant executed
at 1706 NBU Highway 99 S., Prague, Oklahoma, SPECIAL AGENT (SA)
b6 -1                     seized three bags containing a green leafy
b7C -1 substance. The bags containing the green leafy substance were
subsequently submitted to the OKLAHOMA STATE BUREAU OF
INVESTIGATION (OSBI) Laboratory for testing and analysis. The OSBI
Laboratory annotated the three bags as OSBI Evidence Control Number
CE8970, Laboratory Number 03-2518.

      On April 25, 2005, SA             acquired OSBI
Evidence Control Number CD8970. Laboratory Number 03-2518 from the
b6 -1  OSBI Laboratory. On same date, SA      and SA
b7C -1        weighted the aforementioned three bags on the scale located
in the Oklahoma City Division's Evidence Control Center. Two (2)
of the bags weighted 0.020 kilograms each and one (1) bag weighted
0.045 kilograms, for a total weight of 0.085 kilograms. The weight
of each bag was written in orange pen on each bag. The three bags
were then sealed by SA       witnessed by SA      and placed
into evidence as evidentiary item 1B(8), barcode E01866823.

---

Investigation on ___04/25/2005___ at Oklahoma City, Oklahoma

File # __166C-OC-64741__ -47     1A19      Date dictated ___04/25/2005___

by SA                     SA             b6 -1
                                    b7C -1

Kishore-141

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.



(Rev. 01-31-2003)

## FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 07/06/2005

**To:** Oklahoma City

**From:** Oklahoma City
       Field Intelligence Group
       Contact: SA

**Approved By:**                                          b2 -1
                                                          b6 -1
**Drafted By:**                                           b7C -1

**Case ID #:** 166E-OC-64741    (Pending Inactive)

**Title:** SUNDEEP KISHORE;                    b6 -4
               - Victim      b7C -4
       Murder for Hire

**Synopsis:** Sentencing of Sundeep Kishore.

**Details:** On June 30, 2005, Oklahoma County District Judge Tammy
Bass-Jones sentenced Sundeep Kishore to 30 years incarceration in
an Oklahoma State prison. Kishore received 10 years for his
conviction of Conspiracy to Commit as Felony to wit Murder and 20
years on eight embezzlement convictions. Additionally, Kishore
b6 -4   was ordered by the court to pay restitution in the amount of
b7C -4  $100,000.00             Kishore indicated to Judge Bass-
Jones his wish to appeal his convictions, sentence and
restitution.

      A certified copy of the Sentencing After Jury Trial was
b6 -2   provided to ICE Special Agent             inasmuch as it is
b7C -2  ICE's intention to deport Kishore, at the conclusion of his
incarceration, to Austria.

      Kishore is facing drug charges in Lincoln County,
Oklahoma for the drugs found in his home, pursuant to a search
warrant served at his residence on March 2, 2003.

♦♦

Kishore-142

FD-515 (Rev. 6-22-05)

Squad supervisor approval
(please initial)

**Accomplishment Report**
(Accomplishment must be reported and loaded into ISRAA
within 30 days from date of accomplishment)

Date Prepared 7/6/05
Date Loaded 7/12/05
Data Loader's Initials

**Accomplishment involves:**
(check all that apply)

- Drugs ☐
- A Fugitive ☐
- Bankruptcy Fraud ☐
- Computer Fraud/Abuse ☐
- Corruption of Public Officials ☐
- Money Laundering ☐
- Sub Invest by FO (s) ☐

File Number _____ -FC- _____

Stat Agent Soc. Sec. No.

b6 -1
b7C -1

**Investigative Assistance or Technique Used**
1-Used, but did not help      3 - Helped, substantially
2-Helped, minimally           4 - Absolutely essential
For Sub. Invest. Assist by other FO (s) indicate A,B,C,D for corresponding FO

| Rate | FO | IAT | Rate | FO | IAT | Rate | FO | IAT | Rate | FO | IAT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fin. Analyst | | | Lab. Div. Exam | | | UCO - Group I | | | Fl. Mon. - ITC |
| | | Aircraft Asst. | | | Lab. Field Sup | | | UCO - Group II | | | For. Lang Asst. |
| | | Computer | | | Pen Registers | | | UCO - Nat. Back | | | Non FBI Lab Ex |
| | | Consen Mon. | | | Photo Cover | | | NCAVC / VI - CAP | | | Vict-Witn Coor |
| | | Elsur / FISC | | | Polygraph | | | Crim/INS Intel Asst | | | IO Wanted Flyer |
| | | Elsur / T. III | | | Search Warrant | | | Crisis Neg. - Fed. | | | SARs |
| | | Eng. Field Spt | | | Show Money | | | Crisis Neg. - Local | | | CART |
| | | Eng. Tape Ex | | | SOG Asst. | | | ERT Asst. | | | Asset Forf Prog |
| | | Lagers Asst. | | | Swat Team | | | Butte - ITC | | | Forf Support Prg |
| | | Evid Purchase | | | Tech. Ag/Equip. | | | Sav - ITC | | | TFOS/CTD |
| | | Inf/CW Info | | | Phone Toll Rec | | | Pos - ITC | | | |

Asst. FO(s) _____
A, B, C, D

RA _____   Squad 6

Task Force _____

Assisting Agents Soc. Sec. No. X
1.
Name
2.
Name
3.

Assisting Agencies x +
1.
2.

**A. Complaint / Information / Indictment**
- ☐ Federal ☐ Local ☐ International
- Complaint Date: _____
- Check if Civil Rico Complaint ☐
- Information Date: _____
- Indictment Date: _____

**B. Locate/ Arrest**
- ☐ Federal ☐ Local ☐ International
- Subject Priority: ☐ A ☐ B ☐ C
- Locate Date: _____
- Arrest Date: _____
- ☐ Subject Resisted Arrest
- ☐ Subject Arrested was Armed

**C. Summons Date:** _____
- ☐ Federal ☐ Local

**D. Recovery/Restitution/PELP X**
- ☐ Federal ☒ Local ☐ International
- Recovery Date: _____
- Code * _____ ✓ Amount $ _____
- Restitution Date: 6/30/05
- ☒ Court Ordered ☐ Pretrial Diversion
- Code * FN Amount $ 100,000.00
- PELP Date: _____
- Code * _____ ✓ Amount $ _____

**E. Hostage(s) Released Date:** _____
- Released by: ☐ Terrorist ☐ Other
- Number of Hostages: _____

**F. Conviction**
- ☐ Federal ☐ Local ☐ International
- Conviction Date: _____
- Subject Description Code: _____ *( )*
- For 6F, G, H-include Agency Code
- ☐ Felony   or   ☐ Misdemeanor
- ☐ Plea   or   ☐ Trial
- State: _____ Judicial District: _____

**G. U.S. Code Violation**
Required for sections A,B,F,and J
(Federal Only)

| Title | Section | # Counts |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**H. Sentence Date:** 6/30/05
- Sentence Type: ☐
- In Jail: Years 30 Months _____
- Suspended: Years _____ Months _____
- Probation: Years _____ Months _____
- Fines: $ _____

**I. Disruption/Dismantlement:** ✓
- Disruption Date: _____
- Dismantlement Date: _____
- Completion of FD-515a Side 2 Mandatory

**J. Civil Rico Matters Date:** _____
- Also Complete "Section G"
- Other Civil Matters Date: _____
- Judgment: _____
- Judicial Outcome _____ _____ _____ *x
- Amount $ _____
- Suspension: Years _____ Months _____

**K. Administrative Sanction Date:** _____
- Subject Description Code _____ *
- Type: _____ Length: _____
- ☐ Suspension ☐ Permanent
- ☐ Debarment   or
- ☐ Injunction Year _____ Months _____

**L. Asset Seizure Date:** _____
- Asset Forfeiture Date: _____
- CATS # Mandatory _____
- Circle below one of the three asset forfeiture:
- Admin, Civil Judicial, or Criminal
- Do not indicate $ value in Section D

**M. Acquittal/Dismissal/Pretrial Diversion**
- (circle one) Date: _____

**N. Drug Seizures ✓ Date:** _____
- Drug Code * _____
- Weight _____ Code * _____
- FDIN _____
- Do not indicate $ value in Section D

**O. Child Victim Information**
- Child located/identified Date: _____
- ☐ Living ☐ Deceased

**P. Subject Information - Required for all blocks excluding block D (Recovery/PELP), blocks E, I, L, and N.**

| Name | Race* | Sex | Date of Birth | Social Security No. (if available) |
|---|---|---|---|---|
| Sundeep Kishore | I | M | | |

For Indictments/Convictions only:
- ☐ Subject related to an LCN, Asian Organized Crime (AOC), Italian Organized Crime (IOC), Russian/Eastern European, Caribbean, or Nigerian Organized Crime Group -
  Complete FD-515a, Side-4-Blocks*A-E mandatory, F-H as applicable.
- ☐ Subject related to an OC/Drug Organization, a VCMO Program National Gang Strategy target group, or a VCMO Program National Priority Initiative target group -
  Complete FD-515a, Side 1 Blocks A-C only.

*Sundeep* docket *serial 48*

x   Additional information may be added by attaching another form or a plain sheet of paper for additional entries.
*   See codes on reverse side.
✓   Requires that an explanation be attached and loaded into ISRAA for recovery over $1million, PELP over $5, disruption, dismantlement, and drug seizures.

Serial No. of FD-515
49

Page    1                                                                                    07/12/05  13:17:32

07/12/2005                    *************** SENTENCING ****************
                                    SENSITIVE / UNCLASSIFIED

Case Number: 166C-0C-64741        Stat Agent Name:                        Report Date: 07/12/2005
  Serial No.: 49                  Stat Agent SOC.:                    b6 -1  Accom Date.: 06/30/2005
                                                                     b7C -1

    Does Accomplishment Involve    Assisting Joint Agencies    Assisting Agents SOC         Subject Name
    ---------------------------    ------------------------    --------------------         ------------
Drugs . . . . . . . . . . . : N              |                                      KISHORE, SUNDEEP
A Fugitive. . . . . . . . . : N              |
Bankruptcy Fraud. . . . . . : N              |
Computer Fraud/Abuse. . . . : N              |                                      RA    Squad   Task Force
Corruption of Public Officials: N            |                                      ----  -----   ----------
Money Laundering . . . . . . : N             |                                      HQ    6

Sub. Invest. Asst by Other FOs:                                          1 = Used, but did not help
                                                                         2 = Helped, Minimally
      Investigative Assistance or Technique Used                         3 = Helped, Substantially
      ------------------------------------------                         4 = Absolutely Essential
    FINAN ANALYST    LAB DIV EXAMS    UCO-GROUP I      FT. MON-MRCSC
    AIRCRAFT ASST    LAB FIELD SUP    UCO-GROUP II     FOR LANG ASST
    COMPUTER ASST    PEN REGISTERS    UCO-OTHER        NON FBI LAB EX
    CONSEN MONITR    PHOTO COVERGE    NCAVC/VI-CAP     VICT-WITH COOR
    ELSUR/FISC       POLYGRAPH        CRIM/NS INTEL    IO WANTED FLYR
    ELSUR/III        SRCH WAR EXEC    CRIS NEG-FED     SARS
    ENG FIELD SUP    SHOW MONEY       CRIS NEG-LOC     CART
    ENG TAPE EXAM    SOG ASST         ERT ASST         ASSET FORF PRO
    LEGATS ASST.     SWAT TEAM        BUTTE-ITC        FORF SUPPORT P
    EVIDNCE PURCH    TECH AG/EQUIP    SAVANNAH-ITC
    INFORMANT/CW     TEL TOLL RECS    POC-MRCSC
--------------------------------------------------------------------------------
 Type of Sentence . . . :    JS
 Date of Sentencing . . .:   06/30/2005
 Federal, Local, or International (F/L/I):  L

               Year    Month
               ----    -----
Time in Jail. .:  30
Time Suspended.:
Probation Time.:
Total Fines. . :$
--------------------------------------------------------------------------------

                          Accomplishment Narrative
                          ------------------------




                          SENSITIVE / UNCLASSIFIED


                              Kishore-144

Page    1                                                                      07/12/05  13:20:46

07/12/2005                    *********** RESTITUTION ***************
                                 SENSITIVE / UNCLASSIFIED

Case Number: 166C-OC-64741       Stat Agent Name:              Report Date: 07/12/2005
Serial No.: 49                   Stat Agent SOC.:              Accom Date.: 06/30/2005

Does Accomplishment Involve      Assisting Joint Agencies    Assisting Agents SOC b6 -1    Subject Name
-------------------------        -------------------------   --------------------- b7C -1  ------------
Drugs . . . . . . . . . . . : N              |                                           KISHORE, SUNDEEP
A Fugitive. . . . . . . . . : N              |
Bankruptcy Fraud. . . . . . : N              |
Computer Fraud/Abuse. . . . : N              |                     RA     Squad   Task Force
Corruption of Public Officials: N            |                     ....   .....   ---------
Money Laundering. . . . . . : N              |                     HQ     6

Sub. Invest. Asst by Other FOs:                                 1 = Used, but did not help
                                                                2 = Helped, Minimally
        Investigative Assistance or Technique Used             3 = Helped, Substantially
        --------------------------------------------           4 = Absolutely Essential

  FINAN ANALYST      LAB DIV EXAMS       UCO-GROUP I      FT. MON-NRCSC
  AIRCRAFT ASST      LAB FIELD SUP       UCO-GROUP II     FOR LARG ASST
  COMPUTER ASST      PEN REGISTERS       UCO-OTHER        NON FBI LAB EX
  CONSEN MONITR      PHOTO COVERAGE      NCAVC/VI-CAP     VICT-WITN COOR
  ELSUR/FISC         POLYGRAPH           CRIM/NS INTEL    IO WANTED FLYR
  ELSUR/III          SRCH WAR EXEC       CRIS NEG-FED     SARS
  ENG FIELD SUP      SHOW MONEY          CRIS NEG-LOC     CART
  ENG TAPE EXAM      SOG ASST            ERT ASST         ASSET FORF PRO
  LEGATS ASST.       SWAT TEAM           BUTTE-ITC        FORF SUPPORT P
  EVIDENCE PURCH     TECH AG/EQUIP       SAVANNAH-ITC
  INFORMANT/CW       TEL TOLL RECS       POC-NRCSC
---------------------------------------------------------------------------------------------------
Restitution is for Federal, Local, or International (F/L/I)...: F
Restitution Court Ordered or by Pretrial Diversion (C/P)......: C          Restitution Property
                                                                           ====================
                                       CODE      AMOUNT          CODE           AMOUNT
                                       ----      ----------      ----           ----------
                                       01     $   100000                    $

..................................................................................................

                        Accomplishment Narrative
                        ------------------------

                        SENSITIVE / UNCLASSIFIED

                                Kishore-145

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

THE STATE OF OKLAHOMA,
Plaintiff,

JUN 30 2005

PATRICIA PRESLEY, COURT CLERK

by _____
Deputy

vs

_Sundeep Kishore_
Defendant.

CASE NO. CF-03-1337

SSN: _____

**YOU MUST USE A SEPARATE
SENTENCING FORM
FOR EACH CASE NUMBER**

DOB: ___/___/___

SENTENCING AFTER JURY TRIAL
SUMMARY OF FACTS

1.  IS THE NAME JUST READ TO YOU YOUR TRUE NAME?  (YES) NO

2.  YOUR AGE IS **45** AND YOUR DATE OF BIRTH IS **12/7/59**  (YES) NO

3.  IS **Michael A. Trevino** YOUR LAWYER?  (YES) NO

4.  ARE YOU TAKING ANY KIND OF MEDICATION? **LIPITOR, PAXIL, NORVASC,**  (YES) NO
    A.   IF YES, WHAT KIND AND WHEN DID YOU TAKE IT? **PROTONICS**
    **Glucadrol, IBUProfen 500 - Today. INSULIN 2xs/day**
    B.   IF YES, DOES THIS MEDICATION AFFECT YOUR JUDGMENT NOW?  YES (NO)

5.  COUNSELOR, DO YOU HAVE ANY REASON TO BELIEVE YOUR CLIENT IS NOT MENTALLY
    COMPETENT TO APPRECIATE AND UNDERSTAND THE NATURE, PURPOSE AND CONSEQUENCES
    OF THIS PROCEEDING AND TO ASSIST YOU AT THIS SENTENCING AND IN PRESENTING
    ANY POST-TRIAL MOTIONS THAT MAY BE APPROPRIATE?  YES (NO)

6.  YOU HAVE BEEN FOUND GUILTY BY A JURY TRIAL ON THE **3rd** DAY OF **May** , 19 **2005**
    OF THE CRIME(S) OF:

CT
(1) **Conspiracy to Commit** 21/O.S. **421**
    **a felony - Murder I**
(2) **Embezzlement** 21/O.S. **1451.1**
(3) **Embezzlement** 21/O.S. **1451.1**

CT
(4) **Not Guilty** 21/O.S. _____
(5) **Embezzlement** 21/O.S. **1451.1**
(6) **Embezzlement** 21/O.S. **1451.1**
(7) **Embezzlement** 21 O.S. **1451.1**
(8) **Embezzlement** 21 O.S. **1451.1**
(9) **Embezzlement** 21 O.S. **1451.1**

7.    PUNISHMENT HAVING BEEN SET AT:

CT 1 _____ *10 years* _____          CT 4 _____ *Not Guilty*
CT 2 _____ *2 years* _____           CT 5 _____ *2 years* _____
CT 3 _____ *2 years* _____           CT 6 _____ *2 years* _____
                                     ct 7   *5 years*
8.    PLEASE PRESENT YOUR MOTION FOR NEW TRIAL.    ct 8   *5 years*
                                                   ct 9   *2 years*
      YOUR MOTION IS HEREBY:   ☐ SUSTAINED   ☐ OVERRULED   ☒ RESERVED

9.    DO YOU WANT A PRE-SENTENCE INVESTIGATION REPORT?                    YES ⟨NO⟩

      IF YES ☐ PRE-SENTENCE REPORT IS ORDERED AND SENTENCING IS CONTINUED UNTIL:

      THE _____ DAY OF _____, 19 _____ AT _____ PM / AM

10.   DO YOU OR YOUR ATTORNEY HAVE ANYTHING MORE TO SAY OR DO YOU KNOW OF ANY     YES / ⟨NO⟩
      REASON WHY YOU SHOULD NOT BE SENTENCED NOW?

## THE COURT ORDERS:

1.    YOU ARE SENTENCED TO CONFINEMENT UNDER THE SUPERVISION OF THE DEPARTMENT OF CORRECTIONS
      FOR A TERM OF YEARS AS FOLLOWS:

CT 1 _____ *10 years* _____          CT 4 _____ *Not Guilty* _____  ct 7- *5 years*
CT 2 _____ *2 years* _____           CT 5 _____ *2 years* _____     ct 8- *5 years*
CT 3 _____ *2 year* _____            CT 6 _____ *2 years* _____     ct 9- *2 years*

2.    THE SENTENCE(S) ARE TO RUN: ☐ CONCURRENTLY - ☒ CONSECUTIVELY - ☐ NOT APPLICABLE

      _____

      YOU ARE TO PAY FINES, COSTS, ASSESSMENTS, FEES, AND RESTITUTION TO THE OKLAHOMA COUNTY COURT CLERK
      INSTANTER AS SET OUT BELOW AND INCORPORATED AS A PART OF THIS COURT ORDER (CHECK THE APPROPRIATE
      BOX):

☐     ACTUAL COURT COSTS AS DETERMINED BY THE OKLAHOMA COUNTY COURT CLERK.

☐     FINES TOTALING THE AMOUNT OF:                              $ _____

☒     VICTIM COMPENSATION IN THE AMOUNT OF:                      $ *36.00* _____

☐     A LABORATORY FEE
      FOR THE BENEFIT OF _____               $ _____

☐     COURT APPOINTED ATTORNEY FEE IN THE AMOUNT OF:            $ *175.00* _____

☐     MENTAL HEALTH ASSESSMENT FEE IN THE AMOUNT OF:            $ _____

☐     PRE-SENTENCE INVESTIGATION REPORT TO THE
      DEPARTMENT OF CORRECTIONS IN THE AMOUNT OF:               $ _____

☐     PAY RESTITUTION PER THE ATTACHED ADDENDUM AND INCORPORATED IN THIS ORDER.

3.    YOU SHALL SUBMIT TO A WITHDRAWAL OF BLOOD FOR DNA ANALYSIS (*TITLE 22 O.S. § 991A*).

                                                               ☐ NOT APPLICABLE

4.    APPEAL BOND IS SET AT $ _____ ~~⟨ ⟩~~                OR  ☒ DENIED
                                           Kishore-147

TO APPEAL TO THE COURT OF CRIMINAL APPEALS FROM THIS JUDGMENT AND SENTENCE. NOTICE OF YOUR INTENTION TO APPEAL AND YOUR DESIGNATION OF RECORD. BOTH MUST BE IN WRITING AND FILED WITH THE COURT CLERK WITHIN TEN (10) DAYS FROM TODAY.

A.  DO YOU WISH TO APPEAL FROM THIS JUDGMENT AND SENTENCE?    YES  NO

B.  IF THE DEFENDANT DOES NOT WANT TO APPEAL, COUNSEL MUST FILL OUT THE OKLAHOMA COURT OF CRIMINAL APPEALS FORM NUMBER 13.5 "CERTIFICATION OF APPEAL RIGHTS" ATTACHED BELOW AND BOTH COUNSEL AND THE DEFENDANT MUST SIGN THE CERTIFICATION.

6.  TO HAVE AN APPOINTED ATTORNEY AND A TRANSCRIPT PROVIDED AT PUBLIC EXPENSE, YOU MUST PROVE YOU HAVE THAT RIGHT. DO YOU WANT AN ATTORNEY TO BE APPOINTED TO APPEAL THIS CASE TO THE COURT OF CRIMINAL APPEALS AND HAVE A TRANSCRIPT AT PUBLIC EXPENSE?    YES  NO

7.  HAVING HEARD THE EVIDENCE, YOUR REQUEST FOR AN APPOINTED ATTORNEY AND TRANSCRIPT AT PUBLIC EXPENSE IS:  ☒ GRANTED    ☐ DENIED

8.  DO YOU WANT TO REMAIN IN THE OKLAHOMA COUNTY JAIL TEN (10) DAYS BEFORE BEING TAKEN TO THE PLACE OF CONFINEMENT?    YES  NO

9.  HAVE YOU FULLY UNDERSTOOD THE QUESTIONS THAT HAVE BEEN ASKED?    YES  NO

10.  WERE YOUR ANSWERS FREELY AND VOLUNTARILY GIVEN?    YES  NO

MY ATTORNEY AND I HAVE READ THIS SUMMARY OF FACTS. IT IS A TRUE STATEMENT OF THE QUESTIONS ASKED AND MY ANSWERS TO THEM. I APPROVE THIS SUMMARY OF FACTS AS BEING ACCURATE AND DO NOT DESIRE TO CHANGE IT OR ADD ANYTHING TO IT.

X _____
                                    DEFENDANT

Michael A. Trevino
DEFENSE ATTORNEY (PRINTED)          _____
                                    DEFENSE ATTORNEY

Ken M. Stoner
ASSISTANT DISTRICT ATTORNEY (PRINTED)   _____
                                    ASSISTANT DISTRICT ATTORNEY

DONE IN OPEN COURT THIS 30th DAY OF June 2005

                                    Tammy Bass-Jones
                                    TAMMY BASS-JONES
                                    DISTRICT JUDGE

_____
DEPUTY COURT CLERK                  Tina Higgs
                                    COURT REPORTER PRESENT

Kishore-148

FD-302 (Rev. 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    08/16/2005

b6 -1,6    On December 1, 2004 evidentiary item 1B3, a blank check
b7C -1,6    styled in the names SUNDEEP [        ] KISHORE, was signed out by
Special Agent (SA) [                ] and provided to Oklahoma
County Assistant District Attorney KEN STONER, in preparation for
trial.  On May 19, 2005, evidentiary item 1B3 was returned to the
Evidence Control Center.

b6 -1    During the 2005 Oklahoma City Division's inspection, it
b7C -1    was determined the package in which evidentiary item 1B3 is
maintained, had been opened.  On August 16, 2005 SA [        ]
[        ] and SA [        ] resealed the package.

Investigation on    08/16/2005    at  Oklahoma City, Oklahoma

File #  166C-OC-64741 -50

by    SA
      SA [                ]                rbs/t   b6 -1
                                                  b7C -1

Date dictated  8/16/2005

Kishore-149

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

60522 8 sl. rbs





**U.S. Department of Justice**
Federal Bureau of Investigation
FBI - Oklahoma City
3301 West Memorial Drive
Oklahoma City, OK 73134
Phone: (405) 290-3676
Fax: (405) 290-3885

September 1, 2005

b6 -6
b7C -6

b6 -1
b7C -1

Kishore-150

5' sgs [          ] 64741. wpd

OC - 64741 - 51

b2 -1
b6 -6
b7C -6

Sincerely,

Salvador Hernandez
Special Agent in Charge

By:⬚     b6 -1
Victim Specialist    b7C -1

1-Addressee
1-188B-OC-52946-D
1-166C-OC-64741
DMU-dmu
(3)



**U.S. Department of Justice**
Federal Bureau of Investigation
FBI - Oklahoma City
3301 West Memorial Drive
Oklahoma City, OK 73134
Phone: (405) 290-3676
Fax: (405) 290-3885

September 1, 2005

b6 -6
b7C -6



b6 -1
b7C -1

Kishore-152

S. 595

64746.wpd

64741-52

Sincerely,

b2 -1
b6 -6
b7C -6

Salvador Hernandez
Special Agent in Charge

By
Victim Specialist

b6 -1
b7C -1

1-Addressee
1-188B-OC-52946-D
1-166C-OC-64741
DMU-dmu
(3)

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription     09/26/2006

On September 26, 2006, Special Agent[            ]removed
from evidence the 166C-OC-64741 1B1 item to recount for an
b6 -1    inventory audit requested by FBIHQ.  The item contained 226
b7C -1   American Express Travelers Cheques in $100 denominations.  Special
Agent[            ]and Paralegal Specialist[            ]re-packed
and replaced the item into valuables evidence.

Investigation on    09/26/2006    at  Oklahoma City, Oklahoma

File #  166C-OC-6474153                                    Date dictated  09/26/2006
                                    b6 -1
by   SA [            ]                 b7C -1

Kishore-154

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.     406269N1, TAT

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                    **Date:** 02/02/2007

**To:** Oklahoma City

**From:** Oklahoma City
          JTTF
          **Contact:** SA _____

**Approved By:** _____

**Drafted By:** _____

b2 -1
b6 -1
b7C -1

**Case ID #:** 166E-OC-64741    (Pending Inactive) -54

**Title:** SUNDEEP KISHORE;         b6 -4
          _____ - Victim    b7C -4
          Murder for Hire

(X)

**Synopsis:** Dismissal of charges in Lincoln County.

**Details:** On January 29, 2007 SA _____ received a telephone call
from Jeremiah Hagemeier, Assistant District Attorney, Lincoln County    b6 -1
Oklahoma, who stated he had decided to dismiss the Lincoln County    b7C -1
charges of possession of a controlled substance filed against Sundeep
Kishore. A copy of the Motion was sent to SA _____ via facsimile
and will be placed in the 1A section of this file.

        Inasmuch as this was the final pending charges against    b6 -1
Kishore and due to the fact that Kishore has exhausted all appeals in    b7C -1
the original matter, SA _____ will begin the process of disposing
of all of the evidence in the case. As soon as all evidence is
disposed of, captioned case will be closed.

♦♦

memo: 804A·OC· C67018·VCC·941

40703261·bs

Kishore (32)
166E·OC·64741·54

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 06/06/2007

**To:** Oklahoma City            **Attn:** Evidence Control    b6 -1
                                          SAS                  b7C -1
                                          ECT
                                          SA

**From:** Oklahoma City
          Squad 5
          **Contact:** SA

**Approved By:**

**Drafted By:**                                              b2 -1
                                                             b6 -1
**Case ID #:** 315A-OC-A59896    (Pending)                   b7C -1

**Title:** DRUG EVIDENCE CONTROL FILE

**Synopsis:** To report the destruction of drug evidence.

**Enclosure(s):** (1) Copy of time-stamped OSBI Inventory Sheet for drug
evidence turned over to OSBI for destruction on 06/06/2007.

**Details:** On June 6, 2007, drug evidence from the below captioned
cases, Oklahoma City Division, was turned over to the Oklahoma State
b6 -1  Bureau of Investigation (OSBI) for destruction. The evidence was
b7C -1 removed from drug evidence on June 6, 2007, and were weighed in the
presence of SSA                      SAS              ECT
SA                      and SA                  and escorted to
OSBI by this writer and Special Agent

| Case ID | Serial | 1B# | Item # |
|---------|--------|-----|--------|
| 281C-OC-57438 | 196 | 26 | 16,20,26,29,34 |
| 245D-OC-58913 | 612 | 19 | |
| | 613 | 45 | |
| | | 47 | |
| | | 48 | |
| | | 49 | |
| 245C-OC-60166 | 697 | 28 | C3,H2 |
| | | 30 | |
| | | 32 | |
| 245D-OC-61672 | 1093 | 3 | |
| | | 40 | |
| | | 41 | |
| | | 48 | |

To: Oklahoma City● From: Oklahoma City ●
Re: 315A-OC-A59856, 06/06/2007

245D-OC-63164  Verbal                1
                                     2
                                     3
                                     4
                                     5
                                     6
Case ID/Cont.  Serial(s)       1B#        Item #
                                     7
                                     8
                                     16
                                     19
                                     22
273A-OC-63284  61                   7
31C-OC-64610  631                  18
166E-OC-64741  39,54               8
315Q-OC-64838  502                 1
91A-OC-65100  E-mail              12
                                     13
305C-OC-65688  51                  25
266G-OC-65723  39                  1
                                     2
166D-OC-66168  141                 1
198A-OC-66379  306                 5        26
                                     6        27
                                     8        28
                                     9        31
                                     10       29
                                     11       32
209A-OC-66601  12                  29
281D-OC-67041  104                 1
90A-OC-67622  13                   2
145C-OC-67712  9                   2

     The evidence was removed from the designated K-pacs and
the K-pacs were placed in a 1A envelope.  The correlating green
sheets (FD-192) were placed in a 1A envelope.

◆◆

2

Kishore-157

FD-340 (Rev 3-8-01)

Universal Case File Number _____ 166 C - OC - 64741 _____ (141)

Field Office Acquiring Evidence _____ OC _____

Serial # of Originating Document _____ 3 _____

Date Received _____ 2/25/2003 _____

From _____ FBI _____
                     (Name of Contributor)


                     (Address of Contributor)

                     Oklahoma City, Ok
                     (City and State)

By _____ SA _____ [                    ]        b6 -1
                                                    b7C -1

To Be Returned    ☐ Yes    ☑ No
Receipt Given     ☐ Yes    ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                  ☐ Yes    ☑ No
Federal Taxpayer Information (FTI)
                  ☐ Yes    ☑ No

Title


Reference _____
                     (Communication Enclosing Material)

_____                                              b6 -5
Description:  ☑  Original notes re interview of       b7C -5
[                           ] ( REDACTED IDENTITY )   b7D -1

_____

_____

_____

i

b6 -5
b7C -5
b7D -1



Kishore-159

b6 -5,6
b7C -5,6
b7D -1

b6 -5,6
b7C -5,6
b7D -1

b6 -5
b7C -5
b7D -1

b6 -5,6
b7C -5,6
b7D -1

b6 -5, 6
b7C -5, 6
b7D -1

Kishore-160



b6 -5,6
b7C -5,6
b7D -1

b6 -5,6
b7C -5,6
b7D -1

Kishore-161

b6 ~5,6
b7C ~5,6
b7D ~1

b6 ~5,6
~b7C ~5,6
_b7D ~1



Kishore-162

b6 ~5,6
b7C ~5,6
b7D ~1



b6 -5
b7C -5
b7D -1

b6 -5,6
b7C -5,6
b7D -1

b6 -5
b7C -5
b7D -1

Kishore-163

b6 -5,6
b7C -5,6
b7D -1



* Sandeep Kishore:

Indian male (indian)
5'5"
thin ≈ 135 lbs
dark complected
balding
no facial hair.
wears black & yellow down Jacket.
has male breasts.

- Drives a new maxima. Soon will be a
  maroon
  Silver Galant.

b6 -6      - Speaks English w/ deep English.
b7C -6

Kishore-164

FD-340 (Rev. 3-8-01)

(A2)

Universal Case File Number ___166C-OC-64741___

Field Office Acquiring Evidence ___OC___

Serial # of Originating Document ___-1___

Date Received ___3/5  3/3/03___

From _____

(Name of Contributor)

_____

(Address of Contributor)

By ___

b6 -1
b7C -1

To Be Returned   ☐ Yes   ☑ No
Receipt Given   ☐ Yes   ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure

☐ Yes   ☑ No

Federal Taxpayer Information (FTI)

☐ Yes   ☑ No

Title:

Reference: _____

(Communication Enclosing Material)

Description:   ☐ Original notes re interview of

b6 -5
b7C -5
b7D -1

kishore-165

b6 -5,6
b7C -5,6
b7D -1

Kishore-166

b6 -5,6
b7C -5,6
b7D -1



Kishore-167

b6 -5,6
b7C -5,6
b7D -1

Kishore-168

FD-340 (Rev. 3-8-01)

Universal Case File Number _166C-OC-6474_ (1A3)

Field Office Acquiring Evidence _____OC_____

Serial # of Originating Document _____8_____

Date Received _____3/10/2003_____

From _____
(Name of Contributor)

_____
(Address of Contributor)

_____
(City and State)

By _____    b6 -1
                                       b7C -1

To Be Returned    ☐ Yes    ☑ No
Receipt Given     ☐ Yes    ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                  ☐ Yes    ☑ No

Federal Taxpayer Information (FTI)
                  ☐ Yes    ☐ No

Title:

Reference: _____
(Communication Enclosing Material)

Descripti _____

_____    b6 -5
_____    b7C -5
                                    b7D -1

b6 -5,6
b7C -5,6
b7D -1

Kishore-170

b6 -5,6
b7C -5,6
b7D -1

**File - Serial Charge Out**
FD-5 (Rev. 10-13-89)

Date _7/13/06_

File _____
     Class.    Office of Origin    Case No    Last Serial

☐ Pending        ☐ Closed

| Serial No. | Description of Serial | Date Charged |
|---|---|---|
| | | |
| | | |
| | *IA 4 + 6* | |
| | | |
| | b6 -1 | |
| | b7C -1 | |
| | | |
| | | |

**RECHARGE**        Date _____

To _____    From _____

Initials of Clerk {  _____  } Date {  _____

_____              Date charged
**Employee**

_____
**Location**

★U S GPO 1991-0-282-086/25203

Kishore-172

FD-340 (Rev. 3-8-01)

Universal Case File Number _____ 166C-DC-64741____ /A5

Field Office Acquiring Evidence _____ DC _____

Serial # of Originating Document _____ 9 _____

Date Received _____ 3/3/03 _____

From _____    b6 -5
                                  b7C -5
                                (Name of Contributor)

_____
                                (Address of Contributor)

_____
                                (City and State)

By    SA  _____    b6 -1
                                      b7C -1

To Be Returned    ☐ Yes    ☑ No
Receipt Given    ☐ Yes    ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                 ☐ Yes    ☑ No
Federal Taxpayer Information (FTI)
                 ☐ Yes    ☑ No

Title:    SUNDEEP KSHRE

Reference _____
                                (Communication Enclosing Material)

_____

Description:    ☑ Original notes re interview of
_____    b6 -5
                            b7C -5 _____

_____

_____

b6 -5,6
b7C -5,6



Kishore-174

b6  -5,6
b7C -5,6

Kishore-175

b6 -5,6
b7C -5,6

b6 -5
b7C -5



b6 -5,6
b7C -5,6

Kishore-178

FD-340 (Rev. 3-8-01)

Universal Case File Number  166C- OC - 64741   (1A7)

Field Office Acquiring Evidence ___OC___

Serial # of Originating Document _____

Date Received  2/28/03

From

(Contributor)

(Address of Contributor)

(City and State)

b3 FGJ
b6 -5
b7C -5

By  SA

b6 -1
b7C -1

To Be Returned    ☐ Yes    ☑ No
Receipt Given    ☐ Yes    ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure

☒ Yes    ☐ No

Federal Taxpayer Information (FTI)

☐ Yes    ☑ No

Title:

Reference: _____

(Communication Enclosing Material)

b3 FGJ
b6 -6
b7C -6

Description:    ☐ Original notes re interview of

Subpoenard

Kishore-179



b3  FGJ
b6  -5
b7C -5

Kishore-180

b3 FGJ
b6 -1,3,5
b7C -1,3,5

Kishore-181



b3 FGJ
b6 −6
b7C −6

b3 FGJ
b6 −1
b7C −1

b3 FGJ
b6 -1
b7C -1



Kishore-184

b3  FGJ
b6 -1, 5
b7C -1, 5

Kishore-185



b3 FGJ
b6 -1,5
b7C -1,5

b3 FGJ
b6 -6
b7C -6

Kishore-187

b3  FGJ
b6  −6
b7C −6

Kishore-188

b3  FGJ

Kishore-189

FD-340 (Rev. 3-8-01)

Universal Case File Number  166C-OC-64741 (1A3)

Field Office Acquiring Evidence  OC

Serial # of Originating Document  22

Date Received  3/5/03

From [                    ]                    b6 -5
                                             b7C -5
                        (Name of Contributor)

_____
                    (Address of Contributor)

By  SA  [                    ]          b6 -1
                                        b7C -1

To Be Returned    ☐ Yes    ☑ No
Receipt Given     ☐ Yes    ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                  ☐ Yes    ☑ No
Federal Taxpayer Information (FTI)
                  ☐ Yes    ☑ No

Title:

Reference: _____
                (Communication Enclosing Material)

Description:    ☒  Original notes re interview of
                [                    ]          b6 -5
                                                b7C -5
_____

_____

_____

_____

Kishore-190

Kishore-191      b6 -5
                 b7C -5

FD-340 (Rev. 3-8-01)

Universal Case File Number __1606C- OC- 64741 (149)__

Field Office Acquiring Evidence __OC__

Serial # of Originating Document __21__

Date Received __3/7/03__

From _____   b6 -5
                                  b7C -5
                        (Name of Contributor)

_____
              (Address of Contributor)

_____
                  (City and State)

By __SA__ _____   b6 -1
                                       b7C -1
_____

To Be Returned    ☐ Yes    ☑ No
Receipt Given     ☐ Yes    ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                  ☐ Yes    ☑ No

Federal Taxpayer Information (FTI)
                  ☐ Yes    ☑ No

Title:




Reference: _____
               (Communication Enclosing Material)

_____

Description:   ☐ Original notes re interview of
_____   b6 -5
                                             b7C -5
_____

_____

_____

Kishore-192



b6  -5,6
b7C -5,6

Kishor

FD-340 (Rev. 3-8-01)

Universal Case File Number  160C-OC- 6474 (1410)

Field Office Acquiring Evidence  OC

Serial # of Originating Document  21

Date Received  3/18/03

From
 b6 -5
 b7C -5

(Name of Contributor)

(Address of Contributor)

(City and State)

By  SA
 b6 -1
 b7C -1

To Be Returned  ☐ Yes  ☑ No
Receipt Given  ☐ Yes  ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
 ☐ Yes  ☑ No

Federal Taxpayer Information (FTI)
 ☐ Yes  ☑ No

Title:

Reference:

(Communication Enclosing Material)

Description:  ☑  Original notes re interview of
 b6 -5,6
 b7C -5,6



Kishore-195

b6  -5,6
b7C -5,6



Kishore-196

b6 -5,6
b7C -5,6



Kishore-197

b6 -5,6
b7C -5,6

Kishore-198
b6 -5,6
b7C -5,6



Kishore-199

b6 -5,6
b7C. -5,6

Kishore-200

b6 -5,6
b7C -5,6

Kishore-201

b6 -5,6
b7C -5,6

PAGE 46



b6  -5,6
b7C -5,6

Kishore-202



b6 -5,6
b7C -5,6

Kishore-203

**Kishore-204**    b6 -5,6
b7C -5,6

FD-340 (Rev. 3-8-01)

Universal Case File Number __166C- OC- 64741__ (_All_)

Field Office Acquiring Evidence __OC__

Serial # of Originating Document __20__

Date Received __3/4/03__

From

b6 -5
b7C -5

(Name of Contributor)

(Address of Contributor)

By __SA__

b6 -1
b7C -1

To Be Returned    ☐ Yes    ☑ No
Receipt Given    ☐ Yes    ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
            ☐ Yes    ☑ No
Federal Taxpayer Information (FTI)
            ☐ Yes    ☑ No

Title:

Reference:

(Communication Enclosing Material)

Description:    ☑ Original notes or interview of

b6 -5
b7C -5

b6  -5,6
b7C  -5,6

b6 -5
b7C -5

Kishore-207

FD-340 (Rev. 3-8-01)

*1A12*

Universal Case File Number _166P-OC-64747_

Field Office Acquiring Evidence _OC_

Serial # of Originating Document _19_

Date Received _02/25/2003_

From

b6 -5
b7C -5
b7D -1

_OKC, OK_

(Address of Contributor)

By _SA_

b6 -1
b7C -1

To Be Returned    ☐ Yes    ☐ No
Receipt Given    ☐ Yes    ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                ☐ Yes    ☐ No
Federal Taxpayer Information (FTI)
                ☐ Yes    ☐ No

Title: _SUNDEEP KISHORE;_
_Solicitation of Murder_

Reference:

b6 -5
b7C -5
b7D -1

Description:

b6 -5
b7C -5
b7D -1

Kishore-208

b6 -5
b7C -5
b7D -1

Kishore-209

b6 -5
b7C -5
b7D -1



FD-340 (Rev. 3-8-01)

(1A13)

Universal Case File Number _166P-OC-64741_

Field Office Acquiring Evidence _OC_

Serial # of Originating Document _18_

Date Received _03/03/2003_

From _____  b6 -5
                                   b7C -5

_____

(Address of Contributor)

_PRAGUE, OKLAHOMA_

By _SA_____   b6 -1
                                 b7C -1

To Be Returned ☐ Yes    ☐ No
Receipt Given ☐ Yes    ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
              ☐ Yes    ☐ No
Federal Taxpayer Information (FTI)
              ☐ Yes    ☐ No

Title: _SUNJEEP KISHORE;_
_Solicitation of Murder_

Reference: _____  b6 -5
                                         b7C -5

Description: ☐ Original notes of interview of
_FD-597 Form (Receipt)_

_____

_____

_____

FD-597 (Rev 8-11-94)                                                          Page ___/___ of ___/___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # *1660-OC-64741*

On (date) ___*03/03/2003*___

item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

b6 -5
b7C -5

(Name) _____

(Street Address) _____

(City) _____*Prague, Oklahoma*_____

Description of Item(s):

b6 -5,6
b7C -5,6

Received _____     Kishore-212

b6 -1,5
b7C -1,5

FD-340 (Rev. 3-8-01)

*(1A14)*

Universal Case File Number _____ *166C-OO-67741*

Field Office Acquiring Evidence _____ *OO*

Serial # of Originating Document _____ *16*

Date Received _____ *03/03/2003*

From _____

| | b6 -1 |
| | b7C -1 |

_____
(Address of Contributor)

_____
(City and State)

By _____

To Be Returned   ☐ Yes    ☐ No
Receipt Given    ☐ Yes    ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                 ☐ Yes    ☐ No
Federal Taxpayer Information (FTI)
                 ☐ Yes    ☐ No

Title: _*SUNAKO KISHORE ;*_
_*Solicitation of Murder*_

Reference: _*302*_
_____
(Communication Enclosing Material)

Desc _____

| | b6 -5 |
| | b7C -5 |

Kishore-213

b6 -5,6
b7C -5,6

Kishore-214

b6 -5,6
b7C -5,6

Kishore-215



b6 -5,6
b7C -5,6

Kishore-216

FD-340 (Rev. 3-8-01)

Universal Case File Number _166C-OC- ~~741~~ 64-741 (1415)_

Field Office Acquiring Evidence _OC_

Serial # of Originating Document _15_

Date Received _03/01/2003_

From _SA_                                    b6 -1
                                             b7C -1

_FBI_

                                    (Name of Contributor)

                                    (Address of Contributor)

_OCU_

                                    (City and State)

By _____

To Be Returned      ☐ Yes      ☐ No
Receipt Given       ☐ Yes      ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                    ☐ Yes      ☐ No
Federal Taxpayer Information (FTI)
                    ☐ Yes      ☐ No

Title: _SUNDEEP KISHORE;_
        _Solicitation of Murder_

Reference: _302   SUNDEEP KISHORE_
                        (Communication Enclosing Material)

Description: ☒ Original notes re interview of
_SUNDEEP KISHORE_
_White male (Austrian) citizen_
~~SSAN~~ _DOB_
_SSAN_

Kishore-217

1706 NBU Hwy 995                405
                                607
                                2200

3/1/03

Sundeep Kishore - Austrian citizen

Struckny from [redacted] - his Letm hus
cock fighting farm

Padan

SK coowner of club Tattle Tales - [redacted]
                           SK

b6 -6
b7C -6

Ins. policy C&S Casualty - Agent [redacted] LNU

SK showed where the Struckminn was located in
the house.

[redacted] works
for SK

b6 -6
b7C -6

discussion    a year and a half ago
re: the       SK had a conversation w/ [redacted] regarding how
Struckmin    they use Struckminn on cock for cockfighting

SK obtains the Struckminn from [redacted] a
week ago

talked about Kathy [redacted]

obtained the Struckmine and interest once every at

b6 -6      0-14 K munster to JJ  2/3 years ago
b7C -6        so [redacted] created hear a job
                                    Kishore-218
looks at [redacted] as a son

how he met [ ]

[ ] wanted [ ] out of the business

[ ] kept the books in the first year / year half

b6 -6
b7C -6
one Day [ ] no longer an involved in the business

[ ] are still on the business paper

[ ] does not know whats important no what's not important

[ ] but the kids [ ]

[ ] was telling people in the club not to tell SK what was going on in the club

[ ] did not handle the business very ~~well~~ well
were not takin care of things

b6 -6
b7C -6
SK had vocal chord surgery 2/3 weeks ago
St. Anthonys
[ ]

SK was pissed of at [ ]

Kishore-219

SK saw [REDACTED] on the street and asked for the Strychnine

b6 -6
b7C -6

[REDACTED] told SK he could get him some Str 9

ned to work in the club

[REDACTED] LNU told SK that [REDACTED] told him not to tell him what was going on in the club

[REDACTED] told SK all the stuff that [REDACTED] was doing in the club

SK planned on taking a trip sometime before X-mas bought the tickets sometime in Feb    SK bought the tickets

SK stay 2/3 days [REDACTED] SK was in Vegas

July Istanbul 2004 Paris

Amsterdam [REDACTED] at the Paris Hotel

India 2 weeks [REDACTED] and a girl from Austria

b6 -6
b7C -6

wanted [REDACTED] to go w/ him because [REDACTED] she wanted to not go

In India - Himalais mountain Cat mun-do Goa beach Shrilonku

2/2½ weeks ago SK got really worried and [REDACTED]

SK decided to kill him

was thinking about using the Strick 9

crazy thoughts

thoughts about it

SK was going to kill [ Kishore-220 ] at that time

SK was going to use the S9, but did not know

b6 -6
b7C -6

SK intend on using the poison (S9) on [redacted] in the travel to India

7 – why India
its a third world county
what are the chance they are going to investigate it

Instructed someone to send SK the S9

May have used Opium while in India

Insurance policy

On 21, Dec [redacted] had a bad accident
had nothing for the kids
SK is the guardian of [redacted] kids

[redacted] LMU 74 ddmun @ C'S Casolty
122nd / Penn SK has done business to the pass

b6 -6
b7C -6

SK helped [redacted] complete the forms
[redacted] signed the documents
the nurse came to the club (TI) to do the blood work
SK is the sole beneficiary

[redacted] does not follow

The insurance co left [redacted] a message
SK put [redacted] up to answer the phone and so [redacted]
could pay the part of [redacted] to get the question answered
[redacted] played the part of [redacted]

Kishore-221

2 days ago   300.00   200.00

b6 -6
b7C -6

Coke/pot
problems

stole $ from club

Door   bar room

told SK [____] was $ from TT
over the last couple of weeks

was in possession of the business records for TT

b6 -6
b7C -6

$5000   computers
2/3 months ago
was suppose to bring them over
brand new

today [____] was suppose to bring the machines and the
promo.
of the he [____] did not bring the machines today. h
said he would bring them tomorow (3.2.03)

travelers cheques
$15,000, 20,000
8 years ago   lost between 10,000 and 15,000 of travelers
misplaced                                                    cheques

partial adm's — S se transmitter
Im Picket Im secured Im Sk Kathy
so weird
you know

Full adm
to dim my ability ★

Kishore-222

C. J Cobolt,

b6 -6
b7C -6

life insr policy

visorg

USAA NC

2/5

562 2280

FD-340 (Rev. 4-11-03)

File Number _16DD-DD-64741-1A-8_

Field Office Acquiring Evidence _OC_

Serial # of Originating Document _____

Date Received _5.11.05_

From

b6 -5
b7C -5

(Name of Contributor/Interviewee)

_____

(Address)

_____ (City and State)

By

b6 -1
b7C -1

To Be Returned      ☐ Yes          ☐ No
Receipt Given       ☐ Yes          ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                    ☐ Yes          ☐ No
Federal Taxpayer Information (FTI)
                    ☐ Yes          ☐ No

Title:

Reference: _____
                    (Communication Enclosing Material)

_____

Description:    ☐   Original notes re interview of

_FD-AZ For 1B4_
_FD-597_

_____

_____

Kishore-224

FD-597 (Rev 8-11-94)

Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # **166C-OC-64741**

On (date) **May 11, 2005**

item(s) listed below were:
- ☐ Received From
- ☒ Returned To
- ☐ Released To
- ☐ Seized

b6 -5
b7C -5

(Name)

(Street Address)

(City) **Oklahoma City, OK**

Description of Item(s):

Received By:

(Signature)

Received From:

b6 -1, 5
b7C -1, 5

MShone-225

```
03/11/03                                                              ICMIPR01
12:03:46                            FD-192                            Page  1
```

Title and Character of Case:

KISHORE, SUNDEEP            b6 -4, 5
                           b7C -4, 5

Date Property Acquired:    Source from which Property Acquired:
                           SUNDEEP KISHORE
    03/01/2003             1706  NBU HWY 99 S
                           PRAGUE OK

Anticipated Disposition: Acquired By:            Case Agent:
                                                                b6 -1
                                                                b7C -1

Description of Property:                                Date Entered
    1B 4

    CPU - SOONER COMPUTER NO SERIAL #
    CPU - SOONER COMPUTER NO SERIAL #

    Barcode: E01865854    Location: ECC        CART 9    D        03/11/2003

```
        Case Number:   166C-OC-64741
        Owning Office:  OKLAHOMA CITY
```

PACKAGE COPY                    Kishore-226

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                         Date: 03/11/2003

To: Oklahoma City              Attn: Evidence Control

From: Oklahoma City
      Squad 5
      Contact: SA

Approved By:

Drafted By:                              reg                b2 -1
                                                            b6 -1
Case ID #: 166C-OC-64741   (Pending)                        b7C -1

Title: SUNDEEP KISHORE;

Synopsis: Late evidence.

Details: Evidence aquired during the search of 1706 NBU Highway
99 South, Prague, Oklahoma is being entered into evidence late do
to case load.

♦♦

Kishore-227

Chain of Custody FD-192

Case ID . : 166C-OC-64741                    1B (4)    Barcode . :

                                                      b6 -1
Accepted By:                                          b7C -1
   Printed Name:                              Signature

Reason:..Collected........................b6 -1... Date/Time: 3/1/03. 10:00 p.m

Accepted By:                              b6 -1
   Printed Name                           b7C -1
                                  ....... Signature

Reason:...Storage...................b6 -1. Date/Time: 3/11/02........ 10:40a

Accepted By:                              b6 -1
   Printed Name                           b7C -1
                                  .. Signature

Reason:....Storu....................b6 -1. Date/Time: 12/6/04........ 7a

Accepted By:                              b6 -1
   Printed Name                           b7C -1
                                  . Signature

Reason:...review...................b6 -1 Date/Time: 12/6/04.... 4:30pr

Accepted By:                              b6 -1
   Printed Name                           b7C -1
                                    Signature

Reason: released to ADA Ken Stoner         Date/Time: 12/7/04. 5:00pm

Accepted By:                              b6 -1
   Printed Name:                          b7C -1
                                          Signature

Reason: collected from ADA Ken Stoner ....... Date/Time: 05/11/03. 2:00pm

                                          b6 -1, 5
Accepted By:                              b7C -1, 5
   Printed Name:                          Signature:

Reason: returned to                      ....... Date/Time: 05/11/03.... 5:00pm

Accepted By:
   Printed Name:.................................Signature:..................

Reason:................................ Date/Time:..............

Accepted By:
   Printed Name:.................................Signature:..................

Reason:................................ Date/Time:..............

Accepted By:
   Printed Name:.................................Signature:..................

Reason:................................ Date/Time:..............

WEAPONS CHECKED & CLEARED BY FIREARMS INSTRUCTOR

Printed Name:.................... Signature: Kishore-228 ........... Date:.........

FD-340 (Rev. 4-11-03)

File Number _1600-00-64741_

Field Office Acquiring Evidence _00_

Serial # of Originating Document _____

Date Received _4/25/05_

From _OSBI_

|  | (Contributor/Interviewee) |
|---|---|
|  | b6 -3 |
|  | b7C -3 |
|  | (Address) |

By _SA_ _____  b6 -1
b7C -1

To Be Returned ☐ Yes        ☑ No
Receipt Given ☐ Yes        ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                     ☐ Yes        ☑ No
Federal Taxpayer Information (FTI)
                     ☐ Yes        ☑ No

Title:

Reference: _____
                    (Communication Enclosing Material)


Description:    ☐    Original notes re interview of
_"Original" copy of OSBI Evid. Release Form_
_OSBI Evidence envelop_

b6 -1, 3
b7C -1, 3
b7D -3

Kishore-230

b6 -3
b7C -3
b7D -3

Kishore-231



KML  3.4-03   03-25-18

Kishore-232

FD-340 (Rev. 4-11-03)

File Number _1660C- OC- 64741 -1A (20)_

Field Office Acquiring Evidence _OC_

Serial # of Originating Document _cps_

Date Received _5/2/05_

From _ECTs_

_____
(Name of Contributor/Interviewee)

_____
(Address)

_____
(City and State)

By | b6 -1
   | b7C -1

To Be Returned ☐ Yes          ☐ No

Receipt Given ☐ Yes          ☐ No

Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
              ☐ Yes          ☐ No

Federal Taxpayer Information (FTI)
              ☐ Yes          ☐ No

Title:



Reference: _____

_____(Communication Enclosing Material)_____

_____

Description: ☐ Original notes re interview of

_FD-192   1&3 c 1&7_

_____

_____

_____

_____

Kishore-233

```
05/20/05                                                        ICMIPR01
09:17:29                        FD-192                          Page  1
```

Title and Character of Case:

KISHORE, SUNDEEP        b6 -4
                        b7C -4

Date Property Acquired:    Source from which Property Acquired:
                           SUNDEEP KISHORE
    03/01/2003
                           PRAGUE OK

Anticipated Disposition: Acquired By:        Case Agent:      b6 -1
                                                             b7C -1

Description of Property:                           Date Entered
    1B 3

    1) MISC. DOCUMENTS                 b6 -6
    3) DOCUMENTS FOR                   b7C -6
    4) MISC. DOCUMENTS

    Barcode: E01865853    Location: ECC    SS1        03/11/2003

    ONE CHECK WITH THE NAME SUNDEEP        KISHORE  b6 -6
    (NOT LISTED  FD 192)                             b7C -6

    Barcode: E1159954     Location: ECC b6 -1  VV    09/29/2004
                                        b7C -1

    Total Drug Package Weight:        Est Dollar Value:    0.00
    Sealed By:                        Witnessed By:

    1) MISC. DOCUMENTS (MISC PHOTOGRAPHS ONLY) b6 -6
    2) PASSPORT                                b7C -6
    4) MISC. DOCUMENTS(INTERNATION DRIVERS LICENSE IN THE NAME
       OF SUNDEEP KISHORE, A CAR RENTAL COUCHER IN THE NAME OF
    ...SUNDEEP KISHORE, A SHARARA AIRLINE FLIGHT CONFIRMATION
    ...FOR SUNDEEP KISHORE AND A USAA CREDIT CARD STATEMENT FOR
    ...SUNDEEP KISHORE
    5) PASSPORT IN THE NAME OF SUNDDEEP KISHORE

    Barcode: E01866857    Location: ECC    SS1        05/19/2005

    Case Number:  166C-OC-64741
    Owning Office:  OKLAHOMA CITY
```

**PACKAGE COPY**



Kishore-236

Chain of Custody FD-192

Case ID . : 166C-OC-64741                1B3      Barcode . :
------------------------------------------------------------------------
Accepted By:
  Printed Name: *Split from Barcode*........ Signature:......................

  Reason:..Collected. (5.018.05.85)...... Date/Time:..............

------------------------------------------------------------------------
Accepted By:
  Printed Name                                    . Signature:

  Reason:.*Chasd to OCC Cost*.............. Date/Time:.5/2/05..12.04pm...

------------------------------------------------------------------------
Accepted By:
  Printed Name:...................... Signature:......................

  Reason:............................. Date/Time:..............

------------------------------------------------------------------------
Accepted By:
  Printed Name:...................... Signature:......................

  Reason:............................. Date/Time:..............

------------------------------------------------------------------------
Accepted By:
  Printed Name:...................... Signature:......................

  Reason:............................. Date/Time:..............

------------------------------------------------------------------------
Accepted By:
  Printed Name:...................... Signature:......................

  Reason:............................. Date/Time:..............

------------------------------------------------------------------------
Accepted By:
  Printed Name:...................... Signature:......................

  Reason:............................. Date/Time:..............

------------------------------------------------------------------------
Accepted By:
  Printed Name:...................... Signature:......................

  Reason:............................. Date/Time:..............

------------------------------------------------------------------------
Accepted By:
  Printed Name:...................... Signature:......................

  Reason:............................. Date/Time:..............

------------------------------------------------------------------------
Accepted By:
  Printed Name:...................... Signature:......................

  Reason:............................. Date/Time:..............

------------------------------------------------------------------------

WEAPONS CHECKED & CLEARED BY FIREARMS INSTRUCTOR

Printed Name:.................... Signature:Kishore 235............ Date:..........

05/20/05                                                                    ICMIPR01
10:02:24                          FD-192                                    Page  1

Title and Character of Case:

KISHORE  SUNDEEP        b6 -4
                        b7C -4

Date Property Acquired:   Source from which Property Acquired:

   03/03/2003                                      b6 -5
                          PRAGUE OK                b7C -5

Anticipated Disposition: Acquired By:            Case Agent:
                                                              b6 -1
                                                              b7C -1

Description of Property:                           Date Entered
   1B 7

                                                  b6 -5,6
                                                  b7C -5,6

   Barcode: E1159395    Location:                 04/23/2003
                                                  b6 -5
                                                  b7C -5

   Barcode: E01866865   Location: ECC    SS1      05/20/2005

                                                  b6 -5,6
                                                  b7C -5,6

   Barcode: E01866866   Location: ECC    SS1      05/20/2005


   Case Number:   166C-OC-64741
   Owning Office:  OKLAHOMA CITY

**PACKAGE COPY**



Kishore-236 E01866866

Chain of Custody FD-192

Case ID . : 166C-OC-64741                    1B7      Barcode . :

------------------------------------------------------------
Accepted By:
  Printed Name: *Split from Burco mixture*     Signature:.....................

  Reason:..Collected. E. 115.9.395........ Date/Time:............
------------------------------------------------------------
Accepted By:
  Printed Name                               Signature

  Reason: *Retraced for court. Released to AUA Signr*  Date/Time: *12/8/04  3:02pm*
                                             b6  b7C -1
------------------------------------------------------------
Accepted By:
  Printed Name:                           .  Signature

  Reason: *released to DC Court*............. Date/Time: *5/2/05  1:00pm*
------------------------------------------------------------
Accepted By:
  Printed Name:................... Signature:.....................

  Reason:........................... Date/Time:............
------------------------------------------------------------
Accepted By:
  Printed Name:................... Signature:.....................

  Reason:........................... Date/Time:............
------------------------------------------------------------
Accepted By:
  Printed Name:................... Signature:.....................

  Reason:........................... Date/Time:............
------------------------------------------------------------
Accepted By:
  Printed Name:................... Signature:.....................

  Reason:........................... Date/Time:............
------------------------------------------------------------
Accepted By:
  Printed Name:................... Signature:.....................

  Reason:........................... Date/Time:............
------------------------------------------------------------
Accepted By:
  Printed Name:................... Signature:.....................

  Reason:........................... Date/Time:............
------------------------------------------------------------
Accepted By:
  Printed Name:................... Signature:.....................

  Reason:........................... Date/Time:............
------------------------------------------------------------

WEAPONS CHECKED & CLEARED BY FIREARMS INSTRUCTOR

Printed Name:.................... Signature: Kishore 237............ Date:........

05/20/05
09:44:24                           FD-192                           ICMIPR01
                                                                    Page  1

Title and Character of Case:

KISHORE, SUNDEEP b6 -4
                  b7C -4

Date Property Acquired:   Source from which Property Acquired:

    03/03/2003                                  b6 -5
                                                b7C -5
                          PRAGUE OK

Anticipated Disposition: Acquired By:              Case Agent:
                                                              b6 -1
                                                              b7C -1

Description of Property:                           Date Entered
    1B 7


                                                  b6 -5,6
                                                  b7C -5,6



Barcode: E1159395     Location:                   04/23/2003


                                                  b6 -5
                                                  b7C -5

Barcode: E01866865    Location: ECC      SS1      05/20/2005


Case Number:   166C-OC-64741
Owning Office:   OKLAHOMA CITY

**PACKAGE COPY**                    Kishore-238  

Chain of Custody FD-192

Case ID . : 166C-OC-64741                    1B7       Barcode . :
-----------------------------------------------------------------------
Accepted By:
  Printed Name: *Split from Barcode*          Signature:.................

  Reason:..Collected *E 1159.3.95*.......      Date/Time.............
-----------------------------------------------------------------------
Accepted By:                                  b6 -1
  Printed Name                                b7C -1   Signature
                                                       
  Reason:.*released to A.D.A. Stone*.......    Date/Time: *12/2/04  3'00m*
-----------------------------------------------------------------------
Accepted By:                                  b6 -1
  Printed Nam                                 b7C -1   Signature
                                                       
  Reason:.*Collected from A.D.A. Stone*.....   Date/Time.*5/11/05  5'00m*
-----------------------------------------------------------------------
Accepted By:                                  b6 -1, 5
  Printed Name                                b7C -1, 5  Signature
  *release to*
  Reason:.............................        Date/Time.*5/11/05...3'00m*
-----------------------------------------------------------------------
Accepted By:
  Printed Name:.......................        Signature:...............

  Reason:.............................        Date/Time:...............
-----------------------------------------------------------------------
Accepted By:
  Printed Name:.......................        Signature:...............

  Reason:.............................        Date/Time:...............
-----------------------------------------------------------------------
Accepted By:
  Printed Name:.......................        Signature:...............

  Reason:.............................        Date/Time:...............
-----------------------------------------------------------------------
Accepted By:
  Printed Name:.......................        Signature:...............

  Reason:.............................        Date/Time:...............
-----------------------------------------------------------------------
Accepted By:
  Printed Name:.......................        Signature:...............

  Reason:.............................        Date/Time:...............
-----------------------------------------------------------------------

WEAPONS CHECKED & CLEARED BY FIREARMS INSTRUCTOR

Printed Name:...................  Signature:*Kishore 239*............  Date:.........

⑤

*IA 21*

FD-340 (Rev. 4-11-03)

File Number _____ *166 C-0C-64741*

Field Office Acquiring Evidence _____ *0C*

Serial # of Originating Document _____ *45*

Date Received _____ *5/16/05*

From _____ *ECC*

(Name of Contributor/Interviewee)

_____

(Address)

By _____

b6 -1
b7C -1

To Be Returned    ☐ Yes       ☐ No

Receipt Given     ☐ Yes       ☐ No

Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure

☐ Yes       ☐ No

Federal Taxpayer Information (FTI)

☐ Yes       ☐ No          *S95*

Title:

Reference: _____

(Communication Enclosing Material)

_____

Description:  ☐ Original notes re interview of

*FD-192 for 1B 2 + 1B5*

_____

_____

_____

```
04/23/03
17:41:26                        FD-192                      ICMIPR01
                                                            Page  1
```

Title and Character of Case:

KISHORE. SUNDEEP  b6 -4
                  b7C -4

Date Property Acquired:    Source from which Property Acquired:
                           SUNDEEP KISHORE (ARRESTEE)

    03/01/2003

Anticipated Disposition: Acquired By:           Case Agent:
                                                              b6 -1
                                                              b7C -1

Description of Property:                        Date Entered
    1B 5

ONE MASTERCARD ACCT #
EXPIRATION 02/05
OWNER SUNDEEP KISHORE

Barcode: E1159393    Location: ECC      VS1 VU        04/23/2003

Total Drug Package Weight:        Est Dollar Value:      0.00
Sealed By:                        Witnessed By:          b6 -1
                                                          b7C -1



travel exhibit

```
    Case Number:  166C-OC-64741
    Owning Office:  OKLAHOMA CITY
```

**PACKAGE COPY**

Kishore-241

Chain of Custody FD-192

Case ID : 166P-OC-64741

1B.                    Records

Accepted By:
Printed Name                                    Signatu

b6 -1
b7C -1

Reason:..Collected......................................Date/Time: 03/01/2003  8 pm   5

Accepted By:
Printed Name:                                    ..... Signature:

Reason:...Storu........ b6 -1.. Date/Time: 4/23/3   4:40p

Accepted By:
Printed Name                            b7C -1    Signature

Reason:.....Storal............................Date/Time: 6/7/04  10:59am

Accepted By:
Printed Nam                                    nature

Reason:.. review.........................Date/Time: 6/7/04  10:57am

Accepted By:
Printed Name            b6 -1
                        b7C -1              Signature:

Reason: Storu.............. b6 -1.. Date/Time: 9/7/04  3:35p
                            b7C -1

Accepted By:
Printed Name                            ... Signature:

Reason:.....storus...........................Date/Time: 12/1/04  10:34a

Accepted By:
Printed Name                                    Signature

Reason: review........... b6 -1. Date/Time: 12/1/04 10:36am
                          b7C -1

Accepted By:
Printed Nam                                    Signatur

Reason: Relase evidence to ADA Stone...Date/Time: 12/2/04  3:00pm

Accepted By:
Printed Name                                    Signature

Reason: Release to court............Date/Time: 5/2/2005  12:00pm

Accepted By:
Printed Name:                                    Signature

Reason:.......................................Date/Time:

WEAPONS CHECKED & CLEARED BY FIREARMS INSTRUCTOR

Printed Name:.................. Signature:.............. Date:.........

Kishore-242

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                           Date: 04/23/2003

To: Oklahoma City

From: Oklahoma City
      Squad 5
      Contact: SA

Approved By:                                  b2 -1
                                              b6 -1
Drafted By:                                   b7C -1

Case ID #: 166C-OC-64741 14 (Pending)

Title: SUNDEEP KISHORE;
       SOLICITATION OF MURDER

Synopsis: Late entry of evidence.

Details: Evidence acquired pursuant to the captioned
investigation was maintained by the writer in a locked secured
cabinet for easy access to review and evaluate. The evidence is
being entered late this date.

◆◆

trial exhibit

503/1328.

Kishore-243

```
03/11/03                                                              ICMIPR01
11:26:42                          FD-192                              Page  1
```

Title and Character of Case:

KISHORE, SUNDEEP
                    b6 -4
                    b7C -4

Date Property Acquired:   Source from which Property Acquired:
                          SUNDEEP KISHORE
      03/01/2003          1706  NBU HWY 99 S
                          PRAGUE OK

Anticipated Disposition: Acquired By:              Case Agent:
                                                                 b6 -1
                                                                 b7C -1

Description of Property:                           Date Entered
  1B 2

  2 AIRLINE TICKETS NY-AUSTRIA

  Barcode: E01865852    Location: ECC              03/11/2003

Total Drug Package Weight:        Est Dollar Value:        0.00
Sealed By:                        Witnessed By:                b6 -1
                                                              b7C -1

```
       Case Number:   166C-OC-64741
       Owning Office:  OKLAHOMA CITY
```

PACKAGE COPY

(Rev 01-31-2003)

## FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                          Date:  03/11/2003

To:  Oklahoma City              Attn:  Evidence Control

From:  Oklahoma City
       Squad 5
       Contact:  SA

Approved By:

Drafted By:                          eg                    b2 -1
                                                           b6 -1
Case ID #: 166C-OC-64741    (Pending)                      b7C -1

Title:  SUNDEEP KISHORE;

Synopsis:  Late evidence.

Details:  Evidence aquired during the search of 1706 NBU Highway
99 South, Prague, Oklahoma is being entered into evidence late do
to case load.

◆

Kishore-245

Chain of Custody FD-192

Case ID . : 166C-OC-64741          1B.(2) Barcode . :

Accepted By:
  Printed Name :. [              ]          Signature :.

Reason:..Collected.............. b6 -1 .. Date/Time: March 1, 2003  10:00 pm
                                b7C -1

Accepted By:
  Printed Name [          ]                 Signature

Reason:.... Storage............ Date/Time: 3/4/103  10:20am

Accepted By:
  Printed Name [          ]                 Signature

Reason:.... review...... b6 -1 .... Date/Time: 6/4/04    10:59am
                        b7C -1

Accepted By:
  Printed Name [          ]                 Signature

Reason:.... Storage........... Date/Time: 9/9/04   3:35p

Accepted By:
  Printed Name [          ]                 Signature :.

Reason:.... Storage...... b6 -1.. Date/Time: 12/1/04  10:39a
                        b7C -1

Accepted By:
  Printed Name [          ]                 Signature

Reason:.. review......... Date/Time: 2/1/04  10:36am

Accepted By:
  Printed Name [          ] b6 -1    Signature
                        b7C -1
Reason: release evidence to ADA Stone. Date/Time: 2/2/04  3:00pm

Accepted By:
  Printed Name: [          ]                 Signature:

Reason: Release to Court........ Date/Time: 5/2/2005  12:00n

Accepted By:
  Printed Name: ..............          Signature:..............

Reason:..............          Date/Time:

Accepted By:
  Printed Name: ..............          Signature:..............

Reason:..............          Date/Time:

WEAPONS CHECKED & CLEARED BY FIREARMS INSTRUCTOR

Printed Name:..............          Signature: Kishore-246..............          Date:..............

FD-340 (Rev 4-11-03)

File Number ___166C-OC-64741 --- 1A (22)___

Field Office Acquiring Evidence ___OC___

Serial # of Originating Document ___54___

Date Received ___1/30/07___

From ___Jeremiah Hagemeier___
(Name of Contributor/Interviewee)

_____
(Address)

_____
(City and State)

By SA _____     b6 -1
                                     b7C -1

To Be Returned ☐ Yes    ☐ No
Receipt Given ☐ Yes    ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                ☐ Yes    ☐ No
Federal Taxpayer Information (FTI)
                ☐ Yes    ☐ No

Title:

Reference: _____
                (Communication Enclosing Material)

_____

☐ Original notes re interview of

DISMISSAL OF CHARGES:  COPY OF MOTION TO DISMISS
CHARGES OF POSSESSION OF A CONTROLLED
SUBSTANCE FILED AGAINST  SUNDEEP KISHORE
PROVIDED FROM JEREMIAH HAGEMEIER,
ASSISTANT DISTRICT ATTORNEY FOR LINCOLN COUNTY
(REF: SERIAL #54)

Kishore-247

01/30/2007 10:21 FAX 405 258 3136          DA LINCOLN CO                                        ☑001

IN THE DISTRICT COURT OF THE TWENTY-THIRD JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR LINCOLN COUNTY

FILED

2007 JAN 29 AM 11: 19

CINDY KIRBY CT. CLK.
LINCOLN CO., OKLA.

| | |
|---|---|
| THE STATE OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CF-2003-123 |
| SUNDEEP KISHORE, | ) |
| Defendant(s), | ) |

## MOTION TO DISMISS

I, Richard L. Smothermon, the undersigned District Attorney of said County, in the name and by the authority of the State of Oklahoma, moves the Court to dismiss the above entitled cause without prejudice for the following reason, to wit

### INSUFFICIENT EVIDENCE AFTER MOTIONS

WHEREFORE, Richard L. Smothermon, District Attorney, moves the court to dismiss the above entitled cause without prejudice

DATED this 26th day of January, 2007.

RICHARD L. SMOTHERMON,
DISTRICT ATTORNEY

*Jeremiah J. Hagemeier*
Jeremiah J. Hagemeier
Assistant District Attorney

## ORDER

NOW, on this 29th day of January, 2007, this case comes on to be heard before me, the undersigned Judge in and for Lincoln County, State of Oklahoma, and the Court being fully advised in the premises FINDS that said case should be dismissed without prejudice, and the same is HEREBY DISMISSED at the costs to the Defendant ordered waived and said Defendant is discharged and the bondsman is released from any liability herein.

Judge of the District Court

Kishore-248

b3 FGJ
b6 -1, 3, 5
b7C -1, 3, 5

Kishore-249

b3 FGJ
b6 -1, 5
b7C -1, 5

Kishore-250

```
b3  FGJ
b6  -6
b7C -6
```

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                      **Date:** 04/07/2003

**To:** Oklahoma City

**From:** Oklahoma City
       Squad 5
       **Contact:** SA

b2 -1
b6 -1
b7C -1

**Approved By:**

b6 -1
b7C -1

**Drafted By:**

**Case ID #:** 166C-OC-64741-GJ    (Pending)
             66-OC-60245-A -334

**Title:** SUNDEEP KISHORE;
                  - VICTIM
       Murder For Hire

b6 -4
b7C -4

**Synopsis:** Federal Grand Jury return

**Details:** On April 1, 2003, SA    returned          to the
Federal Grand Jury.

to SA     pursuant to Federal Grand Jury subpoena 030232,
issued February 28, 2003.

b3 FGJ
b6 -1,6
b7C -1,6

♦♦



(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                **Date:** 04/07/2003

**To:** Oklahoma City

**From:** Oklahoma City
      Squad 5
      **Contact:** SA _____     b2 -1
                                                          b6 -1
                                                          b7C -1

**Approved By:** _____
                                                b6 -1
**Drafted By:** _____
                                                b7C -1

**Case ID #:** 166C-OC-64741-GJ (Pending)

**Title:** SUNDEEP KISHORE;
         _____ - VICTIM;     b6 -4
      Murder for Hire                 b7C -4

**Synopsis:** To open a Grand Jury sub-file.

**Details:** On February 28, 2003, Federal Grand Jury (FGJ) subpoena
030232 was issued _____  Pursuant to the     b3 FGJ
FGJ subpoena, _____

     It is therefore requested a Grand Jury (GJ) sub-file be
opened for the captioned case.

♦♦





**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

P.O. Box 568801
Oklahoma City, OK   73156
May 3, 2004

Wes Lane, Esq.
Oklahoma County District Attorney
320 Robert S. Kerr, 5th Floor
Oklahoma City, OK   73102

Attention:  ADA Ken Stoner

RE:  State of Oklahoma v. Sundeep Kishore
No. CF-03-1331

Dear Mr. Lane:

b6 -1
b7C -1  Agents ☐ and ☐ commanding them to testify on behalf of the State of Oklahoma in the above-referenced case on June 7, 2004.

SA ☐ previously has been authorized to testify in the preliminary hearing in this case; no further authorization is necessary to secure his testimony at the trial. We will, however,
b6 -1   need a scope and relevancy statement for SA ☐ in order to
b7C -1  comply with the relevant sections of the Code of Federal Regulations (C.F.R.) dealing with the request for testimony of employees of the Department of Justice (28 C.F.R. sections 16.21-16.29). Attached for your use is a sample letter request which can be used by your office in requesting testimony of FBI agents. Once we have received your request we can then seek authorization from the United States Attorney's office to permit the requested testimony.

b2 -1   If you have any questions concerning this matter, please
b6 -1   direct them to me at ☐ or Paralegal Specialist ☐
b7C -1

Sincerely yours,

John E. Lewis
b6 -1   Special Agent in Charge
b7C -1
By: ☐

Chief Division Counsel

Enclosure
1 - Addressee
(1) - Oklahoma City (197A-OC-C64957) - Kishore-254
(2)  JPM:bbm

104/12:01.bbm



**U.S. Department of Justice**

**Federal Bureau of Investigation**

In Reply, Please Refer to
File No.

P.O. Box 568801

Oklahoma City, OK  73156
September 30, 2003

Mr. Wes Lane
Oklahoma County District Attorney
320 Robert S. Kerr
Oklahoma City, OK  73102

Attention:  ADA Ken Stoner

            Re:  <u>State of Oklahoma v. Sundeep Kishore</u>
                 No. CF-03-1331

Dear Mr. Lane:

b6 -1           We are in receipt of a subpoena directed to Special
b7C -1   Agent [＿＿＿＿＿＿＿] along with your letter dated September 19,
         2003 outlining the scope of testimony sought from Special Agent
         [＿＿＿＿＿] at a hearing in the above-referenced case on October 20,
         2003.

b6 -1           We have conducted an administrative review of your
b7C -1   request and have authorized SA [＿＿＿＿＿] to testify to matters as
         outlined in paragraph 1 of your letter.

                              Sincerely yours,

                              John E. Lewis
                              Special Agent in Charge

                    b6 -1   By:
                    b7C -1   [＿＿＿＿＿＿＿＿＿＿＿＿＿]
                            Acting Division Counsel

cc:  AUSA Lee Schmidt

     1 - Addressee
     1 - Oklahoma City (197A-OC-C64957) b6 -1
     1 - SA [＿＿＿＿＿]                      b7C -1
     1 - AUSA Lee Schmidt
     (4)
     CSN:bbm

                              Kishore-255

DISTRICT COURT SUBPOENA CRIMINAL

STATE OF OKLAHOMA                                           CHARGE

RUNDBY FELONIES
IN THE NAME OF THE STATE OF OKLAHOMA

TO                                                          b6   -1
                                                           b7C  -1

File No. XXXXXXXX                                          PROSECUTOR
                                                           KEN STONER

You are hereby COMMANDED to appear before the Presiding Criminal Judge                          03/31/2003 09:30 AM
sitting in Room 213 of the Oklahoma County Office Building, 320 Robert S. Kerr, Oklahoma City, Oklahoma
to testify as a witness on behalf of the State of Oklahoma, and remain in attendance and do call of said Court, then
and there, and term to term, until lawfully discharged as a witness for the State of Oklahoma

Failure to appear is punishable by law.

WHEN YOU RECEIVE THIS SUBPOENA, YOU MUST
IMMEDIATELY CALL THE DISTRICT ATTORNEY'S
OFFICE
Please call (405) 713-1600                                          C. WESLEY LANE
Between 8:30 a.m. and 5:00 p.m.                          District Attorney, Oklahoma County, Oklahoma
Issued 03/24/2003 03:41 pm
If your address or phone number changes,                 By _____
Please call                                                   Authorized Subpoena Clerk

Kishore-256



**NOTICE:** The District Attorney's Office will be contacting you several days prior to your court appearance. If you have not been contacted by our office within at least three days prior to your scheduled court appearance, please call the District Attorney's Victim/Witness Center at (405) 713-1639 to confirm that your court appearance is still necessary. If your telephone number(s) or address change, please notify the Victim/Witness Center as soon as possible so we can notify you concerning schedule changes.

**DRESS:** Please dress neatly. Shorts, tank tops, miniskirts, sandals, hats, clothing with obscene words or pictures, or gang attire of any kind are **NOT** allowed in the courtroom.

### DIRECTIONS TO COUNTY BUILDING / 320 ROBERT S. KERR:

**From I-35 North and I-35 South:** From I-35, take I-40 W to Robinson exit, Right onto Robinson to Sheridan to E.K. Gaylord, turn left. N on E.K. Gaylord to Robt S. Kerr and turn left. W to County building.
**From I-40 East:** I-40 W to Robinson exit, Right onto Robinson to Sheridan to E.K. Gaylord, turn left. N on E.K. Gaylord to Robt S. Kerr and turn left. W to County building.
**From I-40 West:** From I-40, take Walker exit and turn left. Continue N on Walker to Robt S. Kerr, turn right to County building.
**From I-235 South:** From I-235, take Harrison Avenue/Downtown exit. Continue W to Hudson Avenue and turn left. Follow Hudson S to County building.

**PARKING:** You will be responsible for paying for parking; however, discount parking is available at the Metro Parking Garage located on the N.E. corner of Robert S. Kerr and Hudson. You **MUST** bring your parking stub with you into the Victim Witness Center to have it validated to receive the discounted rate on parking.

### PLEASE BRING YOUR SUBPOENA WITH YOU!

### ADVICE FOR TESTIFYING
• Please be on time.
• Expect delays ~ your subpoena will tell you when to arrive; however, the judge determines whose case will go first.
• Tell the truth. If you don't know the answer, don't feel obligated to guess.
• Answer only the question asked, then stop. Do not volunteer additional info unless it is necessary to give an accurate answer to the question.
• Do not nod your head "yes" or "no" to a question. Speak so your answer can be heard.
• If you can't answer correctly with a simple "yes" or "no", ask the judge if you can explain.
• Stop talking when the judge interrupts you or an attorney objects to a question until the court makes a ruling.

### WITNESS INTIMIDATION
It is a crime to prevent, or attempt to prevent a witness from cooperating or from testifying. Witnesses should report such actions to the investigating officer and/or Assistant District Attorney who will provide protection and prosecute the crime.



## C. Wesley Lane II
### District Attorney
### Seventh Judicial District
### State Of Oklahoma

## -FAX TRANSMISSION-

**TO:**
**DATE:**

| Company Name: | *F.B.I.* | b6 -1 |
| Contact Person: | | b7C -1 |
| Contact Phone: | FAX: | b2 -1 |

**FROM:**

Contact Phone: (405) 713-1600 *1/13/16 ℗℗*    FAX: (405) 235-1567

For further assistance: *Ken Stone*

Number of Pages (including cover sheet): *3*

Note: Contents of this fax transmission may include **CONFIDENTIAL** information. If you receive this fax in error, please contact the sender immediately. Unauthorized release of confidential information is prohibited.

Comments:

Kishore-259

09/19/2003 FRI 10:11 FAX 405 235 1567        OK COUNTY DA        ☒002



OKLAHOMA COUNTY
SEVENTH DISTRICT
STATE OF OKLAHOMA

320 ROBERT S. KERR AVE., SUITE 505
OKLAHOMA CITY, OKLAHOMA 73102
(405) 713-1600
FAX (405) 235-1567

## C. WESLEY LANE II
### DISTRICT ATTORNEY

### JOHN M. JACOBSEN
FIRST ASSISTANT DISTRICT ATTORNEY

September 19, 2003

b2 -1
b6 -1
b7C -1

Chief Division Counsel
Federal Bureau of Investigation
Fax

RE:    **State of Oklahoma v. Sundeep Kishore**
       CF-2003-1331, Solicitation to Commit Murder
       Testimony of Special Agent                    b6 -1
                                                      b7C -1

Dear

    Our office has subpoenaed S.A. _____ to testify October 20<sup>th</sup>, 2003 at 9:00am in Oklahoma County District Court in the above referenced case. His testimony will concern his investigation of Mr. Sundeep Kishore and the charge of Solicitation to Commit Murder. This investigation began on or around February 25th, 2003 through March 10<sup>th</sup>, 2003.

b6 -1
b7C -1

    We anticipate that no national security information is pertinent to this case and S.A. _____ testimony will not jeopardize the integrity of any ongoing federal investigation. Please reference the proposed questions that are attached.

    Should you have any questions, I can be contacted directly at 405-713-1605.

Respectfully,

Kenneth M. Stoner
Assistant District Attorney

Kishore-260

09/19/2003 FRI 10:12 FAX 405 235 1567    OK COUNTY DA    ☑003

Proposed questions for S.A. [redacted]                    b6 -1
RE: State v. Sundeep Kishore, CF- 2003-1331               b7C -1

- Employed?
- How long?
- Duties?
- Education, Training and Experience?
- How did you become involved in the investigation of Sundeep Kishore?
- Describe the allegations against the defendant?
- Did you interview witness [redacted]
- Did you arrange to have a body microphone placed on [redacted]      b6 -6
then [redacted] speak to the defendant?                                b7C -6
- Please describe the conversation and the statements that the defendant
made to [redacted]
- Did you interview the defendant?
- Inform him of Miranda rights? Did he appear to you that he understood
what you had read to him?
-  What statements did the defendant make?
- Did the defendant make any written statements? (Identify written
statement)

DISTRICT COURT SUBPOENA - Criminal

FI.                          Jury Trial
CASE#:                       CF0N00?331

STATE OF OKLAHOMA
vs
SUNDEEP KISHORE

IN THE NAME OF THE STATE OF OKLAHOMA

CHARGES

TO                           b6 -1
                             b7C -1
OKLAHOMA CITY OK, 73156

PROSECUTOR
KEN STONER

You are hereby COMMANDED to appear before the Presiding Criminal Judge at                    06/07/2004 08:30 AM
by reporting to Room 211 of the Oklahoma County Office Building, 320 Robert S. Kerr, Oklahoma City, Oklahoma,
to testify as a witness on behalf of the State of Oklahoma, and remain in attendance and on call of said Court, from
day to day and term to term, until lawfully discharged as a witness for the State of Oklahoma.

Failure to appear is punishable by law.

WHEN YOU RECEIVE THIS SUBPOENA, YOU MUST
IMMEDIATELY CALL THE DISTRICT ATTORNEY'S
OFFICE.
Please call: (405)713-1639                                          C. WESLEY LANE II
Between 8:30 a.m and 5:00 p.m.                          District Attorney, Oklahoma County, Oklahoma
Issued 02/06/2004 01:02 pm
If your address or phone number changes.
Please call.                                           By: _____
                                                            Authorized Subpoena Clerk

b6 -1
b7C -1          *I have been subpoenaed –
does ADA Ken Stoner need to execute
a Touhy letter?

Kishore-262

197A-OC-C64957

DISTRICT COURT SUBPOENA – Criminal

FOR
CASE#:

Jury Trial
CF03001331

STATE OF OKLAHOMA
vs

SUNDEEP KISHORE

CHARGE:

IN THE NAME OF THE STATE OF OKLAHOMA

TO:

b6 -1
b7C -1

OKLAHOMA CITY OK, 73156

PROSECUTOR
KEN STONER

You are hereby COMMANDED to appear before the Presiding Criminal Judge on          06/07/2004 08:30 AM
by reporting to Room 211 of the Oklahoma County Office Building, 320 Robert S. Kerr, Oklahoma City, Oklahoma,
to testify as a witness on behalf of the State of Oklahoma, and remain in attendance and on call of said Court, from
day to day and term to term, until lawfully discharged as a witness for the State of Oklahoma.

Failure to appear is punishable by law.

WHEN YOU RECEIVE THIS SUBPOENA, YOU MUST
IMMEDIATELY CALL THE DISTRICT ATTORNEY'S
OFFICE.
Please call: (405) 713-1639
Between 8:30 a.m and 5:00 p.m.
Issued: 02/06/2004 01:02 pm
If your address or phone number changes,
Please call

C. WESLEY LANE II
District Attorney, Oklahoma County, Oklahoma

By: _____

Authorized Subpoena Clerk

244021



**KEN M. STONER**
ASSISTANT DISTRICT ATTORNEY
OKLAHOMA COUNTY     713- 1625
320 Robert S. Kerr Avenue, Suite 505
Oklahoma City, Oklahoma 73102          AC (405) 713-1600
dakensto@oklahomacounty.org          FAX: (405) 235-1567

Kishore-264



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

P.O. Box 568801
Oklahoma City, OK  73156
May 17, 2004

Wes Lane, Esq.
Oklahoma County District Attorney
320 Robert S. Kerr, Suite 505
Oklahoma City, OK  73102

Attention:  ADA Ken M. Stoner

                    RE:  State v. Sundeep Kishore
                         No. CF-2003-1331

Dear Mr. Lane:

b6 -1          We are in receipt of your letter dated May 12, 2004
b7C -1   outlining the scope of testimony sought from Special Agents [        ]
            [                              ] at the trial in the above-referenced case
         beginning June 7, 2004.

b6 -1          We have conducted an administrative review of your request
b7C -1   and have authorized SAs [                ] to testify to matters as
         outlined in paragraph one of your letter.

                              Sincerely yours,

                              John E. Lewis
                              Special Agent in Charge

                                                          b6 -1
                                                          b7C -1
                              By: _____
                              Chief Division Counsel

     cc:  AUSA Lee Schmidt
          1 - Addressee
b6 -1    ① - Oklahoma City (197A-OC-C64957)
b7C -1   2 - SA [          ]  SA [          ]
          1 - AUSA Lee Schmidt
          (5)
         JPM:bbm

                              Kishore-265

OKLAHOMA COUNTY
SEVENTH DISTRICT
STATE OF OKLAHOMA

320 ROBERT S. KERR AVE., SUITE 505
OKLAHOMA CITY, OKLAHOMA 73102
(405) 713-1600
FAX (405) 235-1567

# C. WESLEY LANE II
DISTRICT ATTORNEY

**JOHN M. JACOBSEN**
FIRST ASSISTANT DISTRICT ATTORNEY

May 12$^{th}$, 2004

b6 -1
b7C -1

Chief Division Counsel
Federal Bureau of Investigation
P.O. Box 568801
Oklahoma City, Ok. 73156-8801

RE: STATE OF OKLAHOMA v. SUNDEEP KISHORE, Case # CF-2003-1331
Request for testimony of Special Agents_____and_____

b6 -1
b7C -1

Dear_____

Pursuant to federal regulations, this office requests the oral testimony of SA_____
and_____on behalf of the State of Oklahoma. This case involves the criminal
charge of Conspiracy to Commit Murder. Agents_____testimony is relevant
to this case on issues of the defendant conspiring with another individual to commit a murder. It
is also requested that all documents relevant to the issue and the Agents testimony be produced.

b6 -1
b7C -1

If any additional information is needed, please contact me at 713-1605.

Sincerely,

C. WESLEY LANE II
District Attorney

Ken M. Stoner
Assistant District Attorney

cc:    Lee Schmidt, AUSA
       210 Park Avenue, Suite 400
       Oklahoma City, 73102

The testimony and documents are requested for trial on June 7$^{th}$, 2004 at 9:00am, in Judge Susan
P. Caswell's courtroom.



b6 -1
b7C -1

Chief Div Council

Federal Bureau of Investigation
P.O. Box 568801
OKC, OK

C.WESLEY LANE II
DISTRICT ATTORNEY
320 ROBERT S. KERR, SUITE 505
OKLAHOMA CITY, OKLAHOMA 73102

Kishore-267



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

P.O. Box 568801
Oklahoma City, OK  73156
January 21, 2005

VIA FACSIMILE 235-1567

Wes Lane, Esq.
Oklahoma County District Attorney
320 Robert S. Kerr, Suite 505
Oklahoma City, OK  73102

Attention:  ADA Ken M. Stoner

RE:  State v. Sundeep Kishore
No. CF-2004-5785

Dear Mr. Lane:

b6 -1          We are in receipt of your letter dated January 21, 2005
b7C -1  outlining the scope of testimony sought from Special Agents [____]
[_____] at the preliminary hearing in the above-
referenced case on January 24, 2005.

b6 -1          We have conducted an administrative review of your request
b7C -1  and have authorized SAs [_____] to testify to matters
as outlined in paragraph I of your letter.

Sincerely yours,

Salvador Hernandez
Special Agent In Charge

b6 -1
b7C -1

By: 

Chief Division Counsel

cc:  AUSA Lee Schmidt

        1 - Addressee
b6 -1   1 - Oklahoma City (197A-OC-C64957) - 80
b7C -1  2 - SA [_____]  SA [_____]
        1 - AUSA Lee Schmidt
        (5)
JPM:bbm

Kishore-268

10500312....cm

DISTRICT COURT SUBPOENA - Criminal

$$\begin{array}{lll} & \text{FOR} & \text{Preliminary} \\ & \text{CASE:} & \text{CR03001331} \end{array}$$

STATE OF OKLAHOMA
vs
SUNDEEP KISHORE

CHARGES

IN THE NAME OF THE STATE OF OKLAHOMA

b6 -1 TO:
b7C -1

OKLAHOMA CITY OK 73159

PROSECUTOR
KEN STONER

You are hereby COMMANDED to appear before the Presiding Criminal Judge on         04/25/2005 09:00 AM
by reporting to Room 311 of the Oklahoma County Office Building, 320 Robert S. Kerr, Oklahoma City, Oklahoma,
to testify as a witness on behalf of the State of Oklahoma, and remain in attendance and on call of said Court, from
day to day and turn to term, until lawfully discharged as a witness for the State of Oklahoma. Failure to appear
is punishable by law.

Issued 02/17/2005 09:03 am

WHEN YOU RECEIVE THIS SUBPOENA, YOU MUST
IMMEDIATELY CALL THE DISTRICT ATTORNEY'S
OFFICE.
If your address or phone number changes

Please call: (405) 713-1639
Between 8:30 a.m. and 5:00 p.m.

C. WESLEY LANE II
District Attorney, Oklahoma County, Oklahoma

By: _____
Authorized Subpoena Clerk

Kishore-269

DISTRICT COURT SUBPOENA - Criminal

STATE OF OKLAHOMA

SUNDEEP KISHORE

IN THE NAME OF THE STATE OF OKLAHOMA

b6 -1ICC
b7C -1

OKLAHOMA CITY, OK, 73156

PROSECUTOR
KEN STONER

You are hereby COMMANDED to appear before the Presiding Criminal Judge on
by reporting to Room 211 of the Oklahoma County Office Building, 320 Robert S. Kerr, Oklahoma City, Oklahoma,
to testify as a witness on behalf of the State of Oklahoma, and remain in attendance and on call of said Court, from
day to day and term to term, until lawfully discharged as a witness for the State of Oklahoma. Failure to appear
is punishable by law.

Issued:

WHEN YOU RECEIVE THIS SUBPOENA, YOU MUST
IMMEDIATELY CALL THE DISTRICT ATTORNEY'S
OFFICE
If your address or phone number changes:

Please call (405) 713-1600
Between 8:30 a.m and 5:00 p.m.

C. WESLEY LANE II
District Attorney, Oklahoma County, Oklahoma

By

Authorized Subpoena Clerk

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_____ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☐ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

<table>
<tr><td colspan="2" align="center">Section 552</td><td align="center">Section 552a</td></tr>
<tr><td>☐ (b)(1)</td><td>☐ (b)(7)(A)</td><td>☐ (d)(5)</td></tr>
<tr><td>☐ (b)(2)</td><td>☐ (b)(7)(B)</td><td>☐ (j)(2)</td></tr>
<tr><td>☐ (b)(3)</td><td>☐ (b)(7)(C)</td><td>☐ (k)(1)</td></tr>
<tr><td>_____</td><td>☐ (b)(7)(D)</td><td>☐ (k)(2)</td></tr>
<tr><td>_____</td><td>☐ (b)(7)(E)</td><td>☐ (k)(3)</td></tr>
<tr><td>_____</td><td>☐ (b)(7)(F)</td><td>☐ (k)(4)</td></tr>
<tr><td>☐ (b)(4)</td><td>☐ (b)(8)</td><td>☐ (k)(5)</td></tr>
<tr><td>☐ (b)(5)</td><td>☐ (b)(9)</td><td>☐ (k)(6)</td></tr>
<tr><td>☐ (b)(6)</td><td></td><td>☐ (k)(7)</td></tr>
</table>

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _Kishore - 268_____

_____ Page(s) withheld for the following reason(s): _____

_____

☐ The following number is to be used for reference regarding these pages: _____

XXXXXXXXXXXXXXXXX
X   Deleted Page(s)   X
X No Duplication Fee  X
X   for this page     X
XXXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

Kishore-271

FBI/DOJ

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_____ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☐ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

|  Section 552 |  | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) |  | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_2_ Pages were not considered for release as they are duplicative of _Kishore 120-121_

_____ Page(s) withheld for the following reason(s): _____
_____

☐ The following number is to be used for reference regarding these pages:

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee    X
X    for this page    X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

Kishore 272-273

FBI/DOJ

01/21/2005 16:15 FAX 405 235 1`    OK CO DA    @001



### C. Wesley Lane II
### District Attorney
### Seventh Judicial District
### State Of Oklahoma

### -FAX TRANSMISSION-

**DATE:**

| | |
|---|---|
| Company Name: | *Office of Legal Counsel FBI* |
| Contact Person: | b6 -1 <br> b7C -1 |
| Contact Phone: | ) |  FAX: |

**FROM:**

| | |
|---|---|
| Contact Phone: (405) *713·1600* | FAX: (405) 235-1567 |
| For further assistance: | *Ken Stoner DA Office* |

copies (including cover sheet): *(3)*

**Note:** Contents of this fax transmission may include **CONFIDENTIAL** information. If you receive this fax in error, please contact the sender immediately. Unauthorized release of confidential information is prohibited.

**Comments:**

Kishore-274

FD-440 (Rev. 6-2-97)



# FBI FACSIMILE

## COVER SHEET

**PRECEDENCE**

☐ Immediate
☐ Priority
☒ Routine

**CLASSIFICATION**

☐ Top Secret
☐ Secret
☐ Confidential
☐ Sensitive
☒ Unclassified

Time Transmitted: _3:50pm_
Sender's Initials: _bbm_
Number of Pages: _2_
(including cover sheet)

To: __District Attorney's Office__          Date: __01/21/2005__
         Name of Office

Facsimile Number: __235-1567__

Attn: __ADA Ken Stoner__          __713-1600__
      Name          Room          Telephone

From: __FBI Oklahoma City__
        Name of Office

Subject: __State v. Kishore; Authorization of__

__testimony__

Special Handling Instructions: __Please hand deliver upon receipt__

Originator's Name: _____          Telephone: _____

Originator's Facsimile Number: _____

Approved: __1pm__

Brief Description of Communication Faxed: _____

b2 -1
b6 -1
b7C -1

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18 USC, § 641). Please notify the

\*\*\*\*\*\*\*\*\* _____ - \*\*\*\* - FBI LEGAL UNIT \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

b2 -1    -LEGAL UNIT

              19:00:00 202/202    9235-1567          OK    ☎    001
            DURATION    PAGES    STATION NAME/TEL. NO.    COMM. NO.    PEER NO.    STN NO.

FILE NO.-4973

MODE = MEMORY TRANSMISSION

START=JAN-21 15:53    END=JAN-21 15:53

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* - COMM. JOURNAL - \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE JAN-21-2005 \*\*\*\* TIME 15:54 \*\*\*\*\*\*\*\*\*

Message                                                                    Page 1 of 1

| | (OC) (FBI) |

| | | |
|---|---|---|
| **From:** | (OC) (FBI) | b6 -1 |
| **Sent:** | Wednesday, December 01, 2004 9:35 AM | b7C -1 |
| **To:** | (OC) (FBI) (OC) (FBI) | |
| **Cc:** | (OC) (FBI) | |
| **Subject:** | State v. Sundeep Kishore | |

**UNCLASSIFIED**
**NON-RECORD**

b6 -1
b7C -1      I know you both received subpoenas to testify in this case on 12/6. Since we previously authorized you to testify at this trial, originally scheduled to begin on June 7, we don't need to re-authorize you. If you need a copy of the letter we sent out last May, let me know.

**UNCLASSIFIED**

Kishore-276

197A-OC-C64957 .71

DISTRICT COURT SUBPOENA - Criminal

STATE OF OKLAHOMA
vs.
SUNDEEP KISHORE

IN THE NAME OF THE STATE OF OKLAHOMA:

b6 -1
b7C -1

OKLAHOMA CITY OK. 73156

PROSECUTOR
KEN STONER

You are hereby COMMANDED to appear before the Presiding Criminal Judge on
by reporting to Room 211 of the Oklahoma County Office Building, 320 Robert S. Kerr, Oklahoma City, Oklahoma
to testify as a witness on behalf of the State of Oklahoma, and remain in attendance and on call of said Court, from
day to day and term to term, until lawfully discharged as a witness for the State of Oklahoma. Failure to appear
is punishable by law.

Issued 11/24/2004 08:32 am

WHEN YOU RECEIVE THIS SUBPOENA, YOU MUST
IMMEDIATELY CALL THE DISTRICT ATTORNEY'S
OFFICE.
If your address or phone number changes

Please call: (405)713-1639
Between 8:30 a.m and 5:00 p.m.

C. WESLEY LANE II
District Attorney, Oklahoma County, Oklahoma

By:

Authorized Subpoena Clerk

Kishore-277

FILE NUMBER: _281C- OC- 54808_    DATE: _6 · 15 · 94_

SUBJECT(S) OF SURVEILLANCE: ____    SHIFT _8:15 Am – 5 Pm_

[____] ; _ET AL_

LOG MAINTAINED BY: _SA_ [____]    b6 -1, 6
SA'S ON DUTY: [____] (_PHOTO_)    b7C -1, 6

A PHYSICAL SURVEILLANCE WAS INSTITUTED IN THE VICINITY OF:

_ST. JOHN's LUTHERAN CHURCH, N. 12TH & SANTA FE, MOORE, OK._

AND THE FOLLOWING OBSERVATIONS WERE MADE:

b6 -6
b7C -6

| TIME | INITIALS | ACTIVITY |
|---|---|---|
| 1:28 pm | SW WFD | Surveillance Initiated. |
| 1:30 pm | SW WFD | (Florida) [____] Gray Olds 98 arrives |
| 1:32 pm | SW WFD | [____] White Honda arrives with (W) White (W) Female (F) |
| 1:36 pm | SW WFD | [____] White/Red Chevrolet Pickup (P.U.) arrives w/ WF |
| 1:40 pm | SW WFD | [____] White Buick Skylark arrives w/ WF |
| 1:42 pm | SW WFD | [____] Gray Volvo arrives w/ 3 WFs |
| 1:46 pm | SW WFD | [____] Ok Red orange/gray Dodge arrives w/ W Male (M) |

PAGE 1 OF _4_
Kishore-278

281C- OC-54808-A-39

281C-0C-54808
DAY/DATE: WEDNESDAY 6·15·94

| TIME | INITIALS | ACTIVITY |
|------|----------|----------|
| 1:48 pm | ƒw ⱳⱮ | QAT-968 White/Brown Olds arrives w/ WF |
| 1:49 pm | ƒw ⱳⱮ | (Texas) ☐☐☐☐☐ Gray Nissan 240SX arrives w/ WM |
| 1:50 pm | ƒw ⱳⱮ | ☐☐☐☐☐ Gray/Blk Chev. Blazer arrives w/ 1 WF & 2 WMs |
| 1:55 pm | ƒw ⱳⱮ | ☐☐☐☐☐ Black Pontiac Grandam arrives w/ WM |
|  |  | ☐☐☐☐☐ Orange Van arrives |
| 1:56 pm | ƒw ⱳⱮ | ☐☐☐☐☐ Gold Olds Cutlass arrives w/WM |
| 2:06 pm | ⱳⱮ | (Texas) ☐☐☐☐☐ arrives w/ 3 WFs |
| 2:08 pm | ƒw ⱳⱮ | ☐☐☐☐☐ lt. Blue Dodge Shawdow arrives w/ WM + WF |
| 2:32 pm | ƒw ⱳⱮ | Cars begin departing |
|  | ⱳⱮ | Other vehicles noted to be in the parking lots during the above time periods are as follows: |
|  |  | (OX ☐☐☐☐☐ Black Nissan Maxima |
|  |  | ☐☐☐☐☐ Black Volkswagen |

b6 -6
b7C -6

PAGE 2 OF 4

Kishore-279

*** END OF RESPONSE ***

b6 -6
b7C -6

VREG. VR. LIC/QAT968. LIY/94. LIT/PC. REF/SA

MESSAGE ACCEPTED - FBIO 0008 02:30 08/15/94

b6 -1
b7C -1

VREG        0815 02:30
FBIO        0016 02:30 08/15/94
REFERENCE: SA                    . INQUIRY BY: FBIO

TITLE/SS4294027008    REG DATE/030294    EXP DATE/0195
LAST UPDATED DATE/062894    LAST ISSUED DATE/030294
LIC/QAT968    LIY/1995    LIT/AU    DECAL/SA196059
VIN/1G3AN69Y7EM710725    VYR/84    VMA/OLDS    VMO/ROY    VST/4D
UNLADEN WGT/000000    LOAD CAP/000000    LADEN WGT/000000    BASE STATE/
FEE PAID/$   61.00    RES COUNTY/55    AGENT NO/5540
LESSEE:   NONE
OWNER:  KISHORE,               SUNDEEP                      b6 -6
ADDR:   501 SMILING HILLS BLVD , EDMOND , OK, 73013         b7C -6

*** END OF RESPONSE ***

b6 -6
b7C -6

Kishore-280

## RECEIPT OF GRAND JURY RECORDS

RECEIVED

2007 AUG 17 PH 12:09

DEPT. OF JUSTICE/EOUSA
FOI/PA...

b6 -1
b7C -1    TO: ☐

RE:    SUNDEEP KISHORE

b3    I have received the requested ☐ in reference to
Grand Jury Subpoena 030232, issued on February 28, 2003.

_4/1/03_
DATE

b6 -1
b7C -1

SPECIAL AGENT
FBI

Kishore-281

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_____ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☐ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

**Section 552**                                                                 **Section 552a**

☐ (b)(1)                     ☐ (b)(7)(A)                     ☐ (d)(5)

☐ (b)(2)                     ☐ (b)(7)(B)                     ☐ (j)(2)

☐ (b)(3)                     ☐ (b)(7)(C)                     ☐ (k)(1)

_____             ☐ (b)(7)(D)                     ☐ (k)(2)

_____             ☐ (b)(7)(E)                     ☐ (k)(3)

_____             ☐ (b)(7)(F)                     ☐ (k)(4)

☐ (b)(4)                     ☐ (b)(8)                        ☐ (k)(5)

☐ (b)(5)                     ☐ (b)(9)                        ☐ (k)(6)

☐ (b)(6)                                                     ☐ (k)(7)

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of Kishore 301

_____ Page(s) withheld for the following reason(s): _____

_____

_____

☐ The following number is to be used for reference regarding these pages:

XXXXXXXXXXXXXXXX
X     Deleted Page(s)     X
X   No Duplication Fee    X
X     for this page       X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

Kishore - 282

FBI/DOJ

Nov-27-07   15:58   From-EOUSA FOIA                202 616 6478         T-176  P 304   F-864
FD-448 (Rev. 6-2-97)



# FBI FACSIMILE

## COVER SHEET

---

**PRECEDENCE**                **CLASSIFICATION**

☐ Immediate                   ☐ Top Secret          Time Transmitted: __8:10__
☐ Priority                    ☐ Secret              Sender's Initials: __thn__
☒ Routine                     ☐ Confidential        Number of Pages: __3__
                              ☐ Sensitive                (Including cover sheet)
                              ☒ Unclassified

To: __USA's office__                                        Date: __4-28-05__
           Name of Office

Facsimile Number: _____    b6 -2
                                      b7C -2
           Attn: [                ]
                                      Room      Telephone

From: __FBI OKC__
              Name of Office

Subject: __Authorization letter__

Special Handling Instructions: __Please hand deliver__

Originator's Name: [          ]      b6 -1       Telephone: _____
                                     b7C -1

Originator's Facsimile Number: _____

Approved: __thn__

Brief Description of Communication Faxed: _____

---

**WARNING**

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this
information, disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the

Nov-07-07   15:58   From-EOUSA FOIA                202 616 6478        T-176  P 005/012   F-864



**U.S. Department of Justice**

**Federal Bureau of Investigation**

In Reply, Please Refer to
File No.

P.O. Box 568801

Oklahoma City, OK  73156
April 28, 2005

C. Wesley Lane II
Oklahoma County District Attorney
320 Robert S. Kerr Ave., Suite 505
Oklahoma City Oklahoma  73102
Attn:  ADA Martha McMurry

　　　　　　　　　RE:  STATE OF OKLAHOMA v. SHUNDEEP KISHORE,
　　　　　　　　　　　Case # CF-2003-1331

Dear Ms. McMurry:

　　　　　We are in receipt of the subpoena duces tecum dated
April 27, 2005, directed to Chief Division Counsel [          ]
of the Oklahoma City Division of the Federal Bureau of
Investigation.  This subpoena was received at the Oklahoma City
office of the FBI at 5:02 p.m. on the date of issuance.

b6 -1
b7C -1

　　　　　Based upon our review of the subpoena, we have
determined that the FBI is only authorized to partially comply
with the subpoena at this time.

　　　　　The disclosure of information from FBI central records
system is governed by the Code of Federal Regulations (CFR).  See
28 C.F.R. §§ 16.21-16.29 (the Department of Justice's "Touhy"
regulations), and United States v. ex. rel. Touhy v. Ragen, 340
U.S. 462 (1951).  We have completed a review of your request, and
in accordance with 28 C.F.R. 16.21 et seq. and applicable
governmental privileges, have concluded as follows:

b6 -6
b7C -6
b7D -1

**Item 1:**　Reports regarding [          ]

　　　　　Disclosure of the information and documents requested
is appropriate, but only to the extent they apply to
Case # CF-2003-1331.

**Item 2:**　All reports involving [          ] involvement with
the FBI prior to the Shundeep Kishore case.

b6 -6
b7C -6
b7D -1

The requested FBI records are privileged and not
appropriate for disclosure in this case.

P.82

Nov·07-07   15:58   From-EOUSA FOIA                   202 616 6478          T-176  P 006/012  F-854

TOTAL P.03

b6 −6
b7C −6
b7D −1

**Item 3:**  Reports or information regarding
involvement with the FBI prior to the Sundeep Kishore
case.   Subsequent

The requested FBI records are privileged and not
appropriate for disclosure in this case.

**Item 4:**  Any knowledge that the FBI or other law enforcement
agency has exhibiting a knowledge of
cooperating with any law enforcement agency.

b6 −6
b7C −6
b7D −1

The requested FBI records are privileged and not
appropriate for disclosure in this case.

The records responsive to your request, to the extent they are
appropriate for disclosure, are attached.

Sincerely yours,

Salvador Hernandez
Special Agent in Charge

By.

b6 −1
b7C −1

Chief Division Counsel

Attachment

b2 −1          2

Kishore-285

P.03

DUCES TECUM SUBPOENA-Criminal-FELONY                    JURY TRIAL

STATE OF OKLAHOMA
    vs.
SUNDEEP KISHORE                              NO. CF-03-1331

TO [                    ]
    Chief Division Counsel OKC
    3301 W. Memorial Road          b6 -1
    Okla. City, OK  73156          b7C -1

GREETINGS:

    You are Hereby Commanded to appear before Judge Tammy Bass-Jones on the 27th day of
April, 2005, at 9:00 a.m. by reporting to the Witness Center, ROOM 211, of the Oklahoma County
Office Building, 320 Robert S. Kerr, to testify as a witness on behalf of the State of Oklahoma in
the above case, and bring with you:

b6 -6    Produce all reports dealing with [          ] involvement with the above case, including
b7C -6   but not limited to:
b7D -1   -Reports regarding [              ]
    -All reports involving [          ] involvement with the FBI prior to the Sundeep
    Kishore case.

    Pursuant to the written request of the defense, the State also request the following:
b6 -6    -Reports or information regarding [          ] involvement with the FBI subsequent to
b7C -6  the Sundeep Kishore case.
b7D -1   -Any knowledge that the FBI or other law enforcement agency has exhibiting a knowledge
    of [          ] cooperating with any law enforcement agency.

    And not depart without leave of the Court.  Failure to appear is punishable by law.

    Issued this 27th day of April, 2005.

                    C. Wesley Lane II
                    District Attorney, OK County, OK

                    By: _K. Lopes_____
                    Authorized Subpoena Clerk

TO SAID WITNESS:

You are hereby commanded to comply as above directed.
Dated this 27th day of April, 2005.

Service Copy



OKLAHOMA COUNTY
SEVENTH DISTRICT
STATE OF OKLAHOMA

320 ROBERT S. KERR AVE., SUITE 505
OKLAHOMA CITY, OKLAHOMA 73102
(405) 713-1600
FAX (405) 235-1557

# C. WESLEY LANE II
### DISTRICT ATTORNEY

### JOHN M. JACOBSEN
FIRST ASSISTANT DISTRICT ATTORNEY

April 27, 2005

Chief Division Counsel
Federal Bureau of Investigation         b6 -1
P.O. Box 568801                         b7C -1
Oklahoma City, OK 73156-8801

RE: STATE OF OKLAHOMA v. SHUNDEEP KISHORE, Case # CF-2003-1331

b6 -1    Dear 
b7C -1

Pursuant to federal regulations, this office requests the oral testimony of SA
SA                              nd, SA              on behalf of the State of
b6 -1,6   Oklahoma. This case involves the charges of conspiracy to commit murder. The
b7C -1,6  testimony of special agents                          is relevant to this case on
b7D -1    issues of the defendant conspiring               to commit murder. It is also
requested that all documents relevant to the issues and the agents' testimony be produced.
Such documents and testimony should include:

    1.    All reports and information or material related to
        involvement in the Kishore case;

b6 -6        2.    Reports or information regarding
b7C -6
b7D -1       3.    All reports or information regarding              involvement with the
        FBI prior to the Kishore case.

In addition, the counsel for the defendant has requested that the State request and
subpoena the following:

b6 -6        1.    Reports regarding
b7C -6
b7D -1       2.    All reports and information regarding              involvement with the FBI
        prior and subsequent to the Kishore case;

Kishore-287

b6  -6
b7C -6
b7D -1

3.  Any knowledge that the FBI or any other law enforcement agency has exhibiting
    knowledge of [                    ] cooperating with any law enforcement.

    The defense states that such evidence is extremely relevant to their case and it is
the duty of the State of Oklahoma to provide such relevant evidence.  If you have any
questions, please get in touch with me.

                                        Sincerely,


                                        C. WESLEY LANE II
                                        District Attorney

                                        Martha McMurry
                                        Assistant District Attorney

cc:        Lee Schmidt, AUSA
           210 Park Avenue, Suite 400
           Oklahoma City, 73102

The testimony and documents are requested for trial on April 24, 2005 at 9:00am in
Judge Tammy Bass-Jones' courtroom.



**U.S. Departmᵗ  of Justice**

*United States Attorney*
*Western District of Oklahoma*

210 Park Avenue, Suite 400          (405) 553-8700
Oklahoma City, Oklahoma 73102       Fax: (405) 553-8888

April 28, 2005

C. Wesley Lane II
District Attorney for Oklahoma County
320 Robert S. Kerr Ave., Suite 505
Oklahoma City, OK 73102
ATTN: ADA Martha McMurry

Re:   *State v. Shundeep Kishore*; CF 2003-1331; Oklahoma County
      Subpoena for information and Document

Dear Ms. McMurry:

b6 -1      Your subpoena to FBI District Counsel [        ] has been referred to this office.  Subpoenas
b7C -1  to federal employees for information they have acquired or hold as a part their federal responsibilities
are considered requests to the federal government.  As you are aware, the state court has no subpoena
jurisdiction over federal employees or the federal government.[1]  We will consider your subpoena
in this instance as a *Touhy*[2] request pursuant to the regulations of the Department of Justice.

      This request was received late yesterday afternoon for information you are requesting this
morning. The short time frame prevents a formal agency response. However, in an attempt to
cooperate with your office and the Court, and without consent to the jurisdiction of the state court
or waiver any privilege, the United States will provide the following:

b6 -6   Request No. 1: All reports and information or material related to [        ] involvement in
b7C -6  the Kishore case.
b7D -1

      The United States has produced all such information which is non-privileged and relevant to
this case.

b6 -6   Request No. 1:  Reports regarding [        ]
b7C -6
b7D -1      The original payment receipt is located at Washington,DC and unavailable today. However,
we are providing a true and correct copy of the original.

───────────────

[1] *State v. Hopkins*, 162 F.3d 1172 (10th Cir. OK).

[2] *Touhy v. Ragen*, 340 U.S. 462 (1950).  See Department of Justice Regulations at 28 C.F.R.
§16.21 *et seq.*

Request No. 2:   All reports involving [                ] involvement with the FBI prior to the
Shundeep Kishore case.

b6 -6
b7C -6
b7D -1   Based upon the knowledge of the FBI agents who worked on this matter and the quick review
of the FBI files, there are no such reports.

3. All reports or information regarding [                ] involvement with the FBI prior to the
Kishore case.

b6 -6
b7C -6
b7D -1

There does not appear to have been any involvement with the FBI prior to the Kishore case,
therefore there are no such reports or information.

At the request of defense counsel, you have also requested:

4. Reports regarding [                ]

b6 -6
b7C -6
b7D -1   Information as to any [                ] n this case or in any matter related to this
case have been provided.

5. All reports and information regarding [                ] involvement with the FBI prior and
subsequent to the Kishore case.

b6 -6
b7C -6
b7D -1   There was no prior involvement. Authorization to either respond affirmatively or
negatively  or to assert a privilege with regard to [                ] subsequent
involvement with the FBI, whatever that may mean, cannot be obtained on such short
notice. However, the United States normally asserts a privilege when asked this
question if it involves whether or not a cooperating witness may have had any future
communications with the FBI on unrelated matters or investigations.

b6 -6
b7C -6
b7D -1   6. Any knowledge that the FBI or any other law enforcement agency has exhibiting knowledge of
[                ] sic) cooperating with any law enforcement.

The FBI cannot respond for "any other law enforcement agency." Requests should be made
of the specific entities, whether state or federal. The United States does not understand this
question. If the question is whether the FBI knows of cooperation by [                ] with other

b6 -6
b7C -6
b7D -1   law enforcement agencies, as to this matter, the response would be only with the State of
Oklahoma. If the question is meant to go into matters outside this case, authorization to
either respond affirmatively or negatively  or to assert a privilege with regard to the FBI
knowledge of "exhibiting knowledge" of cooperating with any subsequent involvement with
the FBI, whatever that may mean, cannot be obtained on such short notice. However, the
United States normally asserts a privilege when asked this question if it involves whether or
not a cooperating witness may have had any future communications with the FBI on unrelated
matters or investigations.

This disclosure is also subject to the following exceptions.

1. This decision to provide testimony or document is without waiver of jurisdiction or of any privilege or objection to disclosure that may not be listed here but may be asserted under any regulation, law, or court order.

ROBERT G. McCAMPBELL
United States Attorney


TOM MAJORS
Assistant U.S. Attorney

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

### FEDERAL BUREAU OF INVESTIGATION
### FOIPA
### DELETED PAGE INFORMATION SHEET

_____ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

☐ Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of  Kishore -17

_____ Page(s) withheld for the following reason(s): _____

_____

☐ The following number is to be used for reference regarding these pages:

_____

XXXXXXXXXXXXXXXX
X    Deleted Page(s)     X
X  No Duplication Fee    X
X    for this page       X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

Kishore 292

FBI/DOJ

05/05/05
10:21:56                        FD-192                        ICMIPR01
                                                              Page 1

Title and Character of Case:
_____

KISHORE SUNDEEP
┌─────────────────────┐  b6 -4
│                     │  b7C -4
└─────────────────────┘
_____

Date Property Acquired:    Source from which Property Acquired:
                           SUNDEEP KISHORE 1706 NBU HWY 99S
    03/01/2003

                           PRAGUE OK
_____

Anticipated Disposition: Acquired By:              Case Agent:
                         ┌──────────────────────────────┐     b6 -1
                         │                              │     b7C -1
                         └──────────────────────────────┘
_____

Description of Property:
1B 8                                                Date Entered
_____

THREE (3) BAGS - EACH CONTAINING A GREEN LEAFEY SUBSTANCE
(SMALL BAG /W GLOVES AN WHITE POWDER )

Barcode: E01866823    Location: REPACKAGED
                                                    04/25/2005

Total Drug Package Weight:    b6 -1 0850 KILOGRAMS    Est Dollar Value:
Sealed By: ┌──────────────┐   b7C -1 Witnessed By: ┌──────────────┐
           │              │                        │              │
           └──────────────┘                        └──────────────┘

THREE (3) BAGS - EACH CONTAINING A GREEN LEAFEY SUBSTANCE
(SMALL BAG /W GLOVES AN WHITE POWDER)

Barcode: E01866835    Location: REPACKAGED
                                                    05/04/2005

Total Drug Package Weight:    0.0850 KILOGRAMS    Est Dollar Value:
Sealed By: ┌──────────────┐  b6 -1               ┌──────────────┐
           │              │  b7C -1 Witnessed By:│              │
           └──────────────┘                      └──────────────┘

THREE (3) BAGS - EACH CONTAINING A GREEN LEAFEY SUBSTANCE

Barcode: E03806084    Location: ECC       DV
                                                    05/05/2005

Total Drug Package Weight:    0.0850 KILOGRAMS    Est Dollar Value:
Sealed By: ┌──────────────┐  b6 -1               ┌──────────────┐
           │              │  b7C -1 Witnessed By:│              │
           └──────────────┘                      └──────────────┘


    Case Number:  166C-OC-64741
    Owning Office: OKLAHOMA CITY


                        Kishore-293

Chain of Custody FD-192

Case ID . : 166C-OC-64741          1B8      Barcode . :

Accepted By:
Printed Name: *Repackage from Barns* Signature:..................
Reason:..Collected *EO18 64 823*....... Date/Time: 5/4/05  10⁴⁰

Accepted By:
Printed Name:      b6 -1
     b7C -1 Signature:
Reason:..*Storage*..................... Date/Time: *2/9/07* ... 10:30am

Accepted By:
Printed Name      b6 -1
     b7C -1 Signature:
Reason: *To Destroy*............. Date/Time. 6/6/07  10:35a

Accepted By:
Printed Name:..       b6 -1
     b7C -1 Signature
Reason:... *Destroyed*................... Date/Time: 6/6/07 ...1310 p.

Accepted By:
Printed Name:........................... Signature:...........
Reason:............................. Date/Time:...........

Accepted By:
Printed Name:........................... Signature:...........
Reason:............................. Date/Time:...........

Accepted By:
Printed Name:........................... Signature:...........
Reason:............................. Date/Time:...........

Accepted By:
Printed Name:........................... Signature:...........
Reason:............................. Date/Time:...........

Accepted By:
Printed Name:........................... Signature:...........
Reason:............................. Date/Time:...........

Accepted By:
Printed Name:........................... Signature:...........
Reason:............................. Date/Time:...........

WEAPONS CHECKED & CLEARED BY FIREARMS INSTRUCTOR

Printed Name:.................... Signature: Kishore-294.......... Date:........

05/05/05
10:21:56

FD-192

ICMIPR01
Page 1

Title and Character of Case:

KISHORE, SUNDEEP      b6 -4
                      b7C -4

Date Property Acquired:    Source from which Property Acquired:
                          SUNDEEP KISHORE 1706 NBU HWY 99S

    03/01/2003            PRAGUE OK

Anticipated Disposition:    Acquired By:              Case Agent:
                                                                    b6 -1
                                                                    b7C -1

Description of Property:                              Date Entered
  1B 8

  THREE (3) BAGS - EACH CONTAINING A GREEN LEAFEY SUBSTANCE
  (SMALL BAG /W GLOVES AN WHITE POWDER )

  Barcode: E01866823    Location: REPACKAGED
                                                      04/25/2005

Total Drug Package Weight:    b6 -1 0850 KILOGRAMS    Est Dollar Value:
Sealed By:                    b7C -1  Witnessed By:

  THREE (3) BAGS - EACH CONTAINING A GREEN LEAFEY SUBSTANCE
  (SMALL BAG /W GLOVES AN WHITE POWDER)

  Barcode: E01866835    Location: REPACKAGED
                                                      05/04/2005

Total Drug Package Weight:         0.0850 KILOGRAMS   Est Dollar Value:
Sealed By:                    b6 -1  Witnessed By:
                              b7C -1

  THREE (3) BAGS - EACH CONTAINING A GREEN LEAFEY SUBSTANCE

  Barcode: E03806084    Location: ECC      DV
                                                      05/05/2005

Total Drug Package Weight:         0.0850 KILOGRAMS   Est Dollar Value:
Sealed By:                    b6 -1  Witnessed By:
                              b7C -1

    Case Number:  166C-OC-64741
    Owning Office:  OKLAHOMA CITY

PACKAGE COPY              Kishore-295

05/05/05
10:21:56                          FD-192                        ICMIPR01
                                                                Page  2

Title and Character of Case:

KISHORE, SUNDEEP   b6 -4
┌──────────────┐   b7C -4
│              │
└──────────────┘
Date Property Acquired:   Source from which Property Acquired:
                          SUNDEEP KISHORE 1706 NBU HWY 99S
      03/01/2003
                          PRAGUE OK

Anticipated Disposition:  Acquired By:            Case Agent:
                          ┌────────────────────────────────┐  b6 -1
Description of Property:   └────────────────────────────────┘  b7C -1
1B 8                                              Date Entered

   (SMALL BAG /W GLOVES AN WHITE POWDER)

Barcode: E03806083    Location: ECC    DV              05/05/2005

Total Drug Package Weight:       0.0050 KILOGRAMS   Est Dollar Value:
Sealed By: ┌─────────────────┐   b6 -1  Witnessed By: ┌──────────────┐
           └─────────────────┘   b7C -1               └──────────────┘

   Case Number:   166C-OC-64741
Owning Office:   OKLAHOMA CITY

04/25/05
12:57:57                          FD-192                          ICMIPR01
                                                                   Page 1

Title and Character of Case:

KISHORE, SUNDEEP
┌──────────────┐  b6 -4
│              │  b7C -4
└──────────────┘

Date Property Acquired:    Source from which Property Acquired:
                           SUNDEEP KISHORE 1706 NBU HWY 99S
    03/01/2003
                           PRAGUE OK

Anticipated Disposition: Acquired By:              Case Agent:
                         ┌─────────────────────────────────┐  b6 -1
                         │                                 │  b7C -1
                         └─────────────────────────────────┘

Description of Property:
1B 8                                              Date Entered

THREE (3) BAGS - EACH CONTAINING A GREEN LEAFEY SUBSTANCE
(SMALL BAG /W GLOVES AN WHITE POWDER FROM GLOVES)

Barcode: E01866823    Location: ECC       DV              04/25/2005

Total Drug Package Weight:        0.0850 KILOGRAMS     Est Dollar Value:
Sealed By:  ┌──────────────────┐ b6 -1  Witnessed By: ┌──────────────────┐
            │                  │ b7C -1               │                  │
            └──────────────────┘                      └──────────────────┘

*Marijuna .085 kg E03806084*
*Cocaine .005 kg E03806083*

*Sealing:*  ┌──────────────┐
            │              │   b6 -1
*Witness:*  └──────────────┘   b7C -1
            ┌──────────────┐
            │              │
            └──────────────┘

*Sealed date: 5/4/05*
*Collected: 3/1/03*

Case Number:  166C-OC-64741
Owning Office: OKLAHOMA CITY

**PACKAGE COPY**

Kishore-297

Chain of Custody FD-192

Case ID . : ·                                    1B  8      Barcode . : E 0186623

Accepted By:
b6 -1  Printed Name:                                  Signature:
b7C -1 Reason:..Collected............................. Date/Time: 3/1/03. 10:00pm

Accepted By:
        Printed Name                                  Signature:
b6 -1
b7C -1 Reason: Deliver to OSBI................. Date/Time: 3/3/03. 14:00

Accepted By:
b6 -3 Printed Name: OSBI.............. Signature:...........................
b7C -3 Reason: Testing / Analysis............ Date/Time 3/3/03  14:25

Accepted By:
       Printed Name                             . Signature:
b6 -1
b7C -1 Reason: Place into evidenc................. Date/Time: 4/25/05. 9:00 am

Accepted By:
       Printed Name                             . Signature:
b6 -1
b7C -1 Reason: storing........................... Date/Time: 8/25/05. 11:55

Accepted By:
       Printed Name:                             Signature
b6 -1
b7C -1 Reason: Storage.......................... Date/Time  5/4/05. 10:42am

Accepted By:
b6 -1 Printed Name                               Signature
b7C -1 Reason: repackage - split............... Date/Time: 5/4/05. 10:45am

Accepted By:
       Printed Name: RePACKAge From 5. Signature:...........................
       Reason:....DArcom EO186,823........ Date/Time: 5/4/05  10:46

Accepted By:
b6 -1 Printed Name                               Signature
b7C -1 Reason: Storage......................... Date/Time: 5/5/05. 8:10a

Accepted By:
b6 -1 Printed Name:                              Signature
b7C -1 Reason: To Destry..................... Date/Time: 6/6/07. 10:35a

       b6 -1
       b7C -1  ***** WEAPONS CHECKED & CLEARED BY FIREARMS INSTRUCTOR 6/6/07 2:40p

Printed Name:.................... Signature:.................... Date:........

Kishore-298

FD-340 (Rev. 4-11-03)

File Number _1 6 6 C - 0 C - 6 4 7 4 1   1A-3_

Field Office Acquiring Evidence _55_

Serial # of Originating Document _54_

Date Received _6/6/07_

From [_____]    _Evidence Control   FBI-CKC_

b6 -1
b7C -1
_____(Name of Contributor/Interviewee)

_____
(Address)

_____
(City and State)

By [_____]

b6 -1
b7C -1

To Be Returned ☐ Yes    ☐ No
Receipt Given ☐ Yes    ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (c)
Federal Rules of Criminal Procedure
          ☐ Yes    ☐ No
Federal Taxpayer Information (FTI)
          ☐ Yes    ☐ No

Title:




Reference: _____
                    (Communication Enclosing Material)


Description:  ☐  Original notes re interview of _K PACS_ (2 sheets)
_Green Sheets (FD-192) for d B 8 drug evidence_
_destroyed in drug burn 6/6/07_

Kishore-299

# ROTOR CHECKLIST

ADVISED ROTOR: [          ] — Email

b6 -1
b7C -1

DATE      INITIALS

MARK MAIN FILE ELSUR          3/7/03

SEE SEPARATE 1D SECTION

Kishore-300

b2 -2
b6 -5
b7C -5
b7D -1

Kishore-301

OC-64741-EIA



b2 -2
b6 -5
b7C -5
b7D -1
b7E -2

Kishore-302

OC-64741-EA

# 90 DAY REUP SLIP
# FOR CONSENSUAL MONITORING

CASE AGENT:_____    DATE: 5/ωεκ 3    b6 -1
                                              b7C -1

     FILE NUMBER:____UC-64741_____

     CW (OC#):_____

     Nonconfidential Party:_____    b6 -5
                                              b7C -5
                                              b7D -1

Telephonic Authority:    ✓

Nontelephonic Authority:    ✓

*<u>Please advise if you want to reup your authority for</u>*
*<u>another 90 days for above participating party.</u>*

Yes: _____

No: _____

Initials of Agent:_____

*Please return slip to ELSUR Tech*_____    b6 -1
                                                b7C -1

Thank you. ☺

Kishore-303

16C-CC-64741-ELA-6

D-473a (6-15-92)



02/26/2003
(Date)

Oklahoma City, OK
(Location)

b6 -1
b7C -1    I,

(Name)

FBI OC Division, 3301 W Memorial OKCity, OK

b6 -1
b7C -1 hereby authorize

b6 -1
b7C -1                                        , Special Agents of the

Federal Bureau of Investigation, United States Department of Justice, to utilize

b2 -2
b7E -2                                        in premises located at

(Address)

to view
(Describe area to be viewed (i.e. residence kitchen area; restaurant rear table etc.)

b6 -5
b7C -5
b7D -1                                any activity I may have

with    Suvydeep Kishore                                    b6 -6
Name of Subject(s)                                          b7C -6

and others as yet unknown on or about  02/26/2003 and continuing
(Date)

thereafter.

I have given this written permission to the above-named Special
Agents voluntarily, and without threats or promises of any kind.



b6 -5
b7C -5
b7D -1

b6 -1
b7C -1

Kishore-304

FD-473 (Rev. 6-1-00)



02/26/2003
(Date)

Oklahoma City, OK.
(Location)

b6 -1
b7C -1

I, _____
(Name)

b6 -1
b7C -1

FBI, OC Division, 3301 W. memorial OK City, OK
(Address)

hereby authorize

b6 -1
b7C -1

_____ and

_____, Special Agents of the

Federal Bureau of Investigation, United States Department of Justice, to place a

b6 -5
b7C -5
b7D -1

with Sundeep Kishore,
(Name of Subject)

b6 -6
b7C -6

and others as yet unknown which I may have on or about 02/26/2003 and
(Date)

continuing thereafter until such time as either I revoke my permission or the FBI terminates the investigation.



I have given this written permission to the above-named Special Agents voluntarily and without threats or promises of any kind.

b6 -5
b7C -5
b7D -1

b6 -1
b7C -1

Kishore-305

FD-472 (Rev. 1-9-91)



02/26/2003
(Date)

Oklahoma City, Oklahoma
(Location)

b6 -1
b7C -1

I, _____

_____ of

b6 -1
b7C -1 FBI, OC Division 3301 W Memorial OKC.I, OK hereby

authorize Special Agents

b6 -1
b7C -1 _____ and

_____, of the Federal Bureau of

b6 -5
b7C -5
b7D -1 United States Department of Justice, to:

Sundeep Kishore
Name of Subject(s)

_____ yet unknown    b6 -6
b7C -6

on or about 02/26/2003 and continuing thereafter.
(Date)

I understand that

b6 -5
b7C -5
b7D -1

I have given this written permission to the above-named Special Agents
voluntarily, and without threats or promises of any kind.

b6 -1
b7C -1

b6 -5
b7C -5
b7D -1

Kishore-306

FBI/DOJ

b2 -2
b6 -1, 2, 4, 5
b7C -1, 2, 4, 5
b7D -1
b7E -2

Kishore-307

COPY 1

OC-64741-EA-2

b6 −1
b7C −1
b7D −1

OC-64741-EUA-1

b6  -1
b7C -1
b7D -1

b6  -1
b7C -1
b7D -1

b6 -5
b7C -5
b7D -1

b7D -1

Kishore-312

b6  -6
b7C -6
b7D -1

b6  -6
b7C -6
b7D -1

Kishore-314

b6  −6
b7C −6
b7D −1

Kishore-315

b6  -6
b7C -6
b7D -1

Kishore-316

03/04/03
09:59:46                          FD-192                        ICMIPR01
                                                                Page  1

Title and Character of Case:

KISHORE SUNDEER      b6 -4
                     b7C -4

Date Property Acquired:    Source from which Property Acquired:
                           CONSENSUAL
       03/01/2003

Anticipated Disposition:  Acquired By:              Case Agent:
                                                                  b6 -1
Description of Property:                                           b7C -1
  1D 4                                              Date Entered

  ONE ORIGINAL CD OF CONSENSUALLY MONITORED                 b6 -5
                                                            b7C -5
  Barcode: E02431366    Location: ELSUR ROOM               b7D -1
                                                            03/04/2003

ELSUR
DO NOT DESTROY

  Case Number:  166C-OC-64741
Owning Office:  OKLAHOMA CITY

MAR 04 2003

ORIGINAL                        Kishore-317

03/04/03
09:56:41                              FD-192                          ICMIPR01
                                                                      Page 1

Title and Character of Case:

KISHORE, SUNDER
                           b6 -4
                           b7C -4

Date Property Acquired:    Source from which Property Acquired:
                           CONSENSUAL
    02/28/2003

Anticipated Disposition:  Acquired By:              Case Agent:
                                                                      b6 -1
                                                                      b7C -1
Description of Property:
    1D 3                                               Date Entered

    SIX ORIGINAL CDS OF CONSENSUALLY MONITORED

    Barcode: E02431368    Location: ELSUR ROOM      b6 -5       03/04/2003
                                                    b7C -5
                                                    b7D -1



        Case Number:  166C-OC-64741
    Owning Office:  OKLAHOMA CITY



**ORIGINAL**                          Kishore-318

03/03/03
08:55:45                          FD-192                        ICMIPR01
                                                                 Page  1

Title and Character of Case:

KISHORE, SUNDEEP              b6 -4
                             b7C -4

Date Property Acquired:   Source from which Property Acquired:
                          CONSENSUAL
     02/27/2003                                          b6 -1
                                                         b7C -1

Anticipated Disposition: Acquired By:        Case Agent:

Description of Property:
  1D 2                                              Date Entered

FOUR ORIGINAL CDS OF CONSENSUALLY MONITORED

 Barcode: E02431346    Location: ELSUR ROOM       b6 -5        03/03/2003
                                                  b7C -5
                                                  b7D -1



 Case Number:  166C-OC-64741
Owning Office:  OKLAHOMA CITY

ORIGINAL
                        Kishore-319



02/27/03
10:29:46                        FD-192                    ICMIPR01
                                                          Page  1

Title and Character of Case:

KISHORE, SUNDEEP                 b6 -4
┌─────────────┐                  b7C -4
│             │
└─────────────┘

Date Property Acquired:   Source from which Property Acquired:
                          CONSENSUAL
      02/26/2003
                                              b6 -1
                                              b7C -1

Anticipated Disposition: Acquired By:          Case Agent:
┌──────────────────────────────────────────────────────────┐
Description of Property:
  1D 1                                          Date Entered

  ONE ORIGINAL CD OF CONSENSUALLY MONITORED ┌──────────┐
┌────────────────────────────────────────────┘          │
│                                                        │
  Barcode: E02431343    Location: ELSUR ROOM
                                        b6 -5       02/27/2003
                                        b7C -5
                                        b7D -1



ELSUR
DO NOT DESTROY

   Case Number:  166C-OC-64741
   Owning Office:  OKLAHOMA CITY

SEARCHED
SERIALIZED

MAR 0 3

FBI

ORIGINAL                  Kishore-320