IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNDEEP KISHORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 07-1299 (RMC) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO INFORM AND MOTION TO PRODUCE**

Hereby come Plaintiff to inform the Court that the Order pending before the Court, from Defendants Motion to Dismiss entered on January 08, 2008:

Plaintiff informs the Court that as of January 18, 2008, plaintiff has not received "the foregoing documents were mailed via first class mail to plaintiff on January 7, 2008" dated January 9, 2007- submitted by United States Attorney Jeffrey A. Taylor, Assistant United States Attorney Rudolph Contreras, and Assistant United States Attorney Mercedeh Momeni.

Plaintiff is enclosing a copy of the two envelopes he recieved via Legal Mail of the Lawton Correctional Facility. Hereby Plaintiff requests Court to order Defendants to produce these documents, and to, increase the deadline to answer, as Plaintiff cannot answer when he has not received any documents from the "Defendants" FBI and EOUSA.

Respectfully Submitted,

/s/ Kishore

Sundeep Kishore #517067
8607 S.E. Flowermound Rd.
Lawton, Okla. 73501

RECEIVED

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

2.

## CERTIFICATE OF MAILING

I, the undersigned, hereby certify that a true and correct copy of the aforegoing instrument was mailed by 1st Class U.S. mail, postage prepaid, this 18th day of January, 2008, to:

Mercedeh Momeni
Assistant U.S. Attorney
555 4th St, N.W.
Washington D.C. 20530

_____
Sundeep Kishore

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

SUNDEEP KISHORE
R517067
LAWTON CRIMINAL FACILITY
8607 Southeast Flower Mound Road
Lawton, OK 73501

Jan 11, 2008

SE 214

U.S. Department of Justice
United States Attorney
District of Columbia
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300

SUNDEEP KISHORE
R517067
LAWTON CRIMINAL FACILITY
8607 Southeast Flower Mound Road
Lawton, OK 73501



US OFFICIAL MAIL
$300 Penalty
For Private Use

016H16601050
Mailed From 20530
01/09/2008
$00.41⁰
Hasler

SE 214



|  |  |
|---|---|
| DCD_ECFNotice@dcd.uscourts.gov<br>01/08/2008 04:11 PM | To  DCD_ECFNotice@dcd.uscourts.gov<br>cc<br>bcc<br>Subject  Activity in Case 1:07-cv-01299-RMC KISHORE v. UNITED STATES DEPARTMENT OF JUSTICE et al Fox/Neal Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 1/8/2008 at 4:11 PM EDT and filed on 1/8/2008
**Case Name:**       KISHORE v. UNITED STATES DEPARTMENT OF JUSTICE et al
**Case Number:**     1:07-cv-1299
**Filer:**
**Document Number:**  22

**Docket Text:**
ORDER advising plaintiff to respond or Court may deem matter as conceded. Plaintiff shall file his response to Defendants' motion to dismiss and for summary judgment no later than March 7, 2008. If Plaintiff does not respond by that date, the Court will treat the motion as conceded. See attached Order for further details. Signed by Judge Rosemary M. Collyer on 1/8/08. (lcrmc1)

**1:07-cv-1299 Notice has been electronically mailed to:**
Mercedeh Momeni  mercedeh.momeni@usdoj.gov, marjorie.darling@usdoj.gov

**1:07-cv-1299 Notice will be delivered by other means to::**

SUNDEEP KISHORE
R517067
LAWTON CRIMINAL FACILITY
8607 Southeast Flower Mound Road
Lawton, OK 73501

The following document(s) are associated with this transaction:

Notices
1:07-cv-01299-RMC KISHORE v. UNITED STATES DEPARTMENT OF JUSTICE et al
PROSE-PR, TYPE-I

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered by Momeni, Mercedeh on 1/9/2008 at 3:04 PM EDT and filed on 1/9/2008

**Case Name:** KISHORE v. UNITED STATES DEPARTMENT OF JUSTICE et al
**Case Number:** 1:07-cv-1299
**Filer:** UNITED STATES DEPARTMENT OF JUSTICE
**Document Number:** 23

**Docket Text:**
NOTICE *of Filing of Exhibits* by UNITED STATES DEPARTMENT OF JUSTICE re [21] MOTION for Summary Judgment (Attachments: # (1) Exhibit Boseker Declaration Exhibits# (2) Exhibit Hardy Decl. Exhibit 30, Part 1 of 6# (3) Exhibit Hardy Decl. Exhibit 30 Part 2 of 6# (4) Exhibit Hardy Decl. Exhibit 30 Part 3 of 6# (5) Exhibit Hardy Decl. Exhibit 30 Part 4 of 6# (6) Exhibit Hardy Decl. Exhibit 30 Part 5 of 6# (7) Exhibit Hardy Decl. Exhibit 30 Part 6 of 6)(Momeni, Mercedeh)


**1:07-cv-1299 Notice has been electronically mailed to:**

Mercedeh Momeni    mercedeh.momeni@usdoj.gov, marjorie.darling@usdoj.gov

**1:07-cv-1299 Notice will be delivered by other means to::**

SUNDEEP KISHORE
R517067
LAWTON CRIMINAL FACILITY
8607 Southeast Flower Mound Road
Lawton, OK 73501

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** V:\MMomeni\kishore\notice of filing.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/9/2008] [FileNumber=1662013-0]
[185b3cff2dc1623538d5af13dd96eb2edc8f94214c747805255671ee7c10286be82fb
b439aae7bbb283a7cd243e1771c571ba76b2e52676e372e19d918ce5a38]]
**Document description:** Exhibit Boseker Declaration Exhibits
**Original filename:** V:\MMomeni\kishore\BosekerDecEx A_S.pdf