United States District Court
For The District of Columbia

Sundeep-Kishore )
  Plaintiff )
 ) Civil Action
v. ) No. 07-1299 RMC
United States Department )
of Justice, et al., )
  Defendants )

"Motion To Inform"

Hereby comes Plaintiff to inform the Honorable Judge, that the "Defendants" Executive Office United States Attorney ("EOUSA") and Federal Bureau of Investigations ("FBI") (collectively "Defendants") have not informed the Plaintiff, if they filed their dispositive motion by January 7, 2008.

As of today 15th January 2008, Plaintiff has no information of status of case, or release of documents under FOIA/PA Act.

Respectfully submitted

Sundeep-Kishore  1-15-08
# 517067 LCF-GED.

RECEIVED
JAN 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT