# In The United States District Court
# For The District of Columbia

**Sundeep - Kishore** )
     **Plaintiff** )
)     Case No.
     VS )     CIV-07-1299(RMC)
)
**United States Department** )
**of Justice. et al..,** )

## Plaintiffs Motion To Inform

    Hereby comes the Plaintiff to inform the court that I received the Defendant's Motion to Dismiss and for Summary Judgment and attachments on Jan 22 2008.
    I cannot access the Law-Library till Jan 25 2008. Due to the fact that the Defendant's Motion and attachments are substantiated, Plaintiff should be given extra time to respond than the current deadline and if the Court would also approve me a amicus curiae., to advise me.
    Plaintiff is allowed to visit the Law Library once a week for six hours. There are no computers and shepardizing has to be done via outside libraries taking from weeks to months to get a response back.
    Due to the difficulties facing the Plaintiff, Plaintiff would request Court to authorize assistance. Am also enclosing a copy of when I was informed I had legal mail and when I actually got it.

**Respectfully Submitted.**
**Sundeep-Kishore**
**#517067**

*[signature]*

Sundeep-Kishore
#517067 LCF
1-23-08

**RECEIVED**
JAN 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

① Received Notification of Legal Mail on 1-18-08 at 2000 hours

② Pick Up Legal Mail at 1100 hours on 1-22-08

③ Cannot go to Law Library till 1-25-08.

Housing Unit # 5E214

Date 1.18.08

Inmate name (Last, First) Sundeep Kishore

DOC# 517007

)ove inmate is required to come to MAILROOM at the given time.

Date: 1-22-08  Time: 10:00

Regarding the following matter.

✓ Legal / Privileged Mail  x2

__ Questionable Correspondence
__ Questionable Publication
__ Package
__ Other _____